# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>                Plaintiff,<br><br>  vs.<br><br>MAKERDAO,<br><br>                Defendant. | Case No. 1-22-cv-8478-VSB-JLC |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE MOTION FOR LEAVE TO SERVE DEFENDANT MAKERDAO BY ELECTRONIC MEANS

This Court, having considered Plaintiff True Return Systems LLC's ("Plaintiff's") Ex Parte Motion for Leave to Serve Defendant MakerDAO by Electronic Means ("Motion"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore,

**IT IS HEREBY ORDERED:**

The Motion is GRANTED and the Court orders that service of process on the MakerDAO may be made in this action by providing a copy of the Summons and Complaint by: (1) direct message to the @MakerDAO Twitter account; (2) posting to the official MakerDAO forum at forum.makerdao.com; and (3) e-mail message to support@makerdao.com; and since Plaintiff provided the documents in this manner on October 12, 2022, the Court holds that Plaintiff effectively served Defendant on that date.

/
/
/
/

It is so ORDERED.

Dated: BY THE COURT:

                                                                                 _____
Vernon S. Broderick
United States District Court Judge