# EXHIBIT C



| Address | Vote | % | MKR |
|---|---|---|---|
| 0xcf452...0e6e | Yes | 0.0% | 0.02 MKR |
| lotus9536.eth | Abstain | 0.0% | 0.02 MKR |
| dotksm.eth | Yes | 0.0% | 0.02 MKR |
| 0x47512...a381 | Yes | 0.0% | 0.02 MKR |
| web3developer.eth | No | 0.0% | 0.02 MKR |
| Shadow Delegate | Yes | 0.0% | 0.02 MKR |
| yongyen.eth | Abstain | 0.0% | 0.02 MKR |
| metaoo.eth | Abstain | 0.0% | 0.01 MKR |
| Shadow Delegate | Yes | 0.0% | 0.01 MKR |
| 0x4218b...2814 | Yes | 0.0% | 0.01 MKR |
| bullgori.eth | Yes | 0.0% | 0.01 MKR |
| 0x9b37e...2651 | Yes | 0.0% | 0.01 MKR |
| mukaishima.eth | Yes | 0.0% | 0.01 MKR |
| marijuana420.eth | Yes | 0.0% | 0.01 MKR |
| 0x2d763...4fc6 | Yes | 0.0% | 0.01 MKR |
| 0x73fa0...fcdf | Yes | 0.0% | 0.01 MKR |
| darinlo.eth | Yes | 0.0% | 0.01 MKR |
| akira-c.eth | Yes | 0.0% | 0.01 MKR |
| divers.eth | Yes | 0.0% | 0.01 MKR |
| chateaupichonlonguevillecomtessedelalande.eth | Abstain | 0.0% | 0.01 MKR |
| psychiatrist-psychotherapist.eth | Yes | 0.0% | 0.01 MKR |
| 0xfed5b...aa4e | Yes | 0.0% | 0.01 MKR |
| 0xa166e...c8cd | Yes | 0.0% | 0.01 MKR |
| 0xb0e3f...46ba | Yes | 0.0% | 0.01 MKR |
| 0x83951...1095 | Yes | 0.0% | 0.01 MKR |
| 0xab6b1...4e25 | Yes | 0.0% | 0.01 MKR |
| 0x60dd4...70d3 | Yes | 0.0% | 0.01 MKR |
| 0x7ec84...373d | Yes | 0.0% | 0.01 MKR |
| 0xe21c8...5b6d | Yes | 0.0% | 0.01 MKR |
| 0x3acb7...a37b | Yes | 0.0% | 0.01 MKR |
| 0xe0dca...38cd | Yes | 0.0% | 0.01 MKR |
| 0x3f149...a3f9 | Yes | 0.0% | 0.01 MKR |
| a-warhol.eth | Yes | 0.0% | 0.01 MKR |
| 0xfaf88...1d92 | Yes | 0.0% | 0.01 MKR |
| 0xc6018...1aed | Yes | 0.0% | 0.01 MKR |
| 0x48707...d007 | Yes | 0.0% | 0.01 MKR |
| 0x00796...3eab | Yes | 0.0% | 0.01 MKR |
| 0x99a76...f4ae | Yes | 0.0% | ≃0.00 MKR |
| 0xcf7a4...abbf | Yes | 0.0% | ≃0.00 MKR |
| 0xee98e...0e8d | No | 0.0% | ≃0.00 MKR |
| 0xeb391...6c28 | Yes | 0.0% | ≃0.00 MKR |
| 0xe1e83...cdfe | No | 0.0% | ≃0.00 MKR |
| 0xdff15...d5ae | No | 0.0% | ≃0.00 MKR |
| 0xdab42...51c6 | No | 0.0% | ≃0.00 MKR |
| 0xce79d...3c11 | No | 0.0% | ≃0.00 MKR |
| 0xbf783...c0ea | No | 0.0% | ≃0.00 MKR |
| 0xbd690...6c7a | No | 0.0% | ≃0.00 MKR |
| 0xb146a...4a62 | No | 0.0% | ≃0.00 MKR |
| 0xa6ae6...1888 | Yes | 0.0% | ≃0.00 MKR |
| 0xa5f75...b50c | No | 0.0% | ≃0.00 MKR |
| 0x890f4...2799 | No | 0.0% | ≃0.00 MKR |
| 0x871a6...d4ad | No | 0.0% | ≃0.00 MKR |
| 0x6fa33...180a | No | 0.0% | ≃0.00 MKR |
| 0x6f91f...778a | Yes | 0.0% | ≃0.00 MKR |
| 0x6ade5...8d8a | No | 0.0% | ≃0.00 MKR |
| 0x5fdf1...4be8 | Yes | 0.0% | ≃0.00 MKR |
| 0x59952...90c3 | No | 0.0% | ≃0.00 MKR |
| 0x4b44e...18c0 | No | 0.0% | ≃0.00 MKR |
| 0x24b6d...bc7a | Yes | 0.0% | ≃0.00 MKR |
| 0x0a4ba...5301 | No | 0.0% | ≃0.00 MKR |
| 0x04eed...a18e | No | 0.0% | ≃0.00 MKR |
| f0b0s.eth | Yes | 0.0% | ≃0.00 MKR |
| noureasy.eth | Yes | 0.0% | ≃0.00 MKR |
| 0x7d199...09f1 | Yes | 0.0% | ≃0.00 MKR |
| 0x5159e...2a22 | Yes | 0.0% | ≃0.00 MKR |
| kohchan.eth | Yes | 0.0% | ≃0.00 MKR |
| 0x9cc20...c207 | Yes | 0.0% | ≃0.00 MKR |

| | 0x73377...8074 | Yes | 0.0% | ≃0.00 MKR |
| | marcellinus94.eth | Yes | 0.0% | ≃0.00 MKR |
| | cammcd.eth | Yes | 0.0% | ≃0.00 MKR |
| | 0xc58bd...e080 | Yes | 0.0% | ≃0.00 MKR |
| | 0xe975b...a910 | Abstain | 0% | 0 MKR |
| | untdsk.eth | Abstain | 0% | 0 MKR |

### Voting Weight



---

**Official Community Channels**

**Governance**
- Forum
- Operational Manual
- Governance FAQs
- Gov Tracking Sheet
- Monthly Gov Cycle
- Weekly Gov Cycle

**Products & Tools**
- Service Status
- Auctions Dashboard
- Migrate Dashboard
- MakerBurn
- DAI Stats
- Terms

**Developer**
- Whitepaper
- Technical Docs
- API Docs
- Developer Guides
- Brand Assets
- Oracle Feeds

**Development & UX Channels**