# EXHIBIT D













**@AaveAave**

We built Aave Protocol, an open source and non-custodial liquidity protocol. #DeFi aave.com/discord

rajegowda.eth and 3 others follow

**Uniswap Labs** 🦄 ✓
@Uniswap                                              Follow

We contribute to Uniswap - a protocol for trading and automated liquidity provision on Ethereum.

**Cosmos - Internet of Blockchains** ⚛️
@cosmos                                               Follow

The open, scalable, and interconnected economy of the future. $ATOM

Show more

---

**Maker** @MakerDAO · 7h

Our friends at @oasisdotapp will host their first community call to talk about automation strategies for Maker Vaults.

Worth attending during these volatile times.

Today, 2:00 PM GMT, on their Discord server

→ discord.gg/oasisapp

> 🌀 **Oasis.app** 🌴 @oasisdotapp · Nov 3
> 📢 Welcome onboard!
>
> We will host our first community call with Sam from Oasis.app!
>
> When?
> 📅 November 9th, 2pm GMT
>
> Where?
> 💻 discord.gg/oasisapp
>
> Show this thread



💬 2      🔁 4      ♡ 12      ⬆️

**Maker** @MakerDAO · 7h
Protect your vault 🛡️

💬       🔁 1      ♡ 8       ⬆️

🔁 **Maker Retweeted**

**chrisb.eth** @chrisbducky · Nov 8

Friendly reminder when there is a lot of volatility in the markets, if you have a @MakerDAO Vault - you can enable Automated Protection on @oasisdotapp with Stop-Loss based on the Collateral Ratio, or Auto Sells - to sell some collateral and pay-off some of the debt.



○ 4    ⇄ 11    ♡ 26    ⇪

Show this thread

**Maker** @MakerDAO · Nov 8

Checking...

Just fine

→ makerburn.com/#/

○ 3    ⇄ 18    ♡ 78    ⇪

**Maker** @MakerDAO · Nov 8

PSM GUSD is about to hit its Maximum Debt Ceiling of 500 million.

Current reserves are at 472 million GUSD and makerburn.com has started showing annualized earnings coming from the GUSD partnership based on the GUSD average balance over the last 30 days.

○ 3    ⇄ 8    ♡ 22    ⇪

**Maker** @MakerDAO · Nov 8

If reserves remain this high, the makerburn.com average monthly balance should increase over this month.

Today, the average monthly balance of November is 391 million GUSD, which means a monthly interest of ~407k GUSD and an annualized interest of ~4.9 million GUSD.

○    ⇄ 1    ♡ 9    ⇪

⇄ Maker Retweeted

**DeFi Saver** @DeFiSaver · Nov 7
Replying to @MakerDAO

Thanks for sharing this onwards, guys!🙏

For anyone wondering what's going on here, here's a quick rundown:

**DeFi Saver** @DeFiSaver · Oct 22

🤔 What is a Boost?

A boost transaction for Maker Vaults consists of three actions done in a single transaction:
1 - Borrow $DAI
2 - Swap $DAI for $ETH
3 - Add $ETH* to Vault

💡 It enables quick leveraging up at times when you feel bullish on ETH (*or any other supported token!). twitter.com/MakerDAO/statu...

Show this thread

💬 7   🔁 2   ♡ 15

**Maker** @MakerDAO · Nov 7

gm

Boost it

☕

> **DeFi Saver Activity Bot** @DeFiSaverBot · Nov 6
> 🚀 MakerDAO Vault #22849 Boosted
> 🏦 16k DAI borrowed 💵
> 📈 10.09 ETH bought 💳
> defiexplore.com/tx/0x46ec6c1a0...

💬 12   🔁 4   ♡ 39

**Maker** @MakerDAO · Nov 5

Hola, viejos y queridos amigos 🇦🇷

Do you like crypto cards? — We have great news for you!

Now, all @BinanceArg users who hold at least 10 DAI can earn up to 1,009 DAI by ordering a #BinanceCard!

What's more, get an extra 5% DAI cashback when shopping with your #BinanceCard!



💬 14   🔁 9   ♡ 35

**Maker** @MakerDAO · Nov 5

Follow the terms of this initiative here.

↓

Especial de Binance Card: Pagá con DAI y accedé a recompensas en DAI

binance.com
Especial de Binance Card: Pagá con DAI y accedé a recompensas en DAI | Binance Support

💬 4   🔁 3   ♡ 18





Maker Retweeted

Oasis.app 🌴 @oasisdotapp · Nov 4

Stablecoins are a good asset to hold during a bear market 🐻

What about 50x your stablecoin exposure with two clicks?

G-UNI Multiply is an Earn strategy that allows you to get high exposure on your stables with a single transaction 🔥

💬 5   🔁 6   ♡ 29   ⬆️

Show this thread

Maker @MakerDAO · Nov 4
👀

> 🧑 Sébastien Derivaux @SebVentures · Nov 4
> .@MakerDAO is now generating 50% of it's revenues from real-world assets, mainly MIP65 short-term bonds ETF and GUSD rewards. Doubling revenues over the last few weeks and it's only the beginning. I'm starting the discussion to rewards DAI holders to supercharge growth.
>
> Annual revenues composition      @SebVentures

Messages