# EXHIBIT E

# Tweet

**Maker** 
@MakerDAO

The latest Parameter Changes Proposal has been approved by Maker Governance

🗳️ vote.makerdao.com/polling/QmbLyN…

The following changes will be included in a future Executive Vote:

- CRVV1ETHSTETH-A Stability Fee 2% → 1.5%
- YFI-A Maximum Debt Ceiling 25 million DAI → 10 million DAI



10:25 AM · Oct 7, 2022 · FeedHive.io

7 Retweets    5 Quote Tweets    17 Likes

