# EXHIBIT F

**Maker** @MakerDAO

OFFICIAL: @a16z crypto purchases 6% of MKR, backing Stablecoin Vanguard MakerDAO

medium.com/makerdao/a16z-… #Dai $Dai #MKR $MKR

9:01 AM · Sep 24, 2018 · Twitter Web Client

**147** Retweets **44** Quote Tweets **543** Likes

Tweet your reply — Reply

**Dan Sangyoon** @dkSangyoon · Oct 10, 2018
Replying to @MakerDAO and @a16z
Check out who Maker's major investors are on: bstreet.io/coin-page/1518

BStreet simplifies every cryptocurrency for beginners to understand.

**Murat Dülger** @MuratDlulger · Mar 25, 2019
Replying to @MakerDAO and @a16z
bitcoinexchangeguide.com/bitebtc-crypto…

Show more replies

## More Tweets

**Tom Emmer** ✓ @RepTomEmmer · 1h
Interesting. @GaryGensler runs to the media while reports to my office allege he was helping SBF and FTX work on legal loopholes to obtain a regulatory monopoly. We're looking into this.

> **Gary Gensler** ✓ @GaryGensler · 3h
> I'll be joining @andrewrsorkin on @SquawkCNBC at 8:00am ET to discuss recent developments in the crypto markets.

892   3,649   9,644

**Paolo Ardoino** 🌱 ✓ @paoloardoino · 4h
#tether 🪙 processed ~700M redemptions in last 24h.
No issues.
We keep going.

434   1,003   6,328

**Kerwin** 🧢 WΞB3 Ł ⚡ @RoxStarKerwin · 5h
I can't stop laughing 🤣🤣🤣


0:48  241.8K views

266   1,531   5,866

**DavidHoffman.bedrock** 🛏️🎧📣 @TrustlessState · 17h
Good luck to the @solana community out there

---

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

BOAG (IP) LAW, P... @BOAGIP

Search Twitter

**Relevant people**

**Maker** @MakerDAO — Following
Builders of Dai, a digital currency that can be used by anyone, anywhere, anytime. Do not send money to accounts impersonating Maker.

**a16z** ✓ @a16z — Follow
we invest in software eating the world a16z.com/portfolio/ a16z.com/podcasts/

**What's happening**

US elections · LIVE
New York: Election news and updates

#WakandaForever 🐾
Get Tickets Now - In Theaters Tonight
Promoted by Black Panther: Wakanda Forever

Trending
#ByeByeBoebert
Trending with Bobert

Trending
#ArrestTrumpNow
2,041 Tweets

War in Ukraine · LIVE
Latest updates on the war in Ukraine

Show more

Terms of Service   Privacy Policy   Cookie Policy
Accessibility   Ads info   More…
© 2022 Twitter, Inc.

I hope this is your $80 $ETH moment.

A strong and committed community is waiting on the other side of this

○ 318    ⟲ 905    ♡ 5,830    ↑

Show this thread

**Cobie** ✓ @cobie · 1h

SBF wrote a 700 word thread and managed to leave everyone even more confused about what actually happened 👍

○ 403    ⟲ 297    ♡ 5,626    ↑

**TRON DAO Reserve** ✓ @trondaoreserve · 3h

To safeguard the overall blockchain industry and crypto market, TRON DAO Reserve will purchase $300,000,000 #USDT in the market.

○ 280    ⟲ 1,018    ♡ 5,411    ↑

**Bitbit** @bitbitcrypto · 20h

pro tip

If you still have funds in FTX, it's time to download transactions / balance screenshots with a time stamp that can link your holdings to your name in case you need extra proof if this will be solved in legal action.

Do it asap before they take the website down.

○ 169    ⟲ 1,192    ♡ 5,094    ↑

Show this thread

**db** ✓ @tier10k · 56m

So WSJ says FTX had $16b in customer assets, and they gave $10b to Alameda who blew it all...

