**EXHIBIT G**

  

# Infringement complaint filed against MakerDao ✏️

Miscellaneous

**daoattorney** · 29d

Dear MKR Owners and MakerDAO Governance:

Please visit go.boagip.com/makerdao 54 for important information on the patent infringement litigation filed against MakerDao, *True Return Systems, LLC v. MakerDAO*, No. 22-cv-8478 (S.D.N.Y. filed Oct. 5, 2022).

🔗 | 🚩 | ✏️ | ⋯ | ↩ Reply

🔗 Share | 🔖 Bookmark | 🚩 Flag | ↩ Reply

🔔 Watching ▾   You will receive notifications because you created this topic.

## Suggested Topics

| Topic | Replies | Views | Activity |
|---|---|---|---|
| Modelling and book research • <br> Miscellaneous | 3 | 72 | 1d |
| Why's growth core unit is not focusing on Indian & Vietnam markets? • <br> Growth  ▪ gro-001 | 5 | 82 | 1h |
| [Post Mortem] MIPs Portal XSS Vulnerability • <br> GovAlpha  ▪ gov-001  ▪ post-mortem | 2 | 44 | 2h |
| Build your MakerDAO ALM Model • <br> Strategic Finance  ▪ sf-001  ▪ alm | 7 | 164 | 2h |
| New Silver Requesting Debt Ceiling Increase • <br> Governance  ▪ ns-drop  ▪ new-silver | 0 | 51 | 4h |

There are **15 new** topics remaining, or browse other topics in Miscellaneous