# EXHIBIT H



**Maker**
@MakerDAO

Builders of Dai, a digital currency that can be used by anyone, anywhere, anytime.
Do not send money to accounts impersonating Maker.

Joined April 2015 · 235.6K Followers

 Followed by Silicon Vikings 🇩🇰🇪🇪🇫🇮🇮🇸🇱🇻🇱🇹🇳🇴🇸🇪

---



> **BOAG PLLC**
> INTELLECTUAL PROPERTY LAW
>
> David A. Boag
> BOAG | LAW, PLLC
> 447 Broadway, Ste. 2-270
> New York, NY 10013
> 212.203.6651
> dab@boagip.com
>
> October 12, 2022
>
> MakerDAO
> *operating at ethernet address* 0x9f8f72aa9304c8b593d555f12ef6589cc3a579a2
> *via posting to* forum.makerdao.com
> *via posting to* twitter.com/MakerDAO
> *via email to* support@makerdao.com
>
> RE: *True Return Systems, LLC v. MakerDAO,*
> <u>No. 22-cv-8478 (S.D.N.Y. filed Oct. 5, 2022)</u>
>
> Dear Sir or Madam:
>
> Enclosed please find a copy of the Complaint filed against MakerDAO last week in the United States District Court for the Southern District of New York, and the Summons issued by the Court.
>
> Please confirm that MakerDAO will waive formal service of the Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.
>
> If you are represented by counsel, please forward this to their attention.
>
> Very truly yours,
>
> David A. Boag
>
> Attachments:
> 1-Complaint w/ Exhibits (*via* go.boagip.com/makerdao)
> 2-Summons (*via* go.boagip.com/makerdao)
>
> www.boagip.com

**Please visit go.boagip.com/makerdao for important information concerning True Return Systems, LLC v. MakerDAO,
No. 22-cv-8478 (S.D.N.Y. filed Oct. 5, 2022).**

Oct 12, 2022, 4:04 PM · Sent