# EXHIBIT I

**Subject:** True Return Systems, LLC v. MakerDAO, No. 22-cv-8478 (S.D.N.Y. filed Oct. 5, 2022)
**Date:** Wednesday, October 12, 2022 at 4:00:15 PM Eastern Daylight Time
**From:** David Boag
**To:** support@makerdao.com
**Attachments:** 2022-10-12 Ltr MakerDAO.pdf, image001.png

Dear Sir or Madam:

Please see the attached letter concerning the above litigation.

Thanks,
David



David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
+1.212.203.6651
dab@boagip.com



David A. Boag

BOAG | LAW, PLLC
447 Broadway, Ste. 2-270
New York, NY 10013
212.203.6651
dab@boagip.com

October 12, 2022

MakerDAO
*operating at ethernet address* 0x9f8f72aa9304c8b593d555f12ef6589cc3a579a2
*via posting to* forum.makerdao.com
*via posting to* twitter.com/MakerDAO
*via email to* support@makerdao.com

      RE:    *True Return Systems, LLC v. MakerDAO*,
               No. 22-cv-8478 (S.D.N.Y. filed Oct. 5, 2022)

Dear Sir or Madam:

    Enclosed please find a copy of the Complaint filed against MakerDAO last week in the United States District Court for the Southern District of New York, and the Summons issued by the Court.

    Please confirm that MakerDAO will waive formal service of the Complaint pursuant to Rule 4(d) of the Federal Rules of Civil Procedure.

    If you are represented by counsel, please forward this to their attention.

                                                      Very truly yours,

                                                      David A. Boag

Attachments:
      1-Complaint w/ Exhibits (*via* go.boagip.com/makerdao)
      2-Summons (*via* go.boagip.com/makerdao)