# EXHIBIT J

Do you want live notifications when people reply to your posts? Enable Notifications

Welcome to the MakerDAO Forum! The following points will allow you to better understand governance and the forum.

Respectful and good-faith discussion should be the cornerstone of any decision-making process. In trying to enact change, please keep this principle in mind.

MakerDAO's governance has on-chain (Voter Portal) and off-chain (Forum) components. Community-driven discussions, well-reasoned arguments, and voting in this forum all have the ability to influence the Maker Protocol without the need for tokens. Here are some tips on navigating the forum:

1. Each category has a pinned 'About' post with useful resources.
2. The 'Latest' tab will show you the most recent conversations.
3. Feel free to introduce yourself in the Welcome Thread.

**Stakeholder Database Privacy Policy**
You can see P Stakeholder Database Privacy Policy on the Maker Forum here.

## Dai Foundation position on Patent infringement complaints against MakerDAO

Core Units | Dai Foundation | daif-001 | intangible-asset | patent

**sorenpeter** Core Unit Facilitator  Dai Foundation Core Unit                     Aug 9

Aug 9
1 / 2
Aug 9

### Dai Foundation position on Patent infringement complaints against MakerDAO

The Dai Foundation mandate [1] is limited and specific, stating the foundation is to safeguard MakerDAO's intangible assets. We can therefore only act on complaints brought forward against MakerDAO in situations where the ownership and control of MakerDAO intangible assets is put at risk, or where there is infringement of intangible assets that Dai Foundation holds.

It is unfortunately very easy - and common - to have a lawyer produce a legal complaint without merit that is made in the hope of making a profit. From time to time, such claims appear on the MakerDAO Forum from actors often characterized as "patent trolls."

The Dai Foundation will review complaints that it discovers or is made aware of, and engage if there is a clear risk of losing control/ownership of MakerDAO intangible assets.

However, in order to use our funds with prudence, we will NOT spend resources on countering claims that only contain vague or very broad statements without substance.

That said, if a MakerDAO actor faces a legal threat related to alleged inappropriate use of someone else's intellectual property (IP), the Dai Foundation is ready to help by clarifying the scope of MakerDAO IP that it holds. For example, the affected Maker party may be able to prove that the IP it used (e.g. copyright or trademark) preceded the patent application. Anyone who finds themselves in this situation, or has any doubt whether this is relevant, feel free to reach out.

The list of IP assets owned by the Dai Foundation is public and available here [21].

2d ago

11 ♥

Infringement of TRS's U.S. Patent No. 10,025,797 by MakerDao [2]
Un Vistazo al Foro | 04 - 10 de Agosto del 2022 [1]
DAIF CU Update - Q3 2022
Weekly Forum Recap

| created | last reply | 1 | 320 | 1 | 11 | 4 |
|---|---|---|---|---|---|---|
| Aug 9 | 2d | reply | views | user | likes | links |

**3 MONTHS LATER**

🔒 **CLOSED 2 DAYS AGO**
This topic was automatically closed after 90 days. New replies are no longer allowed.

🔗 Share   🔖 Bookmark

🔔 Normal ▾   You will be notified if someone mentions your @name or replies to you.

## Suggested Topics

| Topic | Replies | Views | Activity |
|---|---|---|---|
| Modelling and book research ● — Miscellaneous | 2 | 26 | 39m |
| MANA-A intermediate parameter change proposal ● — Proposal Ideas  risk  mana  risk-domain | 1 | 31 | 1h |
| Kao Protocol - Seed Investment / Venture Debt ● — Strategic Finance  sf-001 | 2 | 69 | 2h |
| Off-Chain Proposal Bounties Round Up #5 ● — Governance  summary  incentives  offch-govinc-set | 0 | 30 | 15h |
| MIP63c4-SP5: Onboard/Amend Keeper Network - Chainlink Automation ● — RFC  mips  keeper  mip63 | 1 | 78 | 15h |

There are **9 new** topics remaining, or browse other topics in ▌Dai Foundation