# EXHIBIT K

Do you want live notifications when people reply to your posts? Enable Notifications ✕

Welcome to the MakerDAO Forum! The following points will allow you to better understand governance and the forum. ✕

Respectful and good-faith discussion should be the cornerstone of any decision-making process. In trying to enact change, please keep this principle in mind.

MakerDAO's governance has on-chain (Voter Portal) and off-chain (Forum) components. Community-driven discussions, well-reasoned arguments, and voting in this forum all have the ability to influence the Maker Protocol without the need for tokens. Here are some tips on navigating the forum:

1. Each category has a pinned 'About' post with useful resources.
2. The 'Latest' tab will show you the most recent conversation.
3. Feel free to introduce yourself in the Welcome Thread.

**Stakeholder Database Privacy Policy**

You can see P Stakeholder Database Privacy Policy on the Maker Forum here.

🔒 **Real-World Finance Core Unit Report - 2021-08**

Discontinued Categories    Real-World Finance    archive-rwf-001    monthly-cu-updates    council-reporting

SebVentures  Strategic Finance Core Unit                ✎    Sep '21

## Real-World Finance Core Unit Report - 2021-08

August 2021 reporting for Real-World Finance Core Unit 🌐

### Current strategy

*(no changes vs last month)*

Our current strategy is to onboard $300M of real-world assets. While the long-term strategy is to simply invest in senior tranches of products rated by credit rating agencies, we recognize that it's not currently possible in DeFi. We have a two-path approach. First, partnering with Centrifuge, we work on a smart-contract way of investing in structured finance. Second, we are investigating a Trust-based way to invest the MakerDAO balance sheet in the real world using real-world tools.

We also think that having a strong capital base (i.e. surplus buffer) will be important to disrupt the traditional finance world. As we recognize that people prefer to burn MKR while it's seeing as cheap, we also work to inform the market and the community on the financial strength of MakerDAO. We think that if the market recognizes the financial prospects of MakerDAO, the MKR price will increase, giving more opportunities to consolidate the capital base. Such knowledge will also help Maker Governance make more scientific decisions.

### Review

#### State of RWA at MakerDAO

August was a very active month for RWA at MakerDAO. 4 new collateral have been fully onboarded:

- 6S vault (RWA001) has a new 15M DC
- ConsolFreight (RINA003) has been created a 2M DC
- HarborTrade Credit (RWA004) has been created a 7M DC
- FortunaFi (RWA005) has been created with a 15M DC

Peoples Company (RWA006) has been added but with a 0M DC. Legal documentation is only beginning.

New Silver is still the only one RWA with significant exposure on MakerDAO and continue to grow steadily.

Make / RWA                                                                        ⚙



#### RWA Pipeline

Solar X was approved by Governance. Constitution of the lender-side of the deal (the Cayman Foundation) has started (KYC for the 3 service providers: secretary, director and supervisor). As soon as this is done a Delaware LLC subsidiary will be created in order to process create/perform KYC for the loan servicer, the escrow account and the broker account. Loan documentation will then be completed. The Foundation will start with simple articles of association while we are setting up everything before switching to the MIP58 version.

The pipeline remains strong and challenging to process. @williamr is taking care of the Centrifuge MIP8s while @gmitrop is managing Reinno and 120dB.

The on-chain securitization roadmap 🌐 was published following the audit by Shearman & Sterling. Work has started on Centrifuge and New Silver side.

@christianocpeterson continued the discussion on legal structures with a comparison. We published MIP58 :RWA Foundations a MIP defining the RWA Cayman Foundation structure and how MakerDAO can interact with such structures.

#### Finance

@Aes has published a roadmap and a call for feedback for Financial Planning & Analysis 🌐.

He also posted an economic analysis of the institutional vaults 🌐 highlighting the significant opportunity cost.

#### Data infrastructure

As RWA is taking too much focus, we put the data front in sleep mode. This will delay RWA analytics improvements. There is also a Data Core Unit being incubated.

#### Team

We started a partnership 🌐 with JST Capital. This is a first move to get channel with institutions interested in investing in on-chain securitization.

@luca_pro started an audit on FortunaFi on a project basis. Author of the Dirt Roads newsletter 🌐, he is an ex-Morgan Stanley and spent years on illiquid assets and alternative investment.

We are actively looking for a securitization talent 🌐 to join the team on a full-time basis. More new on that in September.

@Aes will join the team full-time this month.

#### Public work

- July 2021 Financial Report 🌐
- July 2021 RWA-Report 🌐
- On-Chain Securitization Roadmap / New Silver audit 🌐
- Real World Asset Legal Structures - A comparison
- Partnership with JST Capital to bring on-chain securitization at institutional level 🌐
- RWF - Financial Planning & Analysis Roadmap 🌐
- Institutional Vaults - Economics & Terms 🌐
- MIP58: RWA Foundations

–

- Finance website 🌐
- MakerDAO Dashboard 🌐
- RWF Data Infrastructure Github 🌐

#### Team composition

@SebVentures - Full-time - Facilitator
@williamr - Full-time - RWA
@Aes - Full-time - Financial Planning & Analysis
@Philinje - Part-time - RWA
@pensedmocculi - Part-time - RWA
@christianocpeterson - Part-time - Expert for energy-related project finance and legal
@luca_pro - Part-time - RWA

#### Core Unit budget

You can find the ledger of the RWF Core Unit multisig here 🌐. 39,469.00 DAIs were spent, mainly on compensation.

#### Previous reportings

- July 2021 🌐
- June 2021 🌐
- May 2021 🌐
- April 2021
- March 2021



- January 2021 🔒

---

# Real-World Finance Core Unit Report - 2021-09
# Fortunafi: External Audit Report, by Luca Prosperi
# G&R Snippets - en español
# Maker Relay Ep 61
# [Agenda/Discussion] Scientific Governance and Risk #157 - Thursday, September 2 17:00 UTC

1 more

| created | last reply | | | | |
|---------|-----------|---|---|---|---|
| Sep '21 | Dec '21 | 1 reply | 1.4k views | 1 user | 5 likes | 16 links |

---

**3 MONTHS LATER**

🔒 **CLOSED ON DEC 1, '21**

This topic was automatically closed 90 days after the last reply. New replies are no longer allowed.

---

🔗 Share    🔖 Bookmark

🔔 Normal ▾    You will be notified if someone mentions your @name or replies to you.

---

## Suggested Topics

| Topic | Replies | Views | Activity |
|-------|---------|-------|----------|
| Modelling and book research ●<br>▪ Miscellaneous | 2 | 26 | 37m |
| MANA-A intermediate parameter change proposal ●<br>🟥 Proposal Ideas ▪ risk ▪ mana ▪ risk-domain | 1 | 30 | 1h |
| Kao Protocol - Seed Investment / Venture Debt ●<br>🟦 Strategic Finance ▪ sf-001 | 3 | 68 | 2h |
| Off-Chain Proposal Bounties Round Up #5 ●<br>🟧 Governance ▪ summary ▪ incentives ▪ offch-govinc-wei | 6 | 30 | 15h |
| MIP63c4-SP5: Onboard/Amend Keeper Network - Chainlink Automation ●<br>🟩 RFC ▪ mips ▪ keeper ▪ mip63 | 1 | 78 | 15h |

There are **9 new** topics remaining, or browse other topics in ▮ **Real World Finance**