# EXHIBIT O


**Maker**
@MakerDAO

Where is DAI?

• 2.9 billion in external-owned accounts (Ethereum addresses holding Dai).

• 926 million in decentralized exchanges.

• 548 million in bridges.

• 517 million in lending markets.

• 429 million in treasuries.

• 424 million in CeFi.

• +70 million other.



11:49 AM · Nov 2, 2022 · FeedHive.io

9 Retweets  1 Quote Tweet  31 Likes