# EXHIBIT P

For Coinbase, the passing of the proposal marks a major achievement, with the amount of capital it custodies for clients now almost doubling from the current $1.7bn, per a blog post from the company.



"By holding USDC in custody in exchange for monthly rewards, MakerDAO will receive additional revenue to the treasury, providing flexibility that it could use to fund operations or provide incentives to attract new users," the exchange further commented in the blog post.

The news that MakerDAO will now earn additional yield on its reserves did not appear to make a major impact on the price of its governance token MKR, which traded down along with the broader market on Monday. As of Tuesday night UTC time, however, the token had recovered some of its losses from yesterday, trading up 2.2% for the past 24 hours to just under $950.



MKR price last 30 days. Source: CoinGecko

USDC is the second-largest stablecoin in the crypto market with a market capitalization of $43.5bn. By comparison, the most popular stablecoin, Tether (USDT), has a market capitalization of nearly $68bn, per data from CoinGecko.



## Similar News



**ALTCOIN NEWS** • 1 DAY AGO

Why Crypto Prices Are Still Crashing and Will The Bleeding Stop Soon?



**ALTCOIN NEWS** • 1 DAY AGO

Solana Price Prediction as SOL Plummets 26% – Time to Buy the Dip?



**ALTCOIN NEWS** • 1 DAY AGO

Binance Backs Out of Buying FTX Crypto Exchange, Cites Mishandled Customer Funds and Regulator Investigations



**ALTCOIN NEWS** • 1 DAY AGO

Best Cryptos to Buy Today – D2T, RIA, IMPT, TRX, TWT

Terms & Conditions   About Us
Privacy Policy   Disclaimer   Have a Story?

Bitcoin  Ethereum  Market  Cryptocurrency  Adoption
Blockchain  Altcoins  Regulation  Exchange  Trading
XRP  NFT  Investing  DeFi  CRYPTO  Mining
CRYPTONEWS  Litecoin  USA  Community

**News**
Bitcoin News
Ethereum News
NFT News
DeFi News
Altcoin News
Blockchain News
Press Releases
Sponsored
Cryptonews Deals
Industry Talk
ICO news
Finance News
Technology News

**Exclusives**
Features
Opinions
People In Crypto
Podcast

**Videos**
Bitcoin Videos
Ethereum Videos
DeFi Videos
Altcoin Videos
Blockchain Videos
Market Videos
Security Videos
Trading Videos
ICO Videos

**Guides**
Bitcoin
Ethereum
NFT
Defi Guides
Altcoins
Blockchain
Cryptocurrency
Deals
ICOs / STOs / IEOs
Trading Tools

**Contributors**
Exchanges
Market Cap
Price Tracker
Events

**GDPR Notice**
We use cookies to offer a better browsing experience, analyze site traffic, personalize content, and serve targeted advertisements. By clicking accept, you consent to our privacy policy & use of cookies. (Privacy Policy)

Preferences   Confirm all