```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
                                                      :
TRUE RETURN SYSTEMS LLC,                              :
                                                      :
                        Plaintiff,                    :
                                                      :       22-cv-8478 (VSB)
              -against-                               :
                                                      :           **ORDER**
MAKERDAO,                                             :
                                                      :
                        Defendant.                    :
                                                      :
------------------------------------------------------X
```

<u>VERNON S. BRODERICK, United States District Judge</u>:

      This Court, having considered Plaintiff True Return Systems LLC's ("Plaintiff's") Ex Parte Motion for Leave to Serve Defendant MakerDAO by Electronic Means ("Motion"), and having read and considered the evidence and papers with respect thereto, and good cause appearing therefore, it is hereby

      ORDERED that service of process on the Defendant may be made in this action by providing a copy of the Summons and Complaint by:

      (1) direct message to the @MakerDAO Twitter account;

      (2) posting to the official MakerDAO forum at forum.makerdao.com;

      (3) e-mail message to support@makerdao.com; and

      (4) hard copy to MakerDAO at 110 Cooper Street, Santa Cruz, CA 95060.

      IT IS FURTHER ORDERED that Plaintiff's request to approve these alternative methods of service, *nunc pro tunc*, as of October 12, 2022, is DENIED.

SO ORDERED.

Dated: November 23, 2022
      New York, New York

Vernon S. Broderick
United States District Judge