# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>      Plaintiff,<br><br>v.<br><br>MAKERDAO,<br><br>      Defendant. | Case No. 1-22-cv-8478-VSB<br><br>**CERTIFICATE OF SERVICE** |

  Pursuant to the Court's Order (ECF No. 13) ("Order"), Plaintiff True Return Systems, LLC ("Plaintiff") provides this Certificate of Service certifying that it has served the Summons (ECF No. 8) and Complaint (ECF No. 1) on Defendant MakerDAO as follows:

  1. direct message to the @MakerDAO Twitter account (completed October 12, 2022);

  2. posting to the official MakerDAO forum at forum.makerdao.com account (completed October 12, 2022);

  3. e-mail message to support@makerdao.com account (completed October 12, 2022); and

  4. hard copy to MakerDAO at 110 Cooper Street, Santa Cruz, CA 95060 (completed November 30, 2022).

  Plaintiff further certifies that it has served a copy of the Order and this Certificate of Service on Defendant MakerDAO by the means described above.

Dated: November 30, 2022      Respectfully submitted,

                BOAG LAW, PLLC

                By: _____

David A. Boag (DB9899)
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems LLC*