**MakerDAO (SDNY 2022) - Case Id 1:22-cv-08478**

Sir or Madam,

This court is attempting to serve MakerDAO in a lawsuit, however MakerDAO operates as a fully decentralised algorithmic stablecoin DAO (decentralised autonomous organisation) without centralised management or location.

**The "plaintiff" is misleading the court with respect to the limitations which arise from MakerDAO's carefully protected organisational form.**

MakerDAO, by its organisation and terms, cannot respond to American court proceedings, and our cryptocurrency activities are outside the reach of regulators. Our decentralisation orthodoxy has proved to be our strongest moat against regulatory oversight and unwelcome legal enforcement.

Further, merely responding to this matter may open our members up to American tax liabilities. It is possible that a single identified member of our general partnership would be required to pay the entire tax burden of MakerDAO. Because of the jurisdiction ambiguities we meticulously maintain, we are able to maintain a position of no taxation. This court matter unfairly risks our position.

*We ask that the court respect the need for pseudo anonymity in the cryptocurrency field (personal risk, theft risk, revenue authorities, etcetera) and the principles of cryptocurrency's immaculate and unattributed origins*.

Any and all assistance you can provide in vacating this matter quickly and quietly would be greatly appreciated.

Kindest regards
@makerDAOdai