UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>              Plaintiff,<br><br>vs.<br><br>MAKERDAO,<br><br>              Defendant. | Case No. 1-22-cv-8478-VSB-JLC |

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on October 5, 2022 with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant MakerDAO in the manner directed by the Court's November 23, 2022 Order (Doc. 13) and proof of service was therefore filed on November 30, 2022 (Doc. 14).

I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.

Dated:

                                                                                                    **RUBY J. KRAJICK**
                                                                                                      Clerk of Court

                                                                           By:_____
                                                                                                    Deputy Clerk