UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MAKERDAO,<br><br>    Defendant. | Case No. 1-22-cv-8478-VSB-JLC |

TO:
Ruby J. Krajick
United States District Court
Southern District of New York

## REQUEST TO ENTER DEFAULT

Plaintiff True Return Systems, LLC ("TRS" or "Plaintiff") respectfully request that you enter default against Defendant MakerDAO pursuant to rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action, as fully appears from the civil docket in the action and from the attached Declaration of David A. Boag, Esq.

Dated: January 3, 2023

              Respectfully submitted,

              BOAG LAW, PLLC

              By: _____

              David A. Boag (DB9899)
              447 Broadway, Suite 2-270
              New York, NY 10013
              (212) 203-6651
              dab@boagip.com

              *Attorneys for Plaintiff True Return Systems LLC*