UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>    Plaintiff,<br><br>vs.<br><br>MAKERDAO,<br><br>    Defendant. | Case No. 1:22-cv-08478-VSB |

## STATEMENT OF DAMAGES

| | | |
|---|---|---|
| Principal amount sued for………… | Table 1, Col. C | ………$12,398,368 |
| Pre-judgement interest at the U.S. Treasury 1-Year rate, applied to December 31, 2022 | Table 1 Col. F | ……………$276,418 |
| Enhanced damages ………………………... | Table 1, Col. G | ………….$5,133,745 |
| Total (as of February 6, 2023) | | ………...$17,808,531 |

Table 1 – Damages Calculations, including pre-judgement interest

Table 2 – Interest Rates for Pre-judgement interest (1-year US Treasury, from Federal Reserve)

Table 3 – MakerDAO self-reported DAI Outstanding Amounts and Income

1

# TABLE 1

**U.S. Patent No. 10,0257,97 | MakerDAO**
0.001 (0.10%) per annum of DAI outstanding
Infringement: June 2020 to November 2022 for December 31, 2022

| A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|
| Reporting Date dm-mmm-yy | Dai Outstanding $ | Damages w/o Interest | Federal 1Yr Rate % Setting | Years of Interest to 12/31/2022 | Pre-judgement Interest | Enhanced Damages (2x "C" Damages) |
| | (d) | 0.00833333% | (f) | | | |
| 30-Nov-22 | 5,197,692,938 | 433,141 | 4.74% | 0.08 | 1,744 | 866,282 |
| 31-Oct-22 | 5,690,335,728 | 474,195 | 4.66% | 0.17 | 3,756 | 948,389 |
| 30-Sep-22 | 6,417,090,460 | 534,758 | 4.05% | 0.25 | 6,063 | 1,069,515 |
| 31-Aug-22 | 6,519,555,574 | 543,296 | 3.50% | 0.33 | 7,741 | 1,086,593 |
| 31-Jul-22 | 6,977,792,395 | 581,483 | 2.98% | 0.42 | 9,777 | 1,162,965 |
| 30-Jun-22 | 6,327,848,065 | 527,321 | 2.80% | 0.50 | 10,142 | 0 |
| 31-May-22 | 6,371,233,125 | 530,936 | 2.08% | 0.58 | 11,136 | 0 |
| 30-Apr-22 | 8,460,850,652 | 705,071 | 2.10% | 0.67 | 16,073 | 0 |
| 31-Mar-22 | 9,313,029,198 | 776,086 | 1.63% | 0.75 | 18,755 | 0 |
| 28-Feb-22 | 9,364,611,730 | 780,384 | 1.01% | 0.83 | 19,545 | 0 |
| 31-Jan-22 | 9,277,053,328 | 773,088 | 0.78% | 0.92 | 19,836 | 0 |
| 31-Dec-21 | 9,033,539,059 | 752,795 | 0.39% | 1.00 | 19,571 | 0 |
| 30-Nov-21 | 8,913,074,867 | 742,756 | 0.24% | 1.08 | 19,465 | 0 |
| 31-Oct-21 | 7,860,640,127 | 655,053 | 0.15% | 1.17 | 17,250 | 0 |
| 30-Sep-21 | 6,251,612,575 | 520,968 | 0.09% | 1.25 | 13,760 | 0 |
| 31-Aug-21 | 5,958,876,813 | 496,573 | 0.07% | 1.33 | 13,145 | 0 |
| 31-Jul-21 | 5,460,578,762 | 455,048 | 0.07% | 1.42 | 12,073 | 0 |
| 30-Jun-21 | 5,227,277,381 | 435,606 | 0.07% | 1.50 | 11,584 | 0 |
| 31-May-21 | 4,502,428,716 | 375,202 | 0.00% | 1.58 | 9,978 | 0 |
| 30-Apr-21 | 3,764,615,954 | 313,718 | 0.05% | 1.67 | 8,356 | 0 |
| 31-Mar-21 | 2,970,724,409 | 247,560 | 0.07% | 1.75 | 6,609 | 0 |
| 28-Feb-21 | 2,334,248,046 | 194,521 | 0.08% | 1.83 | 5,206 | 0 |
| 31-Jan-21 | 1,634,099,082 | 136,175 | 0.10% | 1.92 | 3,656 | 0 |
| 31-Dec-20 | 1,165,505,365 | 97,125 | 0.10% | 2.00 | 2,616 | 0 |
| 30-Nov-20 | 1,039,656,125 | 86,638 | 0.11% | 2.08 | 2,342 | 0 |
| 31-Oct-20 | 922,429,482 | 76,869 | 0.13% | 2.17 | 2,086 | 0 |
| 30-Sep-20 | 892,181,047 | 74,348 | 0.12% | 2.25 | 2,025 | 0 |
| 31-Aug-20 | 442,029,789 | 36,836 | 0.12% | 2.33 | 1,007 | 0 |
| 31-Jul-20 | 362,671,932 | 30,223 | 0.11% | 2.42 | 829 | 0 |
| 30-Jun-20 | 127,131,834 | 10,594 | 0.16% | 2.50 | 292 | 0 |
| Totals | | 12,398,368 | | | 276,418 | 5,133,745 |

sources

d - MakerDAO Dashboard, SebVentures / MakerDAO Strategic Finance Unit
https://dune.com/SebVentures/maker---accounting_1

f - Federal Reserve Economic Data, Federal Reserve Bank of St. Louis
1-Year Constant Maturity Treasury Rate
https://fred.stlouisfed.org/series/DGS1

# TABLE 2

**TABLE 2 - Pre-judgement Interest Rates**

| Rate Set Date dd-mmm-yy | Rate 1Y Treas. |
|---|---|
| 30-Jun-20 | 0.16% |
| 31-Jul-20 | 0.11% |
| 31-Aug-20 | 0.12% |
| 30-Sep-20 | 0.12% |
| 31-Oct-20 | 0.13% |
| 30-Nov-20 | 0.11% |
| 31-Dec-20 | 0.10% |
| 31-Jan-21 | 0.10% |
| 28-Feb-21 | 0.08% |
| 31-Mar-21 | 0.07% |
| 30-Apr-21 | 0.05% |
| 31-May-21 | 0.00% |
| 30-Jun-21 | 0.07% |
| 31-Jul-21 | 0.07% |
| 31-Aug-21 | 0.07% |
| 30-Sep-21 | 0.09% |
| 31-Oct-21 | 0.15% |
| 30-Nov-21 | 0.24% |
| 31-Dec-21 | 0.39% |
| 31-Jan-22 | 0.78% |
| 28-Feb-22 | 1.01% |
| 31-Mar-22 | 1.63% |
| 30-Apr-22 | 2.10% |
| 31-May-22 | 2.08% |
| 30-Jun-22 | 2.80% |
| 31-Jul-22 | 2.98% |
| 31-Aug-22 | 3.50% |
| 30-Sep-22 | 4.05% |
| 31-Oct-22 | 4.66% |
| 30-Nov-22 | 4.74% |

SOURCE: Federal Reserve Bank of St. Louis - "FRED" Federal Data
Link: https://fred.stlouisfed.org
DGS1    Market Yield on U.S. Treasury Securities at 1-Year Constant Maturity,
        Quoted on an Investment Basis, Percent, Daily, Not Seasonally Adjusted

# TABLE 3

**MakerDAO**
**Historical DAI and Reported Revenues**
June 2020 to November 2022

| Reporting Date dd-mmm-yy | Dai Outstanding $ | Reported Revenue By Classification | | | Total Reported Revenue $ |
| --- | --- | --- | --- | --- | --- |
| | | Vault Liquidation $ | Trading $ | Lending (All) $ | |
| data source: | (d) | (d,f) | (d,f) | (d,f) | |
| 30-Nov-22 | 5,197,692,938 | 161,634 | 13,979 | 1,001,520 | 1,177,133 |
| 31-Oct-22 | 5,690,335,728 | 3,081 | 0 | 905,458 | 908,539 |
| 30-Sep-22 | 6,417,090,460 | 1,200,000 | 0 | 1,200,000 | 2,400,000 |
| 31-Aug-22 | 6,519,555,574 | 100,000 | 0 | 1,500,000 | 1,600,000 |
| 31-Jul-22 | 6,977,792,395 | 2,500,000 | 0 | 1,300,000 | 3,800,000 |
| 30-Jun-22 | 6,327,848,065 | 7,100,000 | 0 | 2,400,000 | 9,500,000 |
| 31-May-22 | 6,371,233,125 | 4,200,000 | 0 | 4,300,000 | 8,500,000 |
| 30-Apr-22 | 8,460,850,652 | 1,500,000 | 400,000 | 6,200,000 | 8,100,000 |
| 31-Mar-22 | 9,313,029,198 | 100,000 | 0 | 5,900,000 | 6,000,000 |
| 28-Feb-22 | 9,364,611,730 | 300,000 | 0 | 6,800,000 | 7,100,000 |
| 31-Jan-22 | 9,277,053,328 | 18,161,760 | 227,320 | 10,303,007 | 28,692,087 |
| 31-Dec-21 | 9,033,539,059 | 1,875,094 | 292,872 | 12,084,517 | 14,252,483 |
| 30-Nov-21 | 8,913,074,867 | 500,853 | 229,736 | 10,033,849 | 10,764,438 |
| 31-Oct-21 | 7,860,640,127 | 23,202 | 167,305 | 5,291,172 | 5,481,679 |
| 30-Sep-21 | 6,251,612,575 | 3,520,470 | 425,097 | 3,921,938 | 7,867,505 |
| 31-Aug-21 | 5,958,876,813 | 190,229 | 261,429 | 3,382,743 | 3,834,401 |
| 31-Jul-21 | 5,460,578,762 | 55,632 | 274,137 | 4,438,839 | 4,768,608 |
| 30-Jun-21 | 5,227,277,381 | 1,088,009 | 1,247,351 | 8,297,907 | 10,633,267 |
| 31-May-21 | 4,502,428,716 | 9,410,268 | 1,221,449 | 13,252,689 | 23,884,406 |
| 30-Apr-21 | 3,764,615,954 | 2,263,621 | 159,281 | 10,292,895 | 12,715,797 |
| 31-Mar-21 | 2,970,724,409 | 205,623 | 407,721 | 8,119,713 | 8,733,057 |
| 28-Feb-21 | 2,334,248,046 | 1,638,984 | 197,651 | 4,813,382 | 6,650,017 |
| 31-Jan-21 | 1,634,099,082 | 516,581 | 48,445 | 2,503,484 | 3,068,510 |
| 31-Dec-20 | 1,165,505,365 | 66,858 | 716,410 | 1,349,838 | 2,133,106 |
| 30-Nov-20 | 1,039,656,125 | 151,056 | 1,557,138 | 1,034,090 | 2,742,284 |
| 31-Oct-20 | 922,429,482 | 17,480 | 1,549,707 | 896,306 | 2,463,493 |
| 30-Sep-20 | 892,181,047 | 174,711 | 617,429 | 191,367 | 983,507 |
| 31-Aug-20 | 442,029,789 | 20,104 | 12,343 | 7,251 | 39,698 |
| 31-Jul-20 | 362,671,932 | 2,164 | 92,731 | 33,989 | 128,884 |
| 30-Jun-20 | 127,131,834 | 109,196 | 931 | 10,502 | 120,629 |
| Totals | | 57,156,610 | 10,120,462 | 131,766,456 | 199,043,528 |

sources

d - MakerDAO Dashboard, SebVentures / MakerDAO Strategic Finance Unit
https://dune.com/SebVentures/maker---accounting_1

f - MakerDAO Forum linked spreadsheets "Parameter Changes Proposal - PPG-OMC-001"
https://forum.makerdao.com/tag/rates