# Office of Petitions: Routing Sheet



4 7 0 0

**Application No.** 15923317

This application is being forwarded to your office for further processing. A decision has been rendered on a petition filed in this application, as indicated below. For details of this decision, please see the document PET.OP.DEC filed on the same date as this document.

**X GRANTED**

☐ **DISMISSED**

☐ **DENIED**