# MIP40c3-SP67: Modify Core Unit Budget - Strategic Happiness (SH-001)

rfc , mips , core-unit , core-unit-budget , impact-:-high

aburban90 #1  March 10, 2022, 4:59am

# MIP40c3-SP67: Modify Core Unit Budget - Strategic Happiness (SH-001)

## Preamble

```
MIP40c3-SP#: 67
Author(s): Andrew Burban (@Saint.Burban)
Contributors: Dawson & like fifteen others
tags: core-unit, cu-sh-001, budget, mkr-budget, dai-budget
Status: Accepted
Date Applied: 2022-03-09
Date Ratified: 2022-05-23
Forum URL: https://forum.makerdao.com/t/mip40c3-sp67-modify-core-unit-budget-
Ratification Poll URL: https://vote.makerdao.com/polling/QmQkxx16
```

## Sentence Summary

MIP40c3-SP67 updates the budget for the Strategic Happiness Core Unit, SH-001.

## Paragraph Summary

MIP40c3-SP67 updates the budget to expand the Strategic Happiness Core Unit, SH-001. It proposes an updated budget breakdown for DAI and MKR. In total, 770,000 DAI is requested (230,000 DAI up-front). Additionally, a 250 MKR vest is requested, streamed over 4 years with an 18-month cliff. A pro-rated offboarding term is also proposed for 2 months of funding if, after funding this Core Unit until March 15, 2023, the community decides not to renew a further budget.

## Specification

### Motivation

- Community Building
○ Promote group cohesion and internal morale throughout MakerDAO.
○ Grow our community and attract talent via targeted Swag Airdrops and genuine interactions.

- Brand Awareness
  - Maintain a presence at external events & conferences to support MakerDAO.
  - Participate in curating events hosted by MakerDAO.
  - Fulfill custom swag requests.
  - Generally promote and defend the Maker brand and its image in the space.
- Project Growth
  - Support the Growth Core Unit in building client relationships, as requested.
  - Take advantage of serendipitous in-person interactions to achieve these goals.

## Swag Airdrops

SHCU Swag Airdrops focus on several kinds of recipients:

- MakerDAO Core Unit & Community Members
- Potential New Hires
- Partner projects & potential collaborators
- Anyone that might be interested in MakerDAO, both inside and outside the crypto space.

Since its inception, the SHCU has delivered over 100+ airdrops, and many satisfied recipients have shared on social media, increasing its total reach.

In past years, MakerDAO would sponsor events to promote its image. However, recently, Maker opted out of an ETH Denver sponsorship.

- The SHCU stepped in and applied its budget.
  - 2000 beanies for DAIVinity & conference attendees.
  - 100+ Socks, T-Shirts, and Hoodies for other Maker fans.
  - Backpacks and North Faces for MakerDAO members.
- The final result:
  - Better visibility than a sponsorship with ETH Denver.
  - Lasting appreciation by swag recipients.
  - Significant savings compared to an ETH Denver sponsorship fee.

The SHCU desires to recreate these results on an ongoing basis, aiming for one to three events and 25-50+ airdrops per quarter. The requested budget modifications will allow the SHCU to continue operating at the professional level MakerDAO requires.

## Going Forward

- Integrate AccountAble for accounting & expense tracking.
- Create a secure multi-sig for the SHCU's budget.
- Hire part-time employees for assistance with:
  - Coordination, design, swag distribution, budgeting, and general assistance.
- Scale-up production of high-quality, creative swag.
  - Distribute curated swag at events where MakerDAO would have a presence.
  - Resume Swag Airdrops!
- Set up a *new* Official Maker Swag Shop! *
  - If successful, its revenue could offset many of the SHCU's expenditures.

- The shop will feature items people can order at any time.
  - Limited edition items will not really be available there. If you want that *reallyyy* unique thing, you'll have to get it from me directly. : )
- **SaaS:** Swag as a Service
  - @flipflopflapdelegate 's suggestion to model SwaggerDAO could be pretty lucrative.
- **\* Note:**
  - Excluding this item from the budget for now.
  - The SHCU may still take over the existing Swag Shop and revamp it.
  - Will submit a separate proposal later.

**Personal Note**

Personally, I am incredibly bullish on Maker, its future, and the future of DAI. Maker and its community have truly become my second family. In my darkest times, you have all been there for me. You've all shown me that you genuinely care for me and each other. That is rare in this world!

I am infinitely grateful to all of you. You've opened doors for me that I never imagined existed. Just being part of the MakerDAO community has brought me untold opportunities.

I originally started the Strategic Happiness Core Unit as a bit of a meme, but it's grown into so much more since then! Given how long I've been with Maker, I didn't request a salary or a vest. I genuinely wanted to see our project do well and be part of its success.

I'm fully aware that lately, I've been participating less regularly. Sadly, the number went down, and it took a toll on me. Still, I do my best to stick to my original mandate! Make everyone happy! 🙂

That said, I believe our community is starting to see the value that I bring : )

---

# Team Membership

The Strategic Happiness Core Unit team will include:

- **@Saint.Burban:** Shitpost Facilitator Chief Happiness Officer
- **Part-Time Assistant(s):** Design, Curation, Vendor Sourcing, Logistics, Cost-Tracking, Budgeting, General Assitance

## Facilitator

As the Facilitator of the Strategic Happiness Core Unit, it's been my job to raise the morale of our community and get others outside our community excited about Maker and DAI.

Initially, I proposed a salary of 0 DAI for myself. It was a unique way to get involved, and I know everyone got a kick out of it too : )

I would like to continue doing what I do. It's fun, and doing it for free was cool. However, over the past six months, I've seen a lot of ways I can take on more responsibilities and invest more time to deliver greater value to MakerDAO.

I will be delivering and creating more swag while helping to bring additional value to various Maker teams and coordinate great events. Much of what I've been doing has received overwhelmingly positive feedback, and many

have urged me to get paid for my efforts.

I'm including budget revisions based on recent community feedback on spending and SHCU direction.

---

## SHCU | Credentials & Past Successes

### Swag Airdrops

https://hackmd.io/_uploads/ryxpWbXQ5.jpg *(image larger than 4 MB)*

*Designed, packaged, and shipped with love <3*

### Twitter Posts

https://hackmd.io/_uploads/BkkzRZQm5.jpg *(image larger than 4 MB)*

**Some Recipients:**

- DeFi Saver Team
  - **Nikola Jankovic** | **Nikola Milli**
- MakerDAO Internal:
  - **Felipe** | **Corina** | **Scottreprenuer** | **Talba** | **Kurt**
  - Tadeo
    - Stayed with MakerDAO because of an airdrop : )
    - "The act of kindness from a stranger sending me a jumper and a handwritten note made me realize there was a real community behind the forum, made me want to push to be part of it." - Tadeo
- Outside Supporters
  - **David Hoffman** | **xDai Punks** | **Káyọ̀dé Babárìndé**

### ETH Denver | DAIVinity

https://hackmd.io/_uploads/Hkipm-E7c.jpg *(image larger than 4 MB)*

> **"Maker is cool again!"**
> - David Hoffman, Bankless

### Beanies!

https://hackmd.io/_uploads/Syd3GfV79.jpg *(image larger than 4 MB)*

### Memes : )



[Frens having fun with Dai 🙂](#) | AAVE <> MakerDAO D3M by Pepecasso

**Featured In:** [The Defiant: MakerDAO's Update is a Pure Expression of DeFi 2.0](#)

## Potential Partnerships

- DeFi Saver
  - Generally maintaining a relationship.
  - Their top beta-tester.
  - Push them to collaborate w/ us more.
- QiDAO
  - Integrations w/ DFS.
  - Generally seeing where we can partner and letting the Growth CU do the rest.
  - Maintaining relations.
- StakeDAO
  - Custom strategies may or may not be coming soon.
- Gains Network
  - Talks in progress of cross-promotion
  - They feature our flagship, Dai, as their sole collateral type.
  - Recently, they added "Powered by Maker" to their landing page.
  - The GNS founders are also seeking to integrate with our lending.



## Core Unit ID

SH-001 (the Strategic Happiness Core Unit)

# Budget Implementations

The implementation follows best practices and is described below for transparency.

## Budget Breakdown

| Item | Amount |
|---|---|
| **Dai Compensation** | |
| Facilitator | 17,500 DAI |
| Part-Time Assistance | 15,000 DAI |
| Swag | 80,000 DAI |
| Shipping | 10,000 DAI |
| Travel | 12,500 DAI |
| Ongoing Operations | 20,000 DAI |
| Contingency Buffer | 25,000 DAI |
| **Total Quarterly** | 180,000 DAI |

## Restock Swag Inventory [Single-Payment]

| Item | Amount |
|---|---|
| Restock Inventory | 50,000 DAI |
| **Total** | 50,000 DAI |

# Budget Line Items

### Compensation

The SHCU team will have:

- One Facilitator
- Part-Time Assistance

### Salaries

Annual compensation will be:

- **Andrew Burban:** 70,000 DAI
- **Part-Time Assistance:** 60,000 DAI

**Note I:** These figures are well below market rates to demonstrate a long-term commitment to MakerDAO and this core unit. The compensation I'm requesting can be viewed as a stipend.

- As a long-term member of the Maker community, if Maker does well, we all do well. If the community is happy with the SHCU's performance and sees the value it brings, the figures may be revised later if appropriate.

**Note II:** The part-time budget is an allowance figure. Scaling the SHCU is not feasible alone, but, at the same time, hiring a full-time employee does not make sense right now either. The 60,000 DAI is intended for assistance with small tasks. Unused funds would be credited towards future quarters. However, this figure may be revised if more consistent assistance is required.

**Note III:** I've removed healthcare from the budget to reduce costs. For now, I am covered under a personal plan, and part-time employees would not be eligible.

### Travel

I anticipate travel to be a significant part of this core unit's expenditures. I am requesting a quarterly budget of 12,500 Dai for travel covering all team members.

- One of the primary goals for this core unit is to promote our brand's image.
  - This requires attending major events worldwide, where Maker plans to have a presence.
  - This core unit will curate, produce, and distribute unique swag for each event.
    - This may require renting larger vehicles, flying, and lodging more frequently.
  - Currently, there are plans for:
    - ETH Amsterdam (late April 2022).
    - Several more in the coming months.
    - Also, special swag was made for ETH Denver and the Harvard Event in Boston, which just passed.
- Some quarters may be slower or more active than others.
  - Unspent travel funds will carry over into the next quarter during quieter periods.
  - The contingency buffer would be available for busier quarters.

### Ongoing Operations:

- Operational Overhead
- AccountAble: $10,000
- TokenTax

- Software
- Grammarly
- Other Subscriptions
- Miscellaneous Costs

## Swag

Our goal is to produce high-quality, durable swag to promote MakerDAO's image.

- People should be proud to wear, use, and show off their gear.
- Cutting corners and producing sub-par quality items hurts our image.
  - Also, those items typically end up in the trash. Money is wasted, and pollution is created.
- Making higher quality merchandise is more expensive but worth the cost.
  - At scale and with further planning, costs per item would come down but still won't be cheap.

Based loosely on previous events and depending on a given event's size:

- Approximate cost per event: $20,000-$35,000+
- Reach: 500-2000+ people
  - Plus, countless more when they share online : )

Assuming the SHCU produces swag for about three events per quarter:

- We can expect production to cost approximately $60,000-$120,000 quarterly.
- Some quarters may have fewer events, while others may have more.
- Based on demand, this number may be revised in the future.
  - **Note:** As with the previous SHCU budget, I vow to treat all funds streamed to the SHCU by the DAO with respect. I try to be honest with my spending and do my best to only spend when necessary. Any remaining funds will be credited towards the next quarter or sit idle until busier times.

## Shipping

This budget includes 10,000 DAI for shipping.

This figure is a rough estimate of what it may cost to ship items to and from events and to any airdrop recipients. Shipping costs fluctuate wildly, especially when shipping internationally. This figure does not include much slack, but any unused funds would be set aside for other quarters.

## Restocking the Swag Inventory

Lately, I've run through my entire inventory. I would like to invest in restocking generic branded items like T-Shirts, Hoodies, Socks, Hats, etc.

I prefer to have swag on hand for grab & go events or for anyone I may meet on a whim. I'd also like to resume shipping individual swag airdrops. To do this, I need to invest in a small inventory, which I anticipate lasting a while. Depending on variety and quantity, restocking may cost around $35,000-$50,000.

The budget includes a one-time distribution of 50,000 DAI to meet this need.

## Swag Budget Caveats

Above, I've listed the real numbers required to produce high-quality curated merch for our events. A typical larger event may reasonably cost around $25,000-$35,000. Creating swag for smaller events can probably cost approximately $15,000-$20,000.

- The SCHU can fund about two or three events per quarter with the proposed budget implementation.

If there are more events in a given quarter, I will be counting on other CU's interested in collaborating for our events to chip down and supplement some of these expenditures. We can work together to produce unique and special Maker Swag, custom-tailored to each occasion.

### Contingency Buffer

The budget includes a buffer for incidentals.

---

# Clarifications

## Standard Unwind Term

To avoid burdening Maker governance, SHCU is proposing the following terms. The budget term ends March 15, 2023. At the end the budget term, if Maker governance decides not to renew the budget, the SHCU will default to unwind on a two-month term, pro-rated under the current budget. Any funds not used for salary and operations will be appropriately returned to the DAO.

# Budget Request Up-Front

For the next funding cycle, I am requesting funding up-front, as follows:

| Description | Amount |
|---|---|
| Quarterly Budget | 180,000 DAI |
| Restock Inventory | 50,000 DAI |
| **Total** | **230,000 DAI** |

## Transfers

### Core Unit Wallet Address

- **Address:** 0x955993Df48b0458A01cfB5fd7DF5F5DCa6443550
- **Keyholder:** @aburban90

### Core Unit Multi-Sig Address (2/6)

- **Address:** 0xc657aC882Fb2D6CcF521801da39e910F8519508d
- **Owners:** @aburban90  @Nadia  @tadeo  @hexonaut  @juan  @0xdeniz

### Initial Transfer

- **Amount:** 230,000 DAI
- **Description:** Up-front payment for the new quarterly budget.

**DssVest Stream**

- **Amount:** 540,000 DAI
- **Description:** Ongoing Core Unit Expenses
- **Address:** 0xc657aC882Fb2D6CcF521801da39e910F8519508d
- **Start Date:** June 1, 2022
- **End Date:** March 15, 2023

# MKR Vesting

The Strategic Happiness Core Unit seeks to vest its members with MKR to further align incentives. However, the SHCU would first like to demonstrate its value to MakerDAO governance.

- MKR vest will use a non-standard cliff of 18 months.
- If Maker is dissatisfied with the SHCU, they can unwind the core unit without penalty using the unwind at the 12-month mark.
- This cliff reduces the risk of the MKR plan while still providing performance-based retention terms.

Vesting is proposed as follows:

- **Andrew Burban:** 250 MKR

**MKR Payment Implementation**

- **Amount:** 250 MKR
- **Cliff:** 18 Months from approval date (May 23, 2022)
- **Addresses:** 0x955993Df48b0458A01cfB5fd7DF5F5DCa6443550
- **Start Date:** June 1, 2022
- **End Date:** June 1, 2026

# Related MIPS

- **MIP39c2-SP11: Strategic Happiness Core Unit**
- **MIP40c3-SP14: The Strategic Happiness Core Unit Budget, SH-001**
- **MIP41c4-SP11: Shitpost Facilitator Onboarding, Strategic Happiness Core Unit, SH-001**

6 Likes

**ACREinvest Delegate Platform**

**Weekly MIPs Update #88**

**Relay Semanal: 10 - 16 de mayo de 2022**

**Flipside Crypto Delegate Platform**

**Feedblack Loops LLC Delegate Platform (FBL)**

[Encuestas de la Semana: 16 de Mayo del 2022](#)

[Weekly Relay | May 10 - 16, 2022](#)

[Weekly MIPs Update #87](#)

[Governance and Risk #189 - Thursday, May 05 17:00 UTC](#)

[Coldiron.eth Delegate Platform](#)

[Relay Semanal | 3 - 9 de Mayo de 2022](#)

[Encuestas de la Semana: 09 de mayo de 2022](#)

[Weekly Relay | May 3 - 9, 2022](#)

[Weekly MIPs Update #86 - May 9, 2022](#)

[Weekly MIPs Update #85](#)

[Coldiron.eth Delegate Platform](#)

[Governance and Risk #187 - Thursday, April 21 17:00 UTC](#)

[Weekly MIPs Update #84 :fireworks:](#)

[Forum at a Glance | April 14 - 20, 2022](#)

[Relay Semanal: 12 - 18 de abril de 2022](#)

[Weekly Relay | April 12 - 18, 2022](#)

[Weekly MIPs Update #83](#)

[Forum at a Glance | April 7 - 13, 2022](#)

[Relay Semanal: 5 - 11 de abril de 2022](#)

[Weekly Relay | April 5 - 11, 2022](#)

[Governance and Risk #185 - Thursday, April 07 17:00 UTC](#)

[Weekly MIPs Update #82](#)

[Governance and Risk #184 - Thursday, March 31 17:00 UTC](#)

[[Signal Request] Extend SHCU (SH-001) Budget Until May Governance Cycle](#)

[Weekly MIPs Update #81 :tada:](#)

[Weekly MIPs Update #80 :tada:](#)

**SourceCred Bi-Weekly Happenings #2**

**Weekly MIPs Update #79 :piñata:**

**MIP41c5-SP5: Facilitator Offboarding**

**Weekly MIPs Update #78**

---

**aburban90** #2  March 10, 2022, 5:01am

Tried to post before deadline… not sure if I tagged everything right or not (probably not!)

Very much open to discussion and comment tho!

---

**aburban90** #3  March 10, 2022, 7:00am

I do anticipate some pushback with sticker shock btw.
Offboard CPCU… for another budget that's the same size??

I did account for a good bit of slack, but for reference… my previous quarterly budget actually lasted me about five months.

However, after getting in touch w/ AccountAble, and seeing what it costs to "do it right", especially when hiring someone, it's actually not so cheap! That said, I don't anticipate blowing through this entire budget very quickly. I expect a lot of carry-over, and the budget will have a lot of runway,

Also… the moneys won't be shadily spent. I may often look at my CU wallet… and think "I could RLE use that rn to bail out some stupid decision I made"… but I don't. It's not my money, it's the DAO's money, and I treat it with respect.

3 Likes

---

**Doo_StableLab** #4  March 10, 2022, 7:04am

I have a lot of respect for what you do and it's always good to see you. It pains me to say this but I really think you should rethink about your proposal.

To summarize, the Strategic Happiness Core Unit works on memes and also swags.

1. This seems overly high. To give a perspective, this is 50% higher than base salary at Maker growth. And slightly more than even LongForWisdom's who spends literally everyday countless hours for the Maker protocol ($144k based on Feb 21 proposal).

> aburban90:
>
> Annual compensation will be:
>
> - **Andrew Burban:** 150,000 DAI
> - **Katherine Obermeyer:** 150,000 DAI

2. 250 MKR vesting per person is also much higher than many others. For example, Events Core Unit that is trying to onboard, it's 168.45 MKR per person.

> aburban90:
>
> Vesting is proposed as follows:
>
> - **Andrew Burban:** 250 MKR
> - **Katherine Obermeyer:** 250 MKR
> - **New Hires:** TBD

3. For two people, that's $9k per person per quarter so around 3k per person per month. Even if we assume the team travels every month, I think the amount seems to be on the higher side.

> aburban90:
>
> I am requesting a quarterly budget of 18,000 Dai for travel.

4. I get that you might need Kat's help in designing but is it really something that requires full time work all year around? Is it possible to share general overview of tasks she will be doing?

> aburban90:
>
> @kat : Full-Time, Employee Zero, Designer

7 Likes

---

**aburban90** #5  March 10, 2022, 8:09am

Hey  @Doo_StableLab !

Thanks for being the first dissenter on my post! 

I had no idea @LongForWisdom takes home only $144k… he deserves much much more than that!

That man is a machine!

As far as salaries go… personally, I'm not hell-bent on any particular number. I've requested zero before. I'm not looking to milk our DAO for a luxe salary of some kind. I'm open to any number that everyone agrees is reasonable. In my case, I just would like something to hold me over through this little patch of volatility. Some call it a bear market? Bear phase? idk…Bear Trap? 🤔

It's late o'clock, so I'll leave the floor open to @kat to talk abt her salary, skills, tasks, etc. tomorrow.

w.r.t. to the vest though… Idk, maybe I ask for a lot? Maybe not? I think the schedule I proposed is unique though. We pretty much get the majority of the unlock towards the end. If we bail early, even halfway through, we forfeit the majority of the vest. 🤷‍♂️

Discussions for tomorrow tho!

3 Likes

---

**aburban90** #6  March 10, 2022, 8:51am

One other caveat on vest… and idk if it's technically doable, but… I believe all vestees should be able to vote with their (to be vested) MKR, ahead of unlock schedules. You can vote, delegate, but not withdraw until vesting is complete.

Probably will introduce some complications… but it's a thought.

Oh, and ofc, if you leave before your vest schedule is up, your voting rights are rightfully slashed.

---

**MakerMan** #7  March 10, 2022, 10:26am

I won't quote all of them, but have to agree with @Doo_StableLab on many of his points.

Especially regarding:

> Doo_StableLab:
>
> I have a lot of respect for what you do and it's always good to see you. It pains me to say this but I really think you should rethink about your proposal.

The first is the necessity or adding another FTE. Example there is an events group asking for funds as well, If anything I would like to see Events and Strategic Happiness try to share FTE resources since your teams would have to work together anyway.

You are really going to have to figure out how to get this down to 1FTE at least as the rates/costs you are asking for.

I keep thinking about how SH potentially could work to become revenue neutral by a focus on selling swag etc. Think of it this way. As a startup CU you get what you need to get going. Events group needs swag for their event. So from their budget SH basically sells them swag - at some reasonably discounted price - that still earns your SH unit an effective profit and brings in revenue to your unit.

Also should Maker get more active in rewarding vault users or DAI borrowers I could see a grant for a swag promotion - open a new vault, borrow 100K DAI receive a free Maker hat swag where again SH sets a reasonable price with moderate profit and Maker puts up a grant. Sure these are one Maker hand paying another but it illustrates how we can track cross CU work/product flows by tracking internal revenues and expenditures. This is better than black boxing this money as straight expenditures.

The point here is that I want to start seeing from CUs approaches to bring in outside revenues that can help offset the Maker budgetary costs as well as cross tracking revenues from other CUs to illustrate real working relationships that affect their budgets (funds moving around internally for services). There will be many CUs that can't do this. But I think this is something to consider for Strategic Happiness with swag and other Maker sales as well as for CUs in general.

I think in the end when it comes to new budgets a real strong case has to be made about what services are being provided now, and what the cost is for continuity of those AS DISTINGUISHED from what we get if a higher budget than expected is proposed.

You have laid out pretty clearly a bit of what you want, but you have not given us the baseline target of what is needed to keep doing what has already been done.

BTW: Since Risk put forward a budget request for retroactive pay. I would be much more aligned to float you funds based on pay retroactively than boosting the current ask.

Settle in for what you would want retroactively as one budget request, then what you need to continue existing SH ops, and then segregate out the boost for SH growth. In my own view given the revenue to expense state asking for more is likely to not be approved. Asking for what you need to keep doing what you have been doing (for free) will likely be negotiated but accepted if reasonable. And once the what you need is negotiated and accepted, asking for retroactive pay over time based on on-going accepted cost is MUCH more likely to get approved.

In your case you could keep this retroactive pay, or you could funnel it in to expand SH, then demonstrating some improvements in baseline deliverables perhaps ask for a budget increase later to sustain new SH ops.

Just some suggestions and don't think this is a rejection. It is a kindly request to bring this budget request down where at all possible.

7 Likes

---

**aburban90**   #8   March 10, 2022, 8:20pm

Generally, I would like to get this to pass.

It's still a work in progress. Currently, @kat  is adding a short bio describing her skills, pasts contributions, and how she will be be applying those as my FTE.

Still, I invite constructive criticism from all so I can make revisions that satisfy everyone 

---

**psychonaut** #9  March 10, 2022, 8:30pm

Among this month's proposed budgets, this one is the **extreme outlier**. You could win my support if you re-calibrate your budget such that there is a good chance that you could over-deliver. As it stands now, it seems fait accompli that you will under-deliver relative to your compensation.

2 Likes

---

**aburban90** #10  March 10, 2022, 9:57pm

I will make some revisions right now based on this. Thanks!

---

**aburban90** #11  March 10, 2022, 10:12pm

Updated, and tagged you 🙂

---

**Patrick_J** #12  March 10, 2022, 10:31pm

I think your numbers might be off for the total under Quarterly Budget Implementation - I make it 261,000 DAI based on the numbers in the table.

---

**aburban90** #13  March 10, 2022, 10:33pm

I took $10k off from each of our comps…from 150k to 140k… but please check my math 🙂

---

**psychonaut** #14  March 10, 2022, 10:34pm

Uh, did you look at how much Immunefi Security is paid (**DAI**, **MKR**)? 😬

---

**Patrick_J** #15  March 10, 2022, 10:43pm

> aburban90:
>
> I took $10k off from each of our comps…from 150k to 140k

Which is an annual figure. So 20k annual reduction, but you've reduced the **quarterly total** amount by 20k. You can add up each line item to find the same thing

---

**aburban90** #16  March 10, 2022, 10:44pm

Ah, did maths wrong… you're right, will revise

1 Like

---

**aburban90** #17  March 10, 2022, 10:51pm

It's a little obfuscated in those links you gave. I think I saw $138k?

@kat  was previously earning approx $130k at CPCU.

Name salaries you think would be appropriate for us, given how much others earn in our space.

As for the MKR vest totals, I'm not married to the sums, but I think I'd like to return to that topic later on. I think, given the unique vesting schedule I proposed… it creates an incentive for us to stay the entire term of our vesting schedule. Since it's not a linear vest, if we abandon early, we forfeit the majority of our vest.

**aburban90** #18 March 10, 2022, 11:05pm

Generally, from what I'm starting to gather… it seems like many of the people in our DAIO are rather underpaid, given their talents and commitment to our vision. These days, I don't believe a salary of 140k, 150k, 200k + is all that much, even in the traditional world. Depending on where you live… @kat and I live in NYC, for example (god knows why we're still here… this place is a hell hole lol)… even a $200k salary doesn't even necessarily provide a particularly lavish standard of living. Somehow, you're still just struggling to make ends meet.

That said… I'm not looking to milk the DAO for something lavish for myself. I will revise to whatever people think is reasonable.

---

**aburban90** #19 March 10, 2022, 11:11pm

Made this change, thanks

---

**MFeinberg** #20 March 10, 2022, 11:32pm

> aburban90:
>
> Depending on where you live… @kat and I live in NYC,

The cost of living and the taxes in NY are overly high and completely out of control. This is true.

2 Likes

---

**psychonaut** #21 March 10, 2022, 11:35pm

> aburban90:
>
> As for the MKR vest totals, I'm not married to the sums, but I think I'd like to return to that topic later on.

I have to admit that your lackadaisical attitude is befitting to your mandate, but your proposed MKR budget is astronomical. I'm tempted to walk away from Immunefi Security and dedicate myself to shitposting, memes, and swag … if you'll have me! 😆

30+ years of software development experience and Ph.D. in quantitative psychology? Why did I bother?

> aburban90:
>
> It's a little obfuscated in those links you gave. I think I saw $138k?

That's with the 15% contingency. If you look at the actuals, it is $120k/yr.

4 Likes

---

**aburban90**  #22  March 10, 2022, 11:56pm

> psychonaut:
>
> 30+ years of software development experience and Ph.D. in quantitative psychology? Why did I bother?

Man, I spent ten years studying to be a mechanical engineer… licensed and everything. Had a promising stable future!

But then, one day… I just lost interest. I realized it wasn't for me. I ditched it all and came here : )

8 Likes

---

**aburban90**  #23  March 11, 2022, 12:03am

> psychonaut:
>
> That's with the 15% contingency. If you look at the actuals, it is $120k/yr.

Oof… imo, that's just too low for people in our space. Still, I know those comps go a lot further in other parts of the world.

I know times are rough in the market right now, so, I understand why everyone is concerned about budgeting. I'm going to leave what I have up for now, and see what everyone else thinks. Of course, I'm very flexible, I'm sure @kat is too. Let's get input from others, and see what's sensible. 😇

---

**Doo_StableLab**  #24  March 11, 2022, 6:47am

I don't think it's a good idea to deduct 10k each time till the community thinks it's reasonable. I think the community might understand it better if you can share how you spend your day and also week on your contribution to the Maker protocol?

Examples might be "I spend an hour everyday thinking about new Maker meme ideas " and/ or "I spend 3 hours per week thinking about new swag idea", "Spend 1 hour drafting 1 or 2 tweets per week" and etc.



4 Likes

---

**iammeeoh**  #25   March 11, 2022, 8:47am

**Premise:**
I am from Europe (living in France) and for me these budgets are *astronomical*, as others commented already. Have a look at

**https://www.numbeo.com/cost-of-living/gmaps.jsp**

Anyway, even in the USA, an entry job at google is paid less than 200k (see **link**) and it's something young *skilled* IT professionals **fight** for!

I understand you live in NY where prices are crazy high. But MakerDAO is about decentralisation and the new 'digital nomad' lifestyle. We should all move to Lisbon! ( **@juan**  :P)

**This said:** I like you, we are chat buddies, and I have the impression that most people at Maker like you. **You did well** with your SH CU so far. But that started as a meme. If you now want to become a PRO (aka, get paid a salary) you need to be more professional, like all other CUs: precise timelines, milestones, etc, as others have pointed out.

2/5/23, 9:47 AM                MIP40c3-SP67: Modify Core Unit Budget - Strategic Happiness SH-001 - Archive - The Maker Forum

I agree with the comment from @MakerMan :

> MakerMan:
>
> I keep thinking about how SH potentially could work to become revenue neutral by a focus on selling swag etc.

MakerDAO should help you set up MakerDAO's shop (and hopefully retain property of it), and agree with you on a cut on the revenues that would constitute your (and your employees) 'salary'. This way:

1. Maker pays for setting things up
2. You get paid as long as you run it efficiently, and you are capable of doing that.
3. Everybody is happy.
4. If you go rouge, or business is bad, you can be removed and MakerDAO retains the webshop to be given to some other people to manage.

You are a great community member and have been a valuable Facilitator. Everybody wants you around!

8 Likes

---

**Puzzler** #26  March 11, 2022, 12:22pm

> iammeeoh:
>
> I am from Europe (living in France) and for me these budgets are *astronomical*

This is common theme for maybe more than half Maker budgets. Spending on things we need is good. But as mkr holder, I think there is much spend with no obvious benefit. Salaries can be high, but for value. Everyone remember this is not your money. It belongs to all mkr holders. Spend judiciously

Thank you 

7 Likes

---

**Gustav_Arentoft** #27  March 11, 2022, 1:53pm

To be honest 140k USD per year per person is still way to high for something like this. The SH CU doesn't directly translate into growth, development or the security of the MakerDAO protocol. Which in my opinion should be the focus areas for our spending. I think the salary + vesting should reflect a function of the skill required to do the job + the experience of the employee. I believe we have a big gap here.

---

Having merchandise is something which we historically had a person from marketing / events take care of, and it was by no means something we needed a full time position for. I get that with a swag shop it might be a bit more work, but with drop shipping and outsourcing of the storage I don't get how this would require that much more time.

I think we need to think carefully about how we spend the Dai pool, and if this is really something we want to allocate that much money to.

1,179,000 for the first year is an insane amount of money to spend to get swag to the community. This can be done much cheaper, and most likely as a side function of another CU. This is even without the vesting included, which of course make this even more off the chart.

I love the enthusiasm from everyone in the Maker community, and don't take this the wrong way, but just because you are supporting the community does not mean that you should be able to request huge pay-outs like this.

14 Likes

---

**Jenn** #28  March 11, 2022, 3:14pm

I find the lack of responses from other delegates and community members that are usually quick to point out deficiencies in budget requests, unusual here. Doo is really the only delegate taking the initiative to ask direct questions that allow the community to get more information on this proposal request.
The reason I am posting is not so much on the viability of this proposal, but more to point out the unusual silence from others questioning it. I think most of the community, including myself, are fans of Burban as a person, (the man gives the best hugs - maybe that is a revenue oppty) and always welcomes people with warmth and kindness. There is no debate on that and I'm sure there is a proposal that fits the good work he is and can do in the future. The challenge I'm observing is that people feel awkward openly criticizing this proposal because of a "friendship "element, and that is a big problem for the DAO. We have to separate friends from business in decision making, as painful as that may feel at times. Lets face it, if some unknown person posted this, it would have been ripped to shreds.

13 Likes

---

**Tosh9.0** #30  March 11, 2022, 4:14pm

Appreciate everyone's thoughts, and Jenn's and Doo's especially, so I'll add my own. And I love Burban and the enthusiasm and awkwardly drawn TA lines.

But dude, you hand out t-shirts, send people socks, make memes, and travel around the world to exotic locales to get drunk and make merry. That's not a job for normal people; it's a fantasy. It ain't worth two full-time salaries totaling $280,000 a year. Be reasonable and grounded in reality and come back with a number such that someone working outside of crypto won't think we are insane for supporting you.

Love, Tosh

9 Likes

**Ust update (Terra)**

---

**MadShills** #31  March 11, 2022, 4:34pm

Thanks for this heartfelt post. I think most people are not commenting because the proposal is absent the necessary substance to discuss. The questions below would generally be answered in a proposal asking for a 1mm+ spend. This may help the team to consider the challenges they will face in bringing a product like this to market and operating it. Answering these will also help them build their case to the community and MKR holders.

**Shop Questions**
How they you going to do the accounting?
How are you going to generate revenue?
How are you going to offset the cost?
Is it a profit share, does MKR get all revenue?
What if the shop doesn't make any money?
What if you fail to launch the shop?

**Management Questions**

What are your benchmarks?
What are your Quarterly and annual revenue targets?
How will you handle under or over performance?
Have you created any performance based compensation incentives in the proposal?
Why or why not?

**Product Questions**

What is the product roadmap?
Who will perform what functions?
Will there be contractors?
If so, which ones?
When do you plan to have the store live?

**2021 Performance of SHCU**

Please provide a breakdown and performance review of the SHCU for 202
Including:
Costs for swag
Costs for time
Products Delivered, etc

Targeted deliveries and the actual over/under.
What was the average actual cost per each fulfillment?

7 Likes

---

**brianmcmichael** #32  March 11, 2022, 5:56pm

I want to mention that all MakerDAO contributors are effectively independent contractors with their own business, accounting, legal, compliance, tax, and other self-employment overhead.

The cost for contractors therefore is generally quite a bit higher than what you might normally see on a typical job posting, and DAO participants should take that into account. The cost for a normal W-2 employee is much higher to a company than the nominal compensation, but the company eats those additional administrative and tax costs.

Anyone looking to become a contributor should factor the additional costs of not only being self-employed, but also working in an uncertain legal environment and navigating a constantly changing DAO political system. MKR holders should understand that contributors are taking large personal risks both legally and politically, and there's really no job security for contributors, as any anon can make a forum post to offboard a core unit. The DAO needs to acknowledge the uncertainty that contributors are facing and compensate accordingly.

17 Likes

---

**flipflopflapdelegate** #33  March 11, 2022, 6:59pm

> brianmcmichael:
>
> MKR holders should understand that contributors are taking large personal risks both legally and politically

This right here   👆
I think people tend to forget the **Super-Duper High Risk** that contributors are taking on.
Its easy to forget when the Roses and blooming, and all the stars-are-aligend.
Risk is real folks, and when taking on that much risk, you should be compensated properly.

With that mind, I do value a Core Unit that is also looking to produce revenues.
One of the best in the Crypto Swag game is **SwaggerDAO** incubated by Near Protocol.
I'm not sure if they're profitable, but they are in the business of signing on multiple **Clients**

@aburban90  wondering if you are considering expanding your CU to a business model that can also mint Swag for other platforms/protocols, and in return look to provide Marketing services like SwaggerDAO?

> aburban90:

> |TokenTax|10,000 DAI

With regards to tightening the Budget, is it possible to take the lower service from TokenTax—I believe is under $1000?

3 Likes

---

**aburban90**  #34  March 11, 2022, 7:03pm

Everyone, thanks for the input so far.

Last night, and after talking to some people privately… I've been working on some more revisions.

I don't want to post anything half-baked though, but I'm heading out to the Rio event tomorrow evening. I wanted to get this budget up before the deadline or so, and work on it from there with your feedback.

I'll provide some more updates later today : )

3 Likes

---

**aburban90**  #35  March 11, 2022, 7:31pm

> MadShills:
>
> **Shop Questions**
> How they you going to do the accounting?
> How are you going to generate revenue?
> How are you going to offset the cost?
> Is it a profit share, does MKR get all revenue?
> What if the shop doesn't make any money?
> What if you fail to launch the shop?
>
> **Management Questions**
>
> What are your benchmarks?
> What are your Quarterly and annual revenue targets?
> How will you handle under or over performance?
> Have you created any performance based compensation incentives in the proposal?
> Why or why not?
>
> **Product Questions**

What is the product roadmap?

Who will perform what functions?

Will there be contractors?

If so, which ones?

When do you plan to have the store live?

**2021 Performance of SHCU**

Please provide a breakdown and performance review of the SHCU for 202

Including:

Costs for swag

Costs for time

Products Delivered, etc

Targeted deliveries and the actual over/under.

What was the average actual cost per each fulfillment?

This is very constructive feedback. Thanks : )

3 Likes

---

**aburban90** #36 March 12, 2022, 5:58am

That's the annual number, for their services… at least, last time I used them.

I forgot to divide it for quarters.

It's going to be corrected in the updated version.

I'm generally going over trimming down where I can, going into more detail about expectations, etc.

I was hoping to have something out today, but it's been quite a hectic day for me.

---

**aburban90** #37 March 12, 2022, 6:02am

> flipflopflapdelegate:
>
> One of the best in the Crypto Swag game is **SwaggerDAO** incubated by Near Protocol.

This is actually a really great idea.

I think I will be cutting the Swag Shop start-up budget from this proposal for now, and propose something at a later date.

There may be some way to take over the previous one from @Coulter and Mike. There would still be costs involved, but the idea could be fleshed out in more detail and not rushed.

But, there could be revenue to be had from SaaS (Swag as a Service) 🙂

2 Likes

---

**JustinCase** #38   March 13, 2022, 12:52pm

> Jenn:
>
> I find the lack of responses from other delegates and community members that are usually quick to point out deficiencies in budget requests, unusual here. Doo is really the only delegate taking the initiative to ask direct questions that allow the community to get more information on this proposal request

To give a response. I don't see the value in repeating arguments already brought forth and in this thread I think @Doo_StableLab has done a good job of providing pushback on the proposal.

For my own part I think that we should be very wary of onboarding any CU which has a primary marketing/public relation focus without having a dedicated marketing CU in place with an agreed upon marketing strategy. For marketing to work there needs to be some sort of idea being communicated. We need to get a sense of what Maker *is* what we want to be, what sort of problem we're trying to solve and what kind of people or organizations we want to do business with. Lacking such a unifying CU I fear resources spent on marketing is at best inefficient and at worst counterproductive.

As a conclusion I think the timing of this proposal is not the best and it should probably be put back on the shelf for a while.

6 Likes

---

**aburban90** #39   March 13, 2022, 1:01pm

I have been working on a very trimmed-down revision, that I haven't posted yet.

I've been taking the feedback from the community, and advice from some in private on how to make this viable.

I will post it for RFC once it's ready.

6 Likes

---

**superTricycle** #40  March 15, 2022, 3:35am

> Gustav_Arentoft:
>
> I love the enthusiasm from everyone in the Maker community, and don't take this the wrong way, but just because you are supporting the community does not mean that you should be able to request huge pay-outs like this.

Pretty much this. It's absurd to ask for a six-figure salary to shitpost and make swag. A bunch of questions comes to mind:

- What justifies your promotion of $0/yr to $140k/yr salary? Where are your performance metrics?
- Besides shitposts and swag, what is your strategy for happiness?
- How are you measuring success community and team "happiness"?

> aburban90:
>
> I have been working on a very trimmed-down revision, that I haven't posted yet.

I see Maker folks vouching for you and I believe them that you're *ride or dai*. So when you post a new version, you need to answer all these questions to make your request much more realistic. Just look at how detailed other CUs are with this. Because otherwise dude, this looks like a cash grab to anyone outside looking in.

5 Likes

---

**nahueth** #41  March 15, 2022, 4:08am

Hey makers! A pleasure for a newcomer reading your comments on this particular case. It was a surprise to see how some of the most representative members of the community took part on this chat bringing some visions, advice or personal opinions about the proposal.

For two weeks I have been reading some of your posts relative to governance and financial models. At this point I felling prepare to dive into the mechanics and numbers that rules & develop the CUs.

I have a nice background on advisory teams orientated to improve & develop new ways to approaching the potential of working units (team onboarding,consolidation & develop, KPI/OKR/MoS, platforms balance, work flows, cash flows & some sort of things relatives) all of it in accord to the normatives.

So I'm here offering my help to you to improve your offer. I have some thoughts on what you can do to make it and it will be my pleasure if you have 5 minutes to explain my vision & ideas to you, feeling you bro on the commitment and efforts that you and  @kat  are putting on this endeavor. Let me join you, bringing my time & experience to reach out a strong proposal that surely will make the community happy.

Regards from the south!  @aburban90

1 Like

---

**purrfection** #42  March 20, 2022, 8:26pm

Marketing, branding, etc. with regard to the relevant budget proposals, the question is why our marketing strategy should be split. I agree with @justincase that we need to define a strategy first, and the best way to do that is with a dedicated marketing CU within which it can work.

> flipflopflapdelegate:
>
> Risk is real folks, and when taking on that much risk, you should be compensated properly.

Ok, realistic compensation for real risk-taking should be given, but you can't expect protocol alone to bear the risk in a commercial CU. No ROI is given, it's all about costs nothing about expected revenue and growth.

@aburban90  This CU differs in its ability to generate its own revenue. If you can sell your swags well, you can generate fatty revenue for yourself, but you have to work first, figure out where, how, how much, and most importantly, what you're going to sell.

The trail already trodden a bit, so maybe there's something to start with. If I may suggest something, as for your costs, it's best to ask for a modest amount of salary. But in return, say, you keep most *or* even 100% of your revenue for a certain amount of time, and then, as time goes on, you gradually start giving more of your gaining profits to Maker, up to a certain threshold.

If I remember correctly, Coulter got 50-50% as a test, so I don't think that would be a bad offer. I think after detailed elaboration, this could be the kind of business model that the community would be happy to accept.

If your proposal is accepted and you reopen the business, I will be happy to work with you to set up the business in the EU.

3 Likes

---

**aburban90** #43  March 20, 2022, 8:54pm

> purrfection:
>
> The trail already trodden a bit, so maybe there's something to start with. If I may suggest something, as for your costs, it's best to ask for a modest amount of salary. But in return, say, you keep most *or* even 100% of your revenue for a certain amount of time, and then, as time goes on, you gradually start giving more of your gaining profits to Maker, up to a certain threshold.

I've been working on a revision, which I will be posting soon for further feedback.

For now, I'm significant;y slashing across the board to make the budget more digestible for the DAO.

In a previous life, I used to be an engineer. Budgeting projects was something I spent a lot of my time doing. Traditionally, at least in my personal experience… best practice is to over-budget (within reason) and account for slack. Generally, I've learned that completing a project below budget is overall a better look than pricing razor-thin then constantly issuing change orders to seek additional funding as predictably unpredictable issues inevitably show up.

Still, I understand that these are trying times for the DAO and the market in general, so I don't want my ultimate proposal to have such a sticker shot. I'm yet to prove myself as fully capable of achieving everything I've proposed. So, given that, I've been revising down to something more appropriate until I can show traction. 🙂

2 Likes

---

**Piratical**  #44  March 20, 2022, 9:11pm

> aburban90:
>
> best practice is to over-budget

If this be how the CUs operate, then tis no surprise our expenses be so fat, they're fallin' off both sides o' the ship! 

5 Likes

---

**MadShills**  #45  March 20, 2022, 9:33pm

> purrfection:
>
> Ok, realistic compensation for real risk-taking should be given, but you can't expect protocol alone to bear the risk in a commercial CU. No ROI is given, it's all about costs nothing about expected revenue and growth.

Where is this same analysis on the notional D3M signal request? This is my same and accurate concern with the notional SR. Unilateral risk, unclear ROI, no cost projections, no negotiation, no terms to even discuss or negotiate on… No RFC….??

Notional didn't even prepare an MIP for us, any costs, nor they honestly analyze risks. The SR doesn't have any cost projections because that would lay bare the unilateral risk. This should be mandatory and done through an MIP. That SR has a rough approximation (guesstimate) on ROI, assuming we extend a 10mm dollar loan at todays rates. It wants a full bore commitment to implement using a signal request. Without "costs" it is impossible to do a cost benefit… Doesn't it seem strange to commit without using the MIP process or having any terms and costs to

discuss and negotiate on? I think the RFC is to the benefit and help the Maker community and CU better align and collectively determine strategy. This proposal is a good example of that.

Just saying, if you are going to push back on unilateral risk, Maker is being asked to take much worse unilateral risk in other situations that are purely for other benefit of other commercial counter parties. It would be nice to see some honest even handed analysis across all proposals.

The protocol and governance doesn't need to be protected against burban first and SHCU who are working in good faith, but instead commercial counter-parties looking to exploit our governance.

Our core units will prepare appropriate budgets when given the appropriate feedback. If not, they don't get voted through because they are using the MIP process. MIPS are resilient and appropriate for serious commitments.

2 Likes

---

**aburban90** #46   March 20, 2022, 10:59pm

> Piratical:
>
> If this be how the CUs operate, then tis no surprise our expenses be so fat

lolol I can't speak for others… but I know in my case (with my previous budget), I stretched my quarter's worth of budget for about 4-5 months, before finding out I had another stream waiting for me. Of course, times were a little different then, and I was actually supplementing a good bit of expenses from personal funds. I didn't include any slack then, just ballparked stuff.

In any case, I do stand by "over-budget" and under-spend. Of course, that's assuming you also have some integrity and don't just steal or squander the remainder (then it doesn't count lol).

I'm not looking to be "that guy" here… but ya, I'll admit, I was a little heavy-handed with my first post.

Anyway, update soon 🙂

3 Likes

---

**Piratical** #47   March 20, 2022, 11:33pm

> aburban90:
>
> I stretched my quarter's worth of budget for about 4-5 months

Ahoy! That be right upstanding of ye, matey! Best of luck with gettin' yer letter of marque from the DAO! ☠️

1 Like

---

**[Gala](#)** #48  March 24, 2022, 4:03am

Reminder that this proposal will enter its Frozen Period in one week, on March 31, 2022. Last day for modifications is March 30, 2022. Substantive modifications beyond that date will render the proposal ineligible for the upcoming Governance Cycle / reset its Frozen Period, as the case may be.

Let me know if you have any questions!

1 Like

---

**[aburban90](#)** #49  March 31, 2022, 3:13pm

About 85-90% done w/ the revision… I would have liked to have posted before gov call today, but I think it'll be incomplete.

I hope by end of day today would be okay? 🙄

---

**[blimpa](#)** #50  March 31, 2022, 3:43pm

Hey, Andrew. Please post the revision as soon as possible. As long as the changes are not super substantive it may be fine 🙂

3 Likes

---

**[aburban90](#)** #51  March 31, 2022, 3:48pm

They'll be pretty substantive lol
Slashing all around

2 Likes

---

**[Gala](#)** #52  April 20, 2022, 10:48pm

Reminder that this proposal will enter its Frozen Period in seven days, on Thursday, April 28 at 00:00 UTC. Substantive modifications beyond that date will render the proposal ineligible for the upcoming Governance Cycle / reset its Frozen Period, as the case may be.

---

**aburban90**  #53  April 28, 2022, 10:38pm

Posted update. Should be a little time for RFC?
I welcome any feedback before freeze : )

1 Like

---

**aburban90**  #54  April 29, 2022, 9:19am

Seems like feedback phase is over!



---

**aburban90**  #55  April 29, 2022, 9:42am

Will try to get together the expense reports before Wed to submit alongside. Once I'm back in NY.

---

**prose11**  #56  April 29, 2022, 3:22pm

Wanted to bump these changes  @Recognized-Delegates

The update technically came in after the freeze period that should have began for proposals entering the May Cycle. As such, any feedback resulting in further changes will delay this proposal until the June cycle.

While the frozen period is an important tool for encouraging scientific governance, the substantive changes above are minimal and toward the direction of the feedback given during this proposal's extended time in RFC. The recent signal request from  @aburban90  **Extend Strategic Happiness Core Unit (SH-001) Budget Until May Governance Cycle** was passed by Governance, with the clear intention to weigh in on the full proposal in this month's cycle.

For these reasons, we intend to allow this proposal to proceed to voting in the May cycle, if  @aburban90  does
formally submit the proposal before next Thursday's Governance and Risk Call. As a friendly reminder, important
dates for MIPs can be found here:

> ### MIP RFC and Formal Submission Dates
>
> The MIP Framework: RFC and Formal Submission Dates This table aims to be of aid to authors who get dizzy
> trying to figure out when they should be posting their proposal so that it can make it into the next earliest
> Formal Submission window. Monthly Governance Cycles in 2022 Cycle Latest RFC Submission Date Last
> Days for Changes Formal Submission Window January December 8 December 27-29 January 3-5 February
> January 12 January 31-February 2 February 7-9 March February 9 February 2…

1 Like

---

**Doo_StableLab** #57  April 29, 2022, 3:49pm

Yes, saw these changes last night and was wondering what would happen as the vote to pay for May cycle passed.
But I do question this as he updated a lot and will be a lot for the community to assess for such a short time.
Pushing it to the next cycle seemed more reasonable :

> prose11:
>
> the substantive changes above are minimal

I will review it over the weekend but do urge the community to review as well as this is still almost 850k per year
budget.

3 Likes

---

**makercaesar** #58  April 29, 2022, 3:56pm

Also the 250 MKR, and you get over 1 Mil.

1 Like

---

**prose11** #59  April 29, 2022, 4:18pm

> Doo_StableLab:

> I will review it over the weekend but do urge the community to review as well as this is still almost 850k per
> year budget.

Definitely encourage reviewing and providing feedback if you have any. Would like to clarify that voting doesn't
take place until a week from Monday, if the proposal is formally submitted next week.

As to the budget amounts, they have been revised down since the previous version of this proposal.

1 Like

---

**welsh**  #60  April 29, 2022, 4:36pm

Hate to be negative since aburban seems like a good guy who genuinely loves the protocol, but this kind of spend is
just emblematic of the lack of fiscal discipline I see in the DAO. If the DAO can't even say no to spending a
million a year on swag, the 250 MKR won't be worth much by the time it vests.

4 Likes

---

**aburban90**  #61  April 29, 2022, 4:56pm

Well…. the extended cliff leaves ample time to leave me with no vest if I'm not delivering value that far in…
coupled with the rather moderate comp… I think gives the community lots of outs without risking too much up
front on me 😇

---

**Traster_Tray**  #62  April 29, 2022, 5:51pm

Does anyone have any experience or statistics on what businesses with around 1.5 billion Market Cap typically
spend on swag?

I don't really understand why this proposal costs as much as the entire **events CU budget** when you take the
contingency out of that. What's more, they only ask for **40 MKR** annually for 2 full time employees. The 62.5
being requested here is much steeper. The reduced salaries are fine, but taken together, this still feels exorbitant,
especially to token holders who don't go to these events and really don't see any benefit out of it other than the
happy quotes we hear from people who got a bunch of free stuff. Additionally, is it really necessary to spend 10k on
accountable? I'm sure there's complexity here but I would look very hard at finding another solution if my salary
was 70k and doing taxes costed me 10k.

2 Likes

Case 1:22-cv-08478-VSB   Document 30-8   Filed 02/14/23   Page 36 of 53

**MadShills** #63  April 29, 2022, 6:11pm

Total comp = Dai + MKR.
Events receives large Dai budget in lieu of MKR, they also – do not-- receive MKR (yet). These are also different service providers and not necessarily appropriate to compare roles across domains.

Looking at SHCU–

SHCU proposal contains favorable and deterministic unwind terms which offsets DAO risk.

SHCU has a demonstrable track record which has never received any comp for their services.

SHCU can provide more transparent costs and expense reports – more so than any other CU if required. However, we should keep standard transparency expectations across public good CU – an even hand.

Accountable is a service provider which many CU have used and is inefficient/opportunistic but not unique to this proposal; 10k is actually reasonable looking at the global proposed budget compared to other CU.

The question is simply, in the absence of a strong brand presence, and a desire to move more deeply into marketing, do we give Burban a year to keep going and re evaluate then. This would leave us a year to coordinate brand, swag, and some form of content prod, or do we cut him off now and leave us in a marketing vacuum?

There is no "right" answer but seeking to find something that works seems to make more sense than create unnecessary conflict. We are just starting to find our footing and direction with RWA and Marketing, it would be nice to orient everyone and move together toward that goal.

5 Likes

**Traster_Tray** #64  April 29, 2022, 6:29pm

The dai budget here is 155k quarterly without the contingency buffer which is 660k annually. The events dai budget is 781k before the 15% contingency buffer.

The mkr budget here is 250 mkr over 4 years or 62.5 mkr annually for 1 FTE. The events mkr budget is 40.6 mkr annually for 2 FTE.

The events Dai budget doesn't seem much bigger than this one to me? I'm not exactly asking for things to be cut off…but does it really seem cost effective? Somehow, either the value here is not being communicated well or it just isn't worth this much because many seem to be expressing discomfort even after the many edits have been made. I know I held off judgment for a long time because I could not understand at all when it was first posted and thought I was missing something.

1 Like

MIP40c3-SP67: Modify Core Unit Budget, Strategic Happiness - Archive - The Maker Forum

**MadShills** #65  April 29, 2022, 6:41pm

Comparing across industry roles is not appropriate. Generally, intra-industry comparables are used.

Long vesting cliff with the ability to unwind at 12 months places a near 0 MKR risk on the DAO. Compensation beyond 70k Dai (below industry comparables) is contingent on extended initial cliff (18 months) and continued performance. These terms are not found anywhere else and solely to the benefit of MakerDAO.

I will not comment on the specific events budget, but they received Dai compensation that is above intra-industry comparables. Based on their past performance, they deserve it, and the expectation is that they continue to progress and push their event quality higher and higher to merit an additional MKR budget.

Each arrangement is unique, and needs to be examined holistically, including past performance, proposed terms, present status, and a desired future. Only then can we choose an appropriate strategy to reach the objective. Fixating on one deal term and contrasting across distinct and unrelated arrangements is unlikely to produce the analysis or results we want.

3 Likes

---

**Traster_Tray** #66  April 29, 2022, 7:02pm

I think the ongoing operations cost is very steep. I just realized it's 10k per quarter for accountable and 20k per quarter total for all the subscriptions. Those are somehow more than the salary itself. I realize I am nitpicking and I think I've voiced my perception so I'll stop further posting here and let the delegates decide.

2 Likes

---

**PonJerry** #67  April 29, 2022, 7:28pm

To clarify some comments regarding the Events CU. The MIPs which were passed did not include MKR vesting. So at this time the Events CU does not receive any MKR and are not on a vesting schedule.

To comment on accountable. On my side I looked into the service. Yes it is expensive which is not ideal but they do solve many issues I am facing at the moment. I am currently trying to find a solution that does not involve a a service like this. There is massive risk and tax issues with recieving DAI and converting to fiat. Which in Events case will be the majority of the budget This is not easy to navigate and currently has me consulting a tax lawyer. I honestly wouldn't blame anyone who takes the route of using their service. It's a cost of buisness in this industry in my opinion. It would save me much headache and risk but in the interest of keeping the cost to the DAO down I am trying another way. The struggle is real.

7 Likes

**aburban90** #68  May 4, 2022, 3:42pm

I'm formally submitting this proposal for May's Governance Cycles

1 Like

---

**Doo_StableLab** #69  May 5, 2022, 5:22pm

Seems like the community currently focusing on restarting burn discussion and ETH as treasury discussion but I like to raise some questions before the voting so that the community can assess.

1.

> aburban90:
>
> Annual compensation will be:
>
> - **Andrew Burban:** 70,000 DAI
> - **Part-Time Assistance:** 60,000 DAI
>
> **Note I:** These figures are well below market rates to demonstrate a long-term commitment to MakerDAO and this core unit. The compensation I'm requesting can be viewed as a stipend.

I am questioning whether having a part-time role is needed. Many organizations in the space do not have a specific team focusing on creating swags. And if there's a need for design, it might be better to outsource considering such needs are not consistent. Also, for the facilitator role, maybe the salary is understandable. But for the part-time role, I am not sure how you are able to state "well below market rates" with such confidence. This salary is higher than Maker Growth team and other non-technical CUs (and their travels don't get covered). I mean think about it, if part time is $60k, then it means if it was full time, would been $120k, how many jobs pay $120k for making swags and transporting them?

2. Regarding swag, you also ask for one time payment for restocking.

> aburban90:
>
> To do this, I need to invest in a small inventory, which I anticipate lasting a while. Depending on variety and quantity, restocking may cost around $35,000-$50,000.
>
> The budget includes a one-time distribution of 50,000 DAI to meet this need.

I want to clarify if it "lasting a while", what's the reasoning for also asking for 80k swag this cycle?

2/5/23, 9:47 AM

Case 1:22-cv-08478-VSB  mip40c3-sp67-modify-core-unit-budget-strategic-happiness-sh-001 - Archive - MakerDAO Forum  Page 39 of 53

3. I afraid that this doesn't make sense. This is 6666 per month on operations. Even if if you deduct AccountAble, it's 10k per quarter that is spent on operations. Is it possible to point out some other big costs regarding this category?

> aburban90:
>
> **Ongoing Operations:**
>
> - Operational Overhead
> - AccountAble: $10,000
> - TokenTax
> - Software
> - Grammarly
> - Other Subscriptions
> - Miscellaneous Costs

6 Likes

---

**Doo_StableLab** #70  May 5, 2022, 5:28pm

Some have shared both privately and publicly why I object to "small costs". I want to clarify that $10k in embezzlement is still an embezzlement. And $10k in misuse of the fund is still misuse of the fund.

4 Likes

---

**aburban90** #71  May 5, 2022, 5:57pm

> Doo_StableLab:
>
> focusing on restarting burn

I'm open to revising down even further in the interest of focusing our efforts on burning / buyingback&making… whatever it takes to support the MKR price and its liquidity. That is the ultimate security of our protocol.

Since that means waiting another governance cycle, I would likely issue another SR for a nominal amount to hold over my CU / efforts in the meantime.

1 Like

**aburban90** #72  May 6, 2022, 6:29am

@Doo_StableLab  I chose to pause my SR on burning for now. I think it's important to continue that conversation, but I will let this budget proposal go to vote as is for now. 😇

---

**Gala** #73  May 10, 2022, 11:43am

This proposal is currently being voted on. Its RP will run from 05/09 to 05/23. Please vote **here**.

---

**HospitableOryx** #74  May 12, 2022, 2:23am

Hello, I'd like to provide my observations. There's been some great discussion recently on the forums about budget governance and what we can learn from corporate board mechanisms (**here**, **here**, and **here**). I think in sum those insights run against having Strategic Happiness as a core unit.

My main takeaway from the discussions on board work was that corporate board members have to make very simple choices with a well understood interface. Either support the CEO or get rid of the CEO base on financial statements and qualitative exec discussions, and everything else you can do as a board member accelerates growth, but won't be influential enough to outweigh the CEO's choices. My sense is that the analogous situation for us is that Core Units, their budgets, and their key personnel are the interface and decision making arena. And our policy making tools are pretty blunt adjustments to the budget and personnel. To me, the conversation in this thread indicates the very simple tools we should be using are not sufficient for us to have confidence in this core unit as it is presented. This detailed dissection of budget items was justified due to issues in the proposal, but was also a waste of time and should not need to happen.

Related to this, many folks have pointed out that we should be trying to have core units justify themselves in terms of revenue contribution. This is critical to the governance decision making interface because without having some sort of relatively quantifiable benefit (revenue, $ saved vs. outsourcing, etc.), it's very difficult to have coherent conversations about the appropriate budget at the MKR governance level with the blunt tools at hand. The discussion on this MIP is evidence of that in the total misalignment of the initial expenses with the perceived value.

To me, it seems like swag would do better as a subset of another core unit that is more directly tied to revenue or outcomes. Making judgements about how much $$ to spend on swag and related stuff seems like a waste of MKR governance's time because it's so indirectly tied to revenue, very difficult to reason about, and really should be thought of in the context of a larger marketing/PR strategy. I feel like I would expect some key sr. person in another core unit to be developing this budget as a tactical decision in response to market feedback. That person will still be exposed to important governance pressure to contain costs in this area as a part of their overall budget. This also aligns generally what  @JustinCase  mentioned above:

JustinCase:

For my own part I think that we should be very wary of onboarding any CU which has a primary marketing/public relation focus without having a dedicated marketing CU in place with an agreed upon marketing strategy. For marketing to work there needs to be some sort of idea being communicated. We need to get a sense of what Maker *is* what we want to be, what sort of problem we're trying to solve and what kind of people or organizations we want to do business with. Lacking such a unifying CU I fear resources spent on marketing is at best inefficient and at worst counterproductive.

In my view, the kind of back and forth on this MIP indicates that future governance discussions around this core unit will continue to be a time suck, when there are more important things to tackle. Clearly  @aburban90  does great work, but in my opinion he would be more empowered to focus on his strengths as a part of another core unit rather than run his own, and MKR holders would benefit from less governance overhead.

5 Likes

**Gustav_Arentoft** #75  May 12, 2022, 2:04pm

Again, a role, which historically has been something which is not full-time and where the person ordering swag and other event related items could do next to providing value in some other capacity for the team, is being proposed as a full time position. I think we should really consider if we really need 1,5 people working only with swag (I am ignoring the memes here, as I do not believe that constitutes any form of employment).

Having an assistant makes no sense to be honest. If you are not able to do this task alone, I am not sure you should move forward with it.

> Based loosely on previous events and depending on a given event's size:
>
> - Approximate cost per event: $20,000-$35,000+
> - Reach: 500-2000+ people

Having ordered swag myself without any optimisation I am confused by how you are able to spent 200-400 USD per person for swag at an event. Can you please publish your quotes and quality for what you are getting so we can compare it to other providers? In these quantities you should be able to achieve significant discounts, and prize optimise to get a lot more value per dollar spend. I would also say you can easily focus on higher impact items like t-shirts and hoodies, which I have gotten quotes for, without any discount, to 12-15 USD per t-shirt and 30-33 USD per sweatshirt including shipping.

I hope everyone thinks long and hard if we need something like this at the moment. We are entering what could be long periods with significantly lower revenue, and in my opinion, we should only invest in the growth and security of the protocol. If a core unit does not significantly address either of those I don't think we should fund it. Does the SH CU really do that?

The budget seems obscurely large for this type of operation. It feels like there is close to zero optimization in the proposal, and it does not translate into any of the things we should be focusing on in a tough market. At current Eth A stability fee we would need to have around 34,200,000 Dai debt open to finance this operation (without MKR vesting).

I wonder why none of the other core units have wanted to include this in their own proposals? I cant help but feel this is getting passed only via a "We like Burban he is a good community member" vibe.

6 Likes

---

**Jenn** #76 May 12, 2022, 2:33pm

The SH CU is highly compatible with the Events CU in almost every single way.
Recent thoughts being shared (some alluded to in this thread) about refining the framework to vet, onboard and govern existing and future CU's, seem to agree that operations should be combined when it is beneficial to MKR holders, Contributors and productivity. This proposal is emblematic of when a CU should be part of an existing one.

Planning events and the swag that will be distributed at them should be done together to enjoy cost efficiencies in shipping, ordering and strategy (i.e. theme/venues).

Contributors can benefit from having a shared strategy that they can execute on while leveraging each other's skills to achieve the mandate of that CU. CU expenses like "Accountable", which has been mentioned as a necessary cost, could be shared under one subscription within a core unit instead of costlier 1 off subscriptions.

Having frameworks to more easily identify a value added to an existing CU is really important and will save the community time parsing out proposals based on "I like this concept/team behind it" vs "where and how should this fit"? We went through this recently with the GEG proposal.

4 Likes

---

**Deimos** #78 May 12, 2022, 4:00pm

@aburban90 wen did u hurted growth team lol

1 Like

---

**aburban90** #79 May 12, 2022, 8:25pm

lol wut 

**aburban90** #80 May 12, 2022, 9:12pm

> Gustav_Arentoft:
>
> Can you please publish your quotes and quality for what you are getting so we can compare it to other providers?

I know that I haven't published my expenses yet. It's been hard tracking down some of the older invoices, but I have something almost ready to submit after working with accountable.

I am aware that there has been low cost optimization in what I've been doing. It can be optimized down the road. Still, I believe the swag people get from me leaves an unquantifiable lasting positive impression of Maker and Dai.

> Gustav_Arentoft:
>
> 12-15 USD per t-shirt and 30-33 USD per sweatshirt including shipping.

This is approximately what I have been spending more recently on items. The socks are about 9-12 USD, hats/beanies about $12-16. T-shirts I'm sure are in the same price range. These are items to hand out at larger events and probably priced reasonably. The t-shirts and hoodies in the past that I've paid for, from the official swag shop, there was no bulk option. So, I did pay retail prices for those.

Some of the more expensive items, though, reserved for people within our community… like the Northfaces or backpacks (distributed as best as I could), yes, will cost much more, even in bulk.

Transporting a lot of these things is where costs can run-up. If it's across borders, there can be VAT blockers. Recently, rented a van to drive from NYC, packed to the brim, to deliver swag for students at the Harvard conference. If it's shipping an individual package, those have been pretty expensive, so I've been looking to do things in bulk (like at our larger events). Sometimes, it's cheaper to have something produced locally before an event.

Maybe it can all be optimized better under a more macro marketing CU, but as it stands, we don't have that, and I've been looking to fill that void, to date, largely out of my own pocket. What's important to me is to continue being a part of this community and delivering value where I can. This CU is not purely about swag. I also help the Growth CU in finding other projects we can work together with… sparking discussions & maintaining personal relationships with others in the space.

> Gustav_Arentoft:
>
> I wonder why none of the other core units have wanted to include this in their own proposals? I cant help but feel this is getting passed only via a "We like Burban he is a good community member" vibe.

I don't wish for it to pass purely on that merit alone, but I want to assure the DAO that I'm not seeking to squander or run away with the money. Currently, it looks like it will pass… but I will be setting up a multi-sig for extra

security on the funds. If what I'm doing proves to be so wasteful towards the end of the year… then, I can return any unused funds. Maybe I'll find another place to remain part of this community.

5 Likes

---

**aburban90** #81  May 13, 2022, 12:45pm

> Jenn:
>
> The SH CU is highly compatible with the Events CU in almost every single way.

Honestly, ya… before the Events CU formed, we floated the idea of having him by my side helping me out. I was so impressed with  @Leggevents  and how organized and professional he is, especially after the reception from the first DAIVinity event.

That said, there is definitely some overlap in what our CU's do.

1 Like

---

**Doo_StableLab** #82  May 18, 2022, 5:29am

@flipflopflapdelegate    @ultraschuppi    @twblack88    @juanbug

Considering there's less than a week before the voting ends and you have voted yes or abstain on this voting, wanted to have the discussion as I believe this vote will have far-reaching consequences and precedence.

I have read the reasoning for the voting and I worry that some reasoning seem more emotional rather than rational despite this budget being almost $1 million.

For example, for  @Juanbug

> **Penn Blockchain Delegate Platform**
>
> We voted **YES**: This one man team is quite impressive indeed. We believe that someone who has gone above and beyond to lighten the mood and spread merch amongst the community should be well treated. With not just this Core Unit, but with all, we urge them to be as mindful of the markets and plan their budgets accordingly during these tumultuous times. Overall, we at Penn Blockchain greatly realize the efforts put forth by this cu and are confident it will be kept up! (PS: We would like a few pieces of merch as well haha).

"With not just this Core Unit, but with all, we urge them to be as mindful of the markets and plan their budgets accordingly during these tumultuous times." All the comments even after the edited version is about how the budget is still very big and there's still no full past spending details.

If this is the standard that we accept for large budgets going forward even in the current downturn market, this will set a precedence that drains the protocol's resources.

I want to emphasize we should review proposals objectively and if our personal connection is the deciding factor, then that is corruption especially from outsider's views. Now, if after examining objectively, you still support or abstain from the voting, I respect that. However, I wanted to share this to emphasize and also allow the community to examine further.

9 Likes

**MIP39c3-SP2: Strategic Happiness Core Unit (SH-001) Offboarding**

**The MKR holder Confessional**

---

**Juanbug** #83  May 18, 2022, 5:55am

I believe you do bring up a great point here about looking at it objectively versus emotionally. While the final post we made regarding our support tended toward an emotionally positive view; the actual decision was made with very little emphasis on personal connections. The positive interactions we highlighted were opinions we gathered from others who had interacted with the cu.

5 Likes

---

**ultraschuppi** #84  May 18, 2022, 6:21am

> Doo_StableLab:
>
> I want to emphasize we should review proposals objectively and if our personal connection is the deciding factor, then that is corruption especially from outsider's views. Now, if after examining objectively, you still support or abstain from the voting, I respect that. However, I wanted to share this to emphasize and also allow the community to examine further.

Happy you bring up this point - I'd like to emphasize I tried to make sure any personal relationship does not influence my thoughts.

I actually do think it is a reasonable proposal - but this is heavily influenced by past performance by  @aburban90  . Someone not as tied to the community and not already having a track record would have no chance of getting this proposal through the process.

We have already seen a lot of his work - he is doing it quite some time now. This Budget Modification is about bringing the CoreUnit to a higher level of accountability - the facilitator will need to fix accounting and get a

proper structure. I was actually thinking someone who is doing the books would be the best for a part-time assistant 

The budget itself gives the CoreUnit enough wiggle room - once there is a proper accounting in place we will all feel a lot better about it. Given the relatively low salary the vesting of 250MKR is a good compensation from my point of view.

If this proposal is approved, we have 12 months to realize it was a bad idea and wind down at low costs - but I am certain Andrew will do a great job and we will all be happy

8 Likes

---

**flipflopflapdelegate**  #85  May 18, 2022, 11:11am

> Doo_StableLab:
>
> If this is the standard that we accept for large budgets going forward even in the current downturn market, this will set a precedence that drains the protocol's resources.

As we all know, this budget proposal is not purchasing **naming rights to a baseball stadium while 99% of the team's fans have not ever heard of TerraLabs**, UST, or care to learn about such product. It dwarfes it in comparison to the money committed by Crypto companies who have signed deals with the sports industry, probably worth over 1 Billion USD as of today.

I personally as a sports fan have been asking for MakerDAO to sign a deal with a sports team since 2020. If you scan through the deprecated Maker Rocket Chat, you will read that I suggested acquiring the naming right to stadiums, and sponsorships of sports teams, including using the name "DAI Stadium". Unfortunately FTX beat MakerDAO to the punch, followed by many others. Now, realistically I knew that it was not possible, the Maker Foundation was not going to listen to a random pleb's suggestion. But I understood that DAI "Branding" was non-existent. If I wore a DAI t-shirt in 2020 to Times Square, NYC not one single soul would have recognize the brand. Today, maybe 2 people will because they follow someone on Crypto-Twitter. Progress is being made and we shouldn't take our foot off the pedal.

With USDT losing its position as the prefer stablecoin for trading desks to USDC, MakerDAO has a giant opportunity to position DAI as the premier decentralized stablecoin of DeFi. This budget is not asking for the DAO to fly 100 Lunatics to a crypto conference. It's asking this DAO to fund an individual who's willing to go the extra mile, most of the time solo if necessary, to keep the crypto community aware that MakerDAO and DAI are brands to be reckon with.

And maybe you're right and it's gloom and doom for the foreseeable future. But if there ever was a need to spread love, then spreading love & happiness during another crypto winter is the right time.

Here's an article from 11-years ago that provides a perspective on why swag matters, a time when LinkedIn swag was the thing to have: **Why T-Shirts Matter | Psychohistory**

8 Likes

---

**Ippy** #86  May 18, 2022, 1:19pm

> Doo_StableLab:
>
> I want to emphasize we should review proposals objectively and if our personal connection is the deciding factor, then that is corruption especially from outsider's views.

This will age very well over the coming year, generally. It probably deserves its own thread

> ultraschuppi:
>
> This Budget Modification is about bringing the CoreUnit to a higher level of accountability - the facilitator will need to fix accounting and get a proper structure. I was actually thinking someone who is doing the books would be the best for a part-time assistant 😉

Shouldn't proper accounting come **before** giving a larger, renewed budget?

8 Likes

---

**ultraschuppi** #87  May 18, 2022, 1:36pm

> Ippy:
>
>> ultraschuppi:
>>
>> This Budget Modification is about bringing the CoreUnit to a higher level of accountability - the facilitator will need to fix accounting and get a proper structure. I was actually thinking someone who is doing the books would be the best for a part-time assistant 😉
>
> Shouldn't proper accounting come **before** giving a larger, renewed budget?

@aburban90 has been doing his thing for a lot longer than the existance of this coreunit. most of the time not funded or compensated. Yes, I agree that this needs to get fixed - but in this case we can be a bit more liberal imho.

3 Likes

---

**twblack88**   #88   May 18, 2022, 4:28pm

Thanks for the tag  @Doo_StableLab  I'll just say I agree that budgets are starting to look like that meme you posted awhile back. On the other hand, losing valuable contributors who have been loyal for around 6 years, mostly unpaid, isn't great either.

I've been backchanneling to try and shape this a bit, but haven't crossed the schedules yet to assist where possible. I think FBL vote reasoning is still sound "don't vote on things where you know the team because, well, it's a conflict of interest." 👇

> **Feedblack Loops LLC Delegate Platform (FBL)**
>
> Reasoning: Burban has personally given me gifts that make my family jealous. Supporting a budget with that much of a personal connection is not the best use of FBL's vote. While we endorse the humans behind this proposal, we worry about the expense cap here and hope that the team rises to occaison.

---

@aburban90  awhile back I expressed to you in DM's, the real value of swag was supercharging the shop and doing a rev share so you could justify whatever MKR budget felt right (alongside strategic patience vesting; yeah, let's call it that 😀 : )

As of now, the concern is this budget is hard to justify and sets you up for significant struggles ( which no one wants). I dislike pointing these details out but it's the honest truth. Rising to the occasion looks like:

- Clean reporting on expenses, regularly.
- Aiming to reduce costs where possible.
- Getting some version of "self-serve" swag going for the community. Flying around the world and delivering swag is awesome but it should be rare IMHO instead of the crux of the whole thing. Your time is valuable and it should command a premium. Would love to see IRL swag drops become something special.
- Should this pass, tackling concerns in this thread head on. I know you won't let this community down because you and  @flipflopflapdelegate  have basically matching `MKR-trauma-bonded` tattoos by this point.

**A nonconventional option**

> aburban90:
>
> definitely some overlap in what our CU's do.

Another wild idea should things become worse: why not merge?

Based on the pushback here and the consistent reporting gap it seems like a possible best win for the future is to merge your swag responsibilities with growth or events. This would allow for **more** flexibility on your end while tightening up the swag operations, reporting, and budgeting.

11 Likes

**[aburban90](#)** #89  May 18, 2022, 5:30pm

> Doo_StableLab:
>
> I want to emphasize we should review proposals objectively and if our personal connection is the deciding factor, then that is corruption especially from outsider's views. Now, if after examining objectively, you still support or abstain from the voting, I respect that. However, I wanted to share this to emphasize and also allow the community to examine further.

I love you  [@Doo_StableLab](#) , don't forget that <3
and I appreciate your "No" vote., rle, I do.

Should you, a delegate trying to act in the best interests of larger MKR holders, vote "Yes" on the budget I posted… purely based on the fact that we're friends or on good terms?

Idk… objectively, if I posted some nonsense, you're doing the right thing and voting based on reason.

I don't want to win some popularity contest.

> ultraschuppi:
>
> Someone not as tied to the community and not already having a track record would have no chance of getting this proposal through the process.

Exactly… I mean… I revised it down rather hard too… I tried 🤷‍♂️
Is what I posted remotely perfect?? Probably not… vague, seemingly large numbers…

If anyone else posted that… I doubt it'd even get as far as an on-chain poll.

> ultraschuppi:
>
> vesting of 250MKR

With a non-standard, *very* extended cliff too…

> Juanbug:
>
> The positive interactions we highlighted were opinions we gathered from others who had interacted with the cu.



> Ippy:

Shouldn't proper accounting come **before** giving a larger, renewed budget?

It definitely should. Who would vote yes on a CU budget… yet to account for anything?

I have like… a 75-90% complete expense report. There's a 12hr time diff. I wanted to get something in that had everything… but something better than nothing, I suppose.

> twblack88:
>
> Another wild idea should things become worse: why not merge?

A budget proposal that large… in this economy? 🥳

But srsly… @Leggevents is just son top of things. A true professional, and I really loved working with him on the few stints we did.

---

So look… at the end of the day, I don't want to win some "personality contest"…

You know… what *would* be nice… is if some of the other 80%+ of the MKR out there that doesn't ever participate in governance… my budget I hope! is so egregious that it brings them all out of the woodworks to get them participating properly finally! and we can have our true DAO 🙂

So… idk, I feel like I've been bending over backwards for this community (idk what sort of ways… tho lol) for pushing seven years now? Maybe more? To what end? I wonder sometimes.

If this budget passes, and a few months in, I realize… "you know… it's just way over my head"
Rest assured! You can be all be sure I'll be throwing the most lavish $700k secret party for myself with the DAO's money! 🥳

---

More seriously, though, if it passes and I just find that I'm in over my head… I'll return the unused funds.
Maybe I'll join Growth… or Risk ( Looove risk 🤓 )

If it doesn't pass… maybe I'll do another SR for a small nominal amount to hold me over while I revise or decide if there is another CU I should join… or… … another project entirely???

---

One last point… I heard murmurs (that I ofc disregard)… $500k may have been sensible… $700k is just too much! If it passes, then… I'll hold a forum poll for whether or not $50k/Q should go towards buying MKR on the market and looking at them in the voting contract.

4 Likes

---

**The MKR holder Confessional**

**aburban90** #90  May 19, 2022, 11:34pm

Bttw, to clarify… did the way I submitted this budget… does it look like I requested 250mkr/yr? I think I'm hearing some confusion about that.

I meant for it to be 250mkr over entire vest, and the extended cliff allows for the dao to off board me at any time before the18mo cliff, and give me zero.

I believe it's sensible terms…

---

**MIP39c3-SP2: Strategic Happiness Core Unit (SH-001) Offboarding**

---

**aburban90** #91  May 19, 2022, 11:36pm

All that said… if this doesn't pass, I will revise and resubmit for next cycle.

And ask for another nominal SR to hold me over.

—-

@Aes  DM me on telegram, to look over expense report I currently have.

1 Like

---

**MFeinberg** #92  May 20, 2022, 12:10am

> aburban90:
>
> All that said… if this doesn't pass, I will revise and resubmit for next cycle.

I love the dedication !!! That speaks volumes.

1 Like

---

**Patrick_J** #93  June 1, 2022, 1:27pm

Please note the proposal has been updated with a 2/6 multi-sig address for the DAI budget transfer and stream rather than the address that was initially listed.

As the original budget proposal stated a multi-sig was TBD GovAlpha are happy to proceed using this address for the budget distribution.

@Nadia , @tadeo , @hexonaut , @juan , @0xdeniz could you please confirm you are signers on this multi-sig.

Please also note that for now, the destination address for the MKR vesting stream remains as it was in the original MIP40c3.

2 Likes

---

**Weekly Relay | June 7 - 13, 2022**

**Relay Semanal | 7 - 13 de Junio 2022**

---

**juan** #94  June 1, 2022, 1:48pm

I confirm.

2 Likes

---

**hexonaut** #95  June 1, 2022, 2:18pm

I confirm.

1 Like

---

**tadeo** #96  June 1, 2022, 2:18pm

I confirm I'm a signer of the multi-sig.

1 Like

---

**Nadia** #97  June 1, 2022, 2:43pm

I confirm.

2 Likes

**0xdeniz** #98  June 1, 2022, 2:49pm

I confirm!

1 Like