# MIP39c2-SP11: Strategic Happiness Core Unit

rfc , mips , maker-improvement-pr , archive-sh-001

**aburban90** #1  May 12, 2021, 3:44am

# MIP39c2-SP11: Strategic Happiness Core Unit

## Preamble

```
MIP39c2-SP#: 11
Author(s): Andrew Burban (@Saint.Burban)
Contributors: @juan, @TomDeMichele, @Nadia, @prose11
Status: Formal Submission
Date Applied: <2021-08-11>
Date Ratified: <yyyy-mm-dd>
```

## Sentence Summary

MIP39c2-SP11 adds Core Unit SH-001: Strategic Happiness

## Paragraph Summary

MIP39c2-SP11 adds Core Unit SH-001: Strategic Happiness which focuses on making people happy and creating a community by Shitposting and sending Airdrops.

## Specification

### Motivation

The SHCU aims to promote community engagement and promote the Maker brand by strategically spreading happiness, positive vibes, and mild but delightful confusion throughout the Maker Community via memes, shitposts, and Bespoke Happiness Airdrops.*

*Airdrops are personalized welcome and appreciation packages filled with Maker Swag and other random goodies. They're shipped worldwide to new, existing, and would-be members of the Maker Community. Happiness Airdrops bring a personal touch to an otherwise disconnected world, where face-to-face communication has become increasingly harder to come by.*

### Core Unit Name | ID

- Name: The Strategic Happiness Core Unit
- ID: SH-001

### Core Unit Facilitators

- @Saint.Burban

# Core Unit Mandate: Shitposting 💩 & Airdrops 🎁

- Engage the community through Strategic Shitposting.
- Promote the Maker brand and community engagement.
- Solidify Maker's image as a welcoming community.
- Send cool stuff to cool people.
- Spread happiness and positive vibes.
- Creatively cut through tension.
- Curate and distribute Bespoke Happiness Airdrops.
- Work with designers and vendors to create exclusive, limited-edition Maker Swag.
- Maintain a presence at in-person Maker and related events to make and maintain genuine connections while spreading good vibes.

## Shitposting 💩

Shitposting is an art form. It's more than just creating memes and making people laugh. Quality shitposting connects with others on a deeper level, uniting friends, strangers, and everyone in between.

As the Shitpost Facilitator, I will ensure that Maker's community members are never bored and always have something to chuckle at to diffuse their pain in hard times and bond over during all times.

Other projects also see the importance of shitposting. For example, the OG project, Gitcoin, recently posted an ad looking to hire a **Shitposter Community Manager.**

*Maker cannot be less!*

## Bespoke Happiness Airdrops 🎁

A Happiness Airdrop is a personalized, curated Maker swag pack.

- The intent is to leave a lasting impression on the recipient.
- It might include a sexy Maker shirt or hoodie, Dai socks, or even a poster of Samuel L. Jackson eating a hamburger!
- DM'ing me to say hello could be all it takes to make someone eligible for an Airdrop.
- This process will be defined and refined soon™ 
- The idea behind the Happiness Airdrop is to identify, acquire, and engage new and existing community members through this unique outreach approach.

It's one thing when someone comes to Maker's Rocket.Chat, Telegram, Reddit, Discord, etc., and is welcomed by helpful people. They feel that we have an active, intelligent, and generous community. We're willing to help them at all hours, any day.

What sets us apart with the Happiness Airdrop, though - receiving a personalized package with a handwritten welcome card, exclusive Maker swag, and sometimes another gift or two, really leaves a lasting and personal impression.

- Recipients are more likely to feel genuinely welcomed by our community.
- I try to build swag packs that reflect a recipient's involvement at Maker.

- I do my best to make sure each Airdrop is unique and special 🙂
- Maker becomes more like a family than another impersonal, albeit competent, organization.

> *It can take a lot of effort to get the right swag created and sent to the right people, but the effort and personal touches make all the difference!*

## Airdrop Candidates

Some examples of likely airdrop candidates:

- New, vocal members on G&R calls
- Community members that play a vital role in onboarding new members
- Survey responders
- User research interviewees
- Other projects and teams that:
  - Have demonstrated interest in integrating with Maker.
  - Share similar positive traits in their own community's culture.
- People on Twitter or in real life that are just curious about Maker and decentralization
- Doubters and haters
- Anyone consistent enough on Rocket.Chat for me to notice
- Anyone that leaves an emoji on my comments
- Anyone that just rubs me the right way
- Anyone that reaches out and asks 🙂

> *As a professional gift-giver, I usually have a good read on what someone may appreciate.*

## Swag Philosophy

Cutting corners when it comes to swag and merchandise is not an option.

> No Merch > Bad Merch

We've all gotten tote bags of cheap branded trinkets at every convention.
Where do they go at the end of the day?
Mine go straight into the trash, and my view of that project along with them.

When you have a high-quality, durable, and useful piece of swag, you use it every day. You're proud to wear it. You're proud to show it off. When it lasts for years to come, you remember that. You look at the item, see the branding, and reinforce the positive association with that brand in your mind.

Every time someone picks up a Maker sock, shirt, pen, or bag, they should feel like they are holding something valuable, something that will last. It shows to them that we care about our image.

Our swag represents our image, and we should only source our merchandise from the highest quality materials and manufacturers available.

In my view, we should settle for nothing less than the best.

# Team Structure

The Facilitator will be responsible for:

- Sharing irregularly scheduled memes and shitposts.
- Reaching out to new members and hires to welcome them to the Maker Community.
- Curating and distributing personalized Bespoke Happiness Airdrops.
- Maintaining relationships with vendors, shippers, and the community.
- Building and expanding a social media presence.
- Bringing happiness, shitposting, and swag to in-person MakerDAO events.
- Generally promoting positivity and lightheartedness within the Maker Community.

| Title | Commitment | Name |
|---|---|---|
| Shitpost Facilitator | Random-Time | Andrew Burban |
| Professional Shitposter | Less-Random Time | Hiring! |

# Team Credentials

### Andrew Burban

Andrew Burban is a professional shitposter, memer, insomniac, and degen. He currently has no clue what he is doing but seems to be pretty good at it. He tends to be pretty good with people and somehow is able to elicit a laugh from many of them. He can be too much for some people at first, but eventually, to his bewilderment, they grow to like him (sending them free stuff seems to help).

His first introduction to crypto was a crash course on Ponzis, stealing all his BTC and resetting him to zero *(see: **The Gelfman Blueprint**)*. Later, he rode the 2017 bubble to life-changing riches before losing it all again, chasing ICOs, FOMOing into shitcoins, and catching falling knives buying "the dip" as the bear market began. He believed in the tech… and he knew Bitcoin was going to $64k! HODL! He was surprised to learn that number does not only go up.

Andrew has been with Maker since mid-2015, and, to his credit, MKR has been the one position he has never sold and likely never will. He has been involved in Community-Development for several years, introducing dozens of new people to the space. Recently, he has become more involved in governance and the Maker Community as a whole.

For his latest stint, he accepted a last-minute invitation to **distribute swag** and appear on the panel at the **Maker Mafia** event in Paris during ETHCC in July 2021.

# Satisfied Airdrop Recipients

A sample selection of happy swag pack recipients 

| Name | Forum Handle | Twitter Post |
|---|---|---|
| Nadia Alvarez | @Nadia | **@nad8802** |
| Chris Mooney | @cmooney | **@godsflaw** |
| Lenkla | @Lenkla | **@LenklaH** |

| Name | Forum Handle | Twitter Post |
|---|---|---|
| Marc-Andre Dumas | @marcandu | @marcandu |
| Sebastien Derivaux | @SebVentures | @SebVentures |
| Sai Teja | @saiteja | @0xsaiteja |

## Shout Outs

@iammeeoh

Iammeooh is an anon Maker Community member. He is a world-renown dottore and a charismatic contrarian. He loves memes, Maker, intelligent discussions, and the occasional ape. He is active on the forums and provides valuable insights into governance discussions.

iammeooh gave me the final nudge to throw this MIP up 🙂

@brianmcmichael

Brian was the original spark for this idea in the first place.

> "Burban when your "Shitpost Facilitator" MIP going live?

@Nadia

Nadia and I brainstormed one day on how to give this MIP some direction. Her ideas helped turn it from "just for laughs" into something that I believe is promising and will bring value to the MakerDAO Community.

@juan

Juan took my MIP, flipped it upside down, and helped me rearrange it into a cleaner, more presentable package.

@TomDeMichele

Tom helped me polish this turd into an award-winning masterpiece of poo 🙂

## Related MIPS

- **MIP39c2-SP11: Strategic Happiness Core Unit**
- **MIP40c3-SP14: The Strategic Happiness Core Unit Budget, SH-001**
- **MIP41c4-SP11: Shitpost Facilitator Onboarding, Strategic Happiness Core Unit, SH-001**

30 Likes

**Weekly MIPs Update #44**

**Weekly MIPs Update #46**

**Weekly MIPs Update #45**

**Maker Governance Review: June 2021**

**Weekly MIPs Update #43**

**Weekly MIPs Update #42**

**Weekly MIPs Update #41**

**Maker Relay Ep. 49 - en español**

**Maker Relay Ep 49**

**Weekly MIPs Update #40**

**Maker Governance Review: May 2021**

**Weekly MIPs Update #39**

**Weekly MIPs Update #38**

**Operational Support Final Weekly Update: May 20 - 27, 2021**

**Weekly MIPs Update #37**

**SourceCred distribution for week ending May 16th, 2021**

**MIPs Update #36**

**[Informal Poll] Does MakerDAO want a mascot?**

**Operational Support Weekly Update: May 7 - 13, 2021**

**Operational Support Weekly Update: May 14 - 20, 2021**

**The SHCU shall fulfill it's mandate**

**The SHCU shall fulfill it's mandate**

**MIP40c3-SP67: Modify Core Unit Budget - Strategic Happiness (SH-001)**

**Maker Governance Review - September 2021**

**Maker Relay Ep. 64 - en español**

**Maker Relay Ep 64**

**Maker Relay Ep. 63 - en español**

**Maker Relay Ep 63**

**Maker Relay Ep. 62 - en español**

**Maker Relay Ep 62**

**:rocket: Core Unit Launch Pod Sessions ||| Session #16: Strategic Happiness Core Unit**

**How Can We Help Our Core Unit Teams and Maker Community Members Avoid Burnout?**

**Weekly MIPs Update #47**

**williamr** #2  May 12, 2021, 3:59am

Kudos for creativity! If you guys charge 0 DAI for all that, or at least take memes back as payment, you should be onboarded for sure 🙂

4 Likes

**G&R Snippets - en español**

**[Agenda/Discussion] Scientific Governance and Risk #152 - Thursday, July 29 17:00 UTC**

**ejbarraza** #3  May 12, 2021, 3:59am

I would absolutely go all in on such a core unit. Think of the ROIC!

3 Likes

**tbone** #4  May 12, 2021, 4:00am

when BRKR airdrop?

4 Likes

**nikola_j** #5  May 12, 2021, 11:20am

I hereby confirm that the author of the proposal and, indeed, the only proposed initial team member does in fact provide happiness, positive vibes, and mild but delightful confusion in all interactions I've had with them.

NB: There was no rubbing the right way involved.

Kudos for the effort on the proposal!

3 Likes

**brianmcmichael** #6   May 12, 2021, 2:38pm

I often hear "why don't Maker devs shitpost like those bunny-eared devs?"

Well, sers, it's because we're working hard in the solidity mines every day to protec your funds.

I can vouch for the quality and volume of  @aburban90 's shitposts and offer and suggest that the community accepts it as a dank alternative to having the core-devs lollygagging on twitter.

15 Likes

**Lozadaluis12** #7   May 12, 2021, 3:57pm

This is a top Tier CU, for sure we need happiness spreading within Maker 

2 Likes

**MakerMikeP** #8   May 12, 2021, 4:00pm

MakerDAO Shop heartily endorses this idea. 🙂

5 Likes

**g_dip** #9   May 12, 2021, 4:06pm

> I can vouch for the quality and volume of  @aburban90 's shitposts and offer and suggest that the community accepts it as a dank alternative to having the core-devs lollygagging on twitter.

T-shirt request: "MakerDAO - No Lollygagging Since 2015"

also "MakerDAO - Strategic Patience" (w/ wojak happy mask but crying underneath meme)

11 Likes

**Coulter** #10 May 12, 2021, 5:47pm

These are noted!

5 Likes

**mrabino1** #11 May 12, 2021, 6:33pm

> g_dip:
>
> MakerDAO - Strategic Patience

I want one…

5 Likes

**seth** #12 May 12, 2021, 7:39pm

I can't like this enough.

2 Likes

**AstronautThis** #13 May 13, 2021, 4:38am

> aburban90:
>
> 0.00 DAI budget required from the DAO.

I think I'd recommend the DAO only approve around 50% for the first year.

7 Likes

**Cassius** #14  May 13, 2021, 9:27am

The gas fees alone will be ~∞ the value of the requested amount. I suggest we wait for a viable L2 solution before approving this inefficient proposal.

3 Likes

**twblack88** #15  May 14, 2021, 3:02am

I still have glitter on my floor from a strategic card airdrop by the potential facilitator. 100% endorse  @aburban90

4 Likes

**UThirstyQuestionmark** #16  May 14, 2021, 6:35am

loving the vibes

allocating funds can cause a lot of tension, particularly in a fully open/decentralized context. glad to see a light hearted riposte

a fun committee could absolutely be worthy of funding in the future imho 🙂

4 Likes

**wouter** #17  May 14, 2021, 12:00pm

> g_dip:
>
> T-shirt request: "MakerDAO - No Lollygagging Since 2015"
>
> also "MakerDAO - Strategic Patience" (w/ wojak happy mask but crying underneath meme)

Is this where we post all the memes now?



I spent way too much time on this. We need a Strategic Happiness Core Unit for this hard work.

12 Likes

**aburban90** #18  May 14, 2021, 7:03pm

Love it!!
Can you send the high res of the one of the right? I want to add it to my wallpapers!

1 Like

**lotusleaf** #19  June 15, 2021, 12:14am

this is awesome.

3 Likes

**Katie** #20  July 29, 2021, 10:33pm

Just discovered this and the proposal itself has already provide much happiness! Amazing idea <3

4 Likes

**aburban90** #21  August 11, 2021, 10:48pm

**Note:** Updated August 11, 2021 (39)

5 Likes

Case 1:22-cv-08478-VSB   Document 30-9   Filed 02/14/23   Page 12 of 12

**Lenkla** #22  August 12, 2021, 7:20am

I'm 100% in favor of this CU & facilitator. Glad to see this going forward, Andrew 🙂

2 Likes

**Phil_Ur_Hearts** #23  September 9, 2021, 3:19am

Great post Andrew!

This is definitely something that Maker needs! Community awareness and spreading merch to our community will both show the good will of the DAO and it will encourage the community to spread even more positive messages to the wider crypto community (or spread your amazing shitposts)

Your posts are top quality and ease the tension of this blessing and curse of this cryptocoaster. I'm glad to share this ride with you.

100% supportive of this. Godspeed Saint Burban.

Also… 0 DAI salary? How could Maker not approve this. Think of the ROI!
You should be compensated somewhat for your amazing shitposts. I would think the more popular ones or the popular merch should definitely become an NFT.

3 Likes