Unbelievable

○ 284    ⟲ 1,009    ♡ 4,585    ↑

Show this thread

**Ser Jeff Garzik** ✓ @jgarzik · 13h

What was SBF lobbying against? DeFi. 🤔

What would have prevented this? DeFi. 🤔

What exchanges already publish real-time proof-of-reserves? DeFi. 🤔

What will US regulators try to shut down? DeFi. 🤷‍♀️

○ 94    ⟲ 1,139    ♡ 4,576    ↑

Show this thread

**Pentoshi** 🐧 ✓ @Pentosh1 · 2h

Tether has just frozen FTX's USDT



○ 294    ⟲ 775    ♡ 3,684    ↑

**mhonkasalo** ✓ @mhonkasalo · 5h

Alameda research is opening shorts on USDT.

etherscan.io/address/0x5d13...



| | To | Value |
|---|---|---|
| IN | Alameda Research 9 | 248,831.1705 |
| UT | Curve.fi: DAI/USDC/USD… | 250,000 |
| IN | Alameda Research 9 | 250,000 |

💬 294  🔁 1,058  ♡ 3,198  ⬆

**FatMan** @FatManTerra · 5h
After Hodlnaut defrauded their customers by secretly putting everything into UST, the court-appointed judicial managers stored the leftover funds for creditors in various places for safekeeping… Including $13m in FTX. RIP, double rugged.

💬 96  🔁 237  ♡ 1,901  ⬆

**sassal.eth** 🎙 @sassal0x · 15h
"No one cares about decentralization"

We all heard this a lot in 2021

Now in 2022, not so much

💬 44  🔁 88  ♡ 707  ⬆

**Stani.lens** (🌿, 👾) @StaniKulechov · 6h
I couldn't imagine FTX meltdown being a big issue as I haven't used centralized exchanges for almost 2 years since DeFi became easier to use. Would not actually even compare FTX to Mt. Gox since DeFi didn't exist back then as a safety net and Mt. Gox had 70% of the volumes

💬 56  🔁 100  ♡ 658  ⬆

**Ξwocki** (🤖, 💚) @owocki · 23h
no one:

absolutely no one:

me: web3 is an evolutionary ecosystem. in abundant times 100s of experiments will blossom. in scarce times, 97% will fail. but 3% that survive will be the keystone species of next boom. innovate, iterate, evolve, repeat. its elegant, even beautiful!

💬 60  🔁 144  ♡ 642  ⬆

**Marc Weinstein** @WarcMeinstein · 11h
PSA: Do Not send USDC via @wormholecrypto. They will take control of your funds, refuse to bridge them, and refuse to return them by claiming some BS value limit breach (which they should tell you b4 send Tx is confirmed). They will then block redemptions

💬 23  🔁 94  ♡ 474  ⬆

Show this thread

**The Kobeissi Letter** ✓ @KobeissiLetter · 2h
The conversation will now flip back to whether the Fed will pivot or not.

If November CPI comes in below expectations, the next discussion will be rate cuts.

FOMO is quickly returning.



If it's true that they were lending out FTX customer funds to Alameda against FTT collateral, that's not a "liquidity crunch," that's a scam.

example:
sequoiacap.com/article/sam-ba…

4     14     85

Show this thread

**Spreek** @spreekaway · 1h
People probably reading way too much into that tweet that says assets > liabilities. He was lying through his teeth two days ago and ocaam's razor would say this is another lie.

5     3     71

**BlockTake** @TheBlockTake · Nov 8
What they really want to say without saying is #Telcoin cannot possibly lend out your assets like #FTX wrecklessly did to their consumers. $TEL is completely locked in your wallet as your #crypto to do with as you please.

$FTT

> **Paul Neuner** @TelcoinPaul · Nov 8
> Another reminder that Telcoin wallets are assisted self-custody. Wallet assets are not on our balance sheet. #Telcoin #DeFi

6     14     69

Messages