# EXHIBIT MAKERDAO INCOME

## June 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[    ]   https://forum.makerdao.com/

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6   ◄
```

| ☰ Table | ᴏ︎ᴔ Detailed P&L | ᴏ︎ᴔ Bar chart |

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|------------|
| 2020 | 7 | 2020-07 | 3.1 - Liabilities (DAI) | 362671932.10309607 | | | | | |
| 2020 | 7 | 2020-07 | 3.7 - Equity (Surplus Buffer) | 327406.3762285588 | | | | | |
| 2020 | 7 | 2020-07 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 7 | 2020-07 | 3.9 - Total Liabilities & Equity | 362999338.47932464 | | | | | |
| 2020 | 6 | 2020-06 | 1 - PnL | | | | | | |
| 2020 | 6 | 2020-06 | 1.1 - Lending Revenues | 10502.145767832984 | | | | | |
| 2020 | 6 | 2020-06 | 1.2 - Liquidations Revenues | 109196.43623416335 | | | | | |
| 2020 | 6 | 2020-06 | 1.3 - Trading Revenues | 930.8317981765107 | | | | | |
| 2020 | 6 | 2020-06 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 6 | 2020-06 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 6 | 2020-06 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 6 | 2020-06 | 1.9 - Net Income | 120629.41380017286 | 109196.43623416335 | 930.8317981765107 | 10502.145767832984 | | 120629.41380017286 |
| 2020 | 6 | 2020-06 | 2 - Assets | | | | | | |
| 2020 | 6 | 2020-06 | 2.1 - Crypto Loans | 125993932.83422129 | | | | | |

| 684 rows | Search... | « | ‹ | Page 22 | › | » |

# EXHIBIT MAKERDAO INCOME

## July 2020

[ X ]    https://dune.com/SebVentures/maker---accounting_1

[    ]    https://forum.makerdao.com/

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

☰ Table    ₀ₗₗ Detailed P&L    ₀ₗₗ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|-----------|------------|
| 2020 | 7 | 2020-07 | 1.3 - Trading Revenues | 92731.25472600467 | | | | | |
| 2020 | 7 | 2020-07 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 7 | 2020-07 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 7 | 2020-07 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 7 | 2020-07 | 1.9 - Net Income | 128884.85332571731 | 2163.765027922451 | 92731.25472600467 | 33989.833571790194 | | 128884.85332571731 |
| 2020 | 7 | 2020-07 | 2 - Assets | | | | | | |
| 2020 | 7 | 2020-07 | 2.1 - Crypto Loans | 312877449.5043182 | | | | | |
| 2020 | 7 | 2020-07 | 2.2 - Trading Assets | 50121888.975006446 | | | | | |
| 2020 | 7 | 2020-07 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 7 | 2020-07 | 2.9 - Total Assets | 362999338.47932464 | | | | | |
| 2020 | 7 | 2020-07 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 7 | 2020-07 | 3.1 - Liabilities (DAI) | 362671932.10309607 | | | | | |
| 2020 | 7 | 2020-07 | 3.7 - Equity (Surplus Buffer) | 327406.3762285588 | | | | | |
| 2020 | 7 | 2020-07 | 3.8 - Equity (Operating Reserves) | | | | | | |

| 684 rows | Search... | « | ‹ | Page 22 | › | » |

# EXHIBIT MAKERDAO INCOME

## August 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[   ]   https://forum.makerdao.com/

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

☰ Table | ₀₀|| Detailed P&L | ₀₀|| Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|-------------|
| 2020 | 8 | 2020-08 | 1.3 - Trading Revenues | 12342.692786710044 | | | | | |
| 2020 | 8 | 2020-08 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 8 | 2020-08 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 8 | 2020-08 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 8 | 2020-08 | 1.9 - Net Income | 39698.02032454817 | 20103.942073385202 | 12342.692786710044 | 7251.385464452917 | | 39698.02032454817 |
| 2020 | 8 | 2020-08 | 2 - Assets | | | | | | |
| 2020 | 8 | 2020-08 | 2.1 - Crypto Loans | 431200182.11140126 | | | | | |
| 2020 | 8 | 2020-08 | 2.2 - Trading Assets | 11196474.488327365 | | | | | |
| 2020 | 8 | 2020-08 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 8 | 2020-08 | 2.9 - Total Assets | 442396656.59972864 | | | | | |
| 2020 | 8 | 2020-08 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 8 | 2020-08 | 3.1 - Liabilities (DAI) | 442029789.65481037 | | | | | |
| 2020 | 8 | 2020-08 | 3.7 - Equity (Surplus Buffer) | 366866.9449182809 | | | | | |
| 2020 | 8 | 2020-08 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 8 | 2020-08 | 3.9 - Total Liabilities & Equity | 442396656.59972864 | | | | | |

684 rows | Search... | « ‹ Page 21 › »

# EXHIBIT MAKERDAO INCOME

## September 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[    ]   https://forum.makerdao.com/



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≡ Table     ‖ Detailed P&L     ‖ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                              @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|-------------------|----------------|----------------|----------|------------|
| 2020 | 9 | 2020-09 | 1 - PnL | | | | | | |
| 2020 | 9 | 2020-09 | 1.1 - Lending Revenues | 191367.34176896396 | | | | | |
| 2020 | 9 | 2020-09 | 1.2 - Liquidations Revenues | 174711.3787514239 | | | | | |
| 2020 | 9 | 2020-09 | 1.3 - Trading Revenues | 617428.6653374061 | | | | | |
| 2020 | 9 | 2020-09 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 9 | 2020-09 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 9 | 2020-09 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 9 | 2020-09 | 1.9 - Net Income | 983507.385857794 | 174711.3787514239 | 617428.6653374061 | 191367.34176896396 | | 983507.385857794 |
| 2020 | 9 | 2020-09 | 2 - Assets | | | | | | |
| 2020 | 9 | 2020-09 | 2.1 - Crypto Loans | 442195785.3368981 | | | | | |
| 2020 | 9 | 2020-09 | 2.2 - Trading Assets | 451314880.3831184 | | | | | |
| 2020 | 9 | 2020-09 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 9 | 2020-09 | 2.9 - Total Assets | 893510665.7200165 | | | | | |
| 2020 | 9 | 2020-09 | 3 - Liabilities & Equity | | | | | | |

684 rows    Search...    « ‹  Page 20  › »

# EXHIBIT MAKERDAO INCOME

## October 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[    ]   https://forum.makerdao.com/



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≡ Table    ₀₀ₗ Detailed P&L    ₀₀ₗ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

### Maker - Financials
@stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 10 | 2020-10 | 1.9 - Net Income | 2463493.2072468526 | 17480.75857505959 | 1549706.5845393161 | 896305.8641324771 | | 2463493.2072468526 |
| 2020 | 10 | 2020-10 | 2 - Assets | | | | | | |
| 2020 | 10 | 2020-10 | 2.1 - Crypto Loans | 462549333.44804865 | | | | | |
| 2020 | 10 | 2020-10 | 2.2 - Trading Assets | 462251835.4031168 | | | | | |
| 2020 | 10 | 2020-10 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 10 | 2020-10 | 2.9 - Total Assets | 924801168.8511657 | | | | | |
| 2020 | 10 | 2020-10 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 10 | 2020-10 | 3.1 - Liabilities (DAI) | 922429482.7457831 | | | | | |
| 2020 | 10 | 2020-10 | 3.7 - Equity (Surplus Buffer) | 2371686.1053825477 | | | | | |
| 2020 | 10 | 2020-10 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 10 | 2020-10 | 3.9 - Total Liabilities & Equity | 924801168.8511657 | | | | | |
| 2020 | 9 | 2020-09 | 1 - PnL | | | | | | |
| 2020 | 9 | 2020-09 | 1.1 - Lending Revenues | 191367.34176896396 | | | | | |
| 2020 | 9 | 2020-09 | 1.2 - Liquidations Revenues | 174711.3787514239 | | | | | |

684 rows   Search...   « ‹ Page 20 › »

# EXHIBIT MAKERDAO INCOME

## November 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[   ]   https://forum.makerdao.com/



```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6  ◄
```

≔ Table    ᵒᵒ₀ Detailed P&L    ᵒᵒ₀ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 11 | 2020-11 | 1.3 - Trading Revenues | 1557138.3348462756 | | | | | |
| 2020 | 11 | 2020-11 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 11 | 2020-11 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 11 | 2020-11 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 11 | 2020-11 | 1.9 - Net Income | 2742284.90431182 | 151056.59892878565 | 1557138.3348462756 | 1034089.9705367588 | | 2742284.90431182 |
| 2020 | 11 | 2020-11 | 2 - Assets | | | | | | |
| 2020 | 11 | 2020-11 | 2.1 - Crypto Loans | 568483143.7666392 | | | | | |
| 2020 | 11 | 2020-11 | 2.2 - Trading Assets | 475175762.28935456 | | | | | |
| 2020 | 11 | 2020-11 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 11 | 2020-11 | 2.9 - Total Assets | 1043658906.0559939 | | | | | |
| 2020 | 11 | 2020-11 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 11 | 2020-11 | 3.1 - Liabilities (DAI) | 1039656125.5339772 | | | | | |
| 2020 | 11 | 2020-11 | 3.7 - Equity (Surplus Buffer) | 4002780.5220167264 | | | | | |
| 2020 | 11 | 2020-11 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 11 | 2020-11 | 3.9 - Total Liabilities & Equity | 1043658906.0559939 | | | | | |

684 rows    Search...    ≪   ‹   Page 19   ›   ≫

# EXHIBIT MAKERDAO INCOME

## December 2020

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[    ]   https://forum.makerdao.com/



```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≣ Table    ₀₀ℓ Detailed P&L    ₀₀ℓ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    🔵 @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 12 | 2020-12 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 12 | 2020-12 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 12 | 2020-12 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 12 | 2020-12 | 1.9 - Net Income | 2133106.7331771813 | 66858.297764796 | 716410.3772586245 | 1349838.0581537609 | | 2133106.7331771813 |
| 2020 | 12 | 2020-12 | 2 - Assets | | | | | | |
| 2020 | 12 | 2020-12 | 2.1 - Crypto Loans | 647863400.237261 | | | | | |
| 2020 | 12 | 2020-12 | 2.2 - Trading Assets | 521647121.49145675 | | | | | |
| 2020 | 12 | 2020-12 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 12 | 2020-12 | 2.9 - Total Assets | 1169510521.728718 | | | | | |
| 2020 | 12 | 2020-12 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 12 | 2020-12 | 3.1 - Liabilities (DAI) | 1165505365.2267504 | | | | | |
| 2020 | 12 | 2020-12 | 3.7 - Equity (Surplus Buffer) | 4005156.5019677347 | | | | | |
| 2020 | 12 | 2020-12 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 12 | 2020-12 | 3.9 - Total Liabilities & Equity | 1169510521.728718 | | | | | |

**684 rows**    Search...    « ‹ Page 18 › »    ✓

# EXHIBIT MAKERDAO INCOME

## January 2021

[ X ]    https://dune.com/SebVentures/maker---accounting_1

[    ]    https://forum.makerdao.com/

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6  ◄
```

⚙

☰ Table | ◧ Detailed P&L | ◧ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**   @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 2 | 2021-02 | 3.7 - Equity (Surplus Buffer) | 10968814.465343906 | | | | | |
| 2021 | 2 | 2021-02 | 3.8 - Equity (Operating Reserves) | 44133.25 | | | | | |
| 2021 | 2 | 2021-02 | 3.9 - Total Liabilities & Equity | 2345258694.6059484 | | | | | |
| 2021 | 1 | 2021-01 | 1 - PnL | | | | | | |
| 2021 | 1 | 2021-01 | 1.1 - Lending Revenues | 2503483.952380521 | | | | | |
| 2021 | 1 | 2021-01 | 1.2 - Liquidations Revenues | 516581.32828863105 | | | | | |
| 2021 | 1 | 2021-01 | 1.3 - Trading Revenues | 48444.8560265964 | | | | | |
| 2021 | 1 | 2021-01 | 1.4 - Lending Expenses | 0 | | | | | |
| 2021 | 1 | 2021-01 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 1 | 2021-01 | 1.6 - Workforce Expenses | -12700.000000000002 | | | | -12700.000000000002 | |
| 2021 | 1 | 2021-01 | 1.9 - Net Income | 3055810.1366957487 | 516581.32828863105 | 48444.8560265964 | 2503483.952380521 | | 3055810.1366957 |
| 2021 | 1 | 2021-01 | 2 - Assets | | | | | | |
| 2021 | 1 | 2021-01 | 2.1 - Crypto Loans | 1175328076.9601254 | | | | | |
| 2021 | 1 | 2021-01 | 2.2 - Trading Assets | 464210397.21611446 | | | | | |

684 rows | Search... | « ‹ Page 17 › » | ✓

# EXHIBIT MAKERDAO INCOME

## February 2021 – March 2021

[   ]     https://dune.com/SebVentures/maker---accounting_1

[ X ]     https://forum.makerdao.com/





# Monthly results

| | Mar-2021 | Feb-2021 | % | Mar-2020 | % |
|---|---|---|---|---|---|
| Net interest income | **8,119,713** | **4,813,382** | 69% | **146,399** | 5446% |
| Net trading income | 407,721 | 197,651 | 106% | 39,353 | 936% |
| Net liquidation income | 205,623 | 1,638,984 | -87% | -5,787,399 | n/a |
| Workforce expenses | 0 | 55,867 | -100% | 0 | n/a |
| **Net income** | **8,733,057** | **6,594,150** | 32% | **-5,601,647** | n/a |
| Recurring income | 8,119,713 | 4,757,515 | 71% | 146,399 | 5446% |
| **MKR Price** | **2,105** | **2,031** | 4% | **293** | 618% |

Increasing interest income due to loans demand and higher stability fees

Trading increase due to DAI demand for farming activities.

Lower volatility volatility leading to not many liquidations. Black Thursday in march 2020

No expenses this month. Core Unit expenses starting in April.

Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## April 2021 – May 2021

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/





# Monthly results

|  | May-2021 | Apr-2021 | % | May-2020 | % |
|---|---|---|---|---|---|
| Net interest income | **13,252,689** | 10,292,895 | 29% | 2,834 | 467532% |
| Net trading income | 1,221,449 | 159,281 | 667% | 1,470 | 82992% |
| Net liquidation income | 9,410,268 | 2,263,621 | 316% | 32,573 | 28790% |
| Workforce expenses | 594,229 | 144,345 | 312% | 0 | n/a |
| **Net income** | **23,290,178** | 12,571,452 | 85% | 36,877 | 63056% |
| Recurring income | 12,658,460 | 10,148,550 | 25% | 2,834 | 446564% |
| **MKR Price** | **3,593** | 4,360 | -18% | 459 | 683% |

Increasing interest income due to loans demand (on average but less at the end of period), similar stability fees.

USDC => DAI conversion fees due to the reduction of crypto loans.

Crypto crash leading to a record of liquidations.

Core Unit onboarding which drive expenses higher.

Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## June 2021 – July 2021

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/





# Monthly results

| | Jul-2021 | Jun-2021 | % | Jul-2020 | % |
|---|---|---|---|---|---|
| Net interest income | **4,438,839** | 8,297,907 | -47% | 33,990 | 12,959% |
| Net trading income | 274,137 | 1,247,351 | -78% | 92,731 | 196% |
| Net liquidation income | 55,632 | 1,088,009 | -95% | 2,164 | 2,471% |
| Workforce expenses | 1,255,461 | 1,260,932 | 0% | 0 | n/a |
| **Net income** | **3,513,147** | 9,372,335 | -63% | 128,885 | 2,626% |
| Recurring income | 3,183,379 | 7,036,975 | -55% | 33,990 | 9,266% |
| **MKR Price** | **2,991** | 2,670 | 12% | 558 | 436% |

Decreasing interest income due to lower loan demand and stability fees.

USDC => DAI conversion fees due to the reduction of crypto loans.

Lower crypto volatility driving less liquidation income.

Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## August 2021 – September 2021

[   ]   [https://dune.com/SebVentures/maker---accounting_1](https://dune.com/SebVentures/maker---accounting_1)

[ X ]   [https://forum.makerdao.com/](https://forum.makerdao.com/)





## Monthly results

|  | Sep-2021 | Aug-2021 | % | Sep-2020 | % |
|---|---|---|---|---|---|
| Net interest income | **3,921,938** | **3,382,743** | 16% | 191,367 | 1949% |
| Net trading income | 425,097 | 261,429 | 63% | 617,429 | -31% |
| Net liquidation income | 3,520,470 | 190,229 | 1751% | 174,711 | 1915% |
| Workforce expenses | 2,554,588 | 2,623,718 | -3% | 0 | 0 |
| **Net income** | **5,312,918** | **1,210,683** | 339% | 983,507 | 440% |
| Recurring income | 1,367,351 | 759,025 | 80% | 191,367 | 615% |
| **MKR Price** | **2,285** | **3,529** | -35% | 570 | 301% |

Increasing interest income driven by higher loan demand.

USDC => DAI conversion fees due to the reduction of crypto loans.

Increase in crypto volatility driving higher liquidation income.

Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## October 2021 – November 2021

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/





# Monthly results

|  | Nov-2021 | Oct-2021 | MoM % | Nov-2020 | YoY % |
|---|---|---|---|---|---|
| Net interest income | **10,033,849** | **5,291,172** | 90% | 1,034,090 | 870% |
| Net trading income | 229,736 | 167,305 | 37% | 1,557,138 | -85% |
| Net liquidation income | 500,853 | 23,202 | 2059% | 151,057 | 232% |
| Workforce expenses | 2,262,021 | 1,946,318 | 16% | 0 | N/A |
| **Net Protocol Income** | **8,502,418** | **3,535,360** | 140% | 2,742,285 | 210% |
| Recurring income | 7,771,829 | 3,344,853 | 132% | 1,034,090 | 652% |
| **MKR Price** | **3,057** | **2,421** | 26% | 566 | 440% |

Higher month over month interest income driven by increased demand for ETH-A (+64%) and WBTC (+203%) loans

Increased collateral volatility driving higher liquidation income.

Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## December 2021 – January 2022

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/



# MakerDAO
# Financial Presentation

January 2022



# Monthly results

Recurring Income:
-19% MoM
+216% YoY

| | Jan-2022 | Dec-2021 | MoM % | Jan-2021 | YoY % |
|---|---|---|---|---|---|
| Net interest income | 10,303,007 | 12,084,517 | -15% | 2,503,484 | 312% |
| Net trading income | 227,320 | 292,872 | -22% | 48,445 | 369% |
| Net liquidation income | 18,161,760 | 1,875,094 | 869% | 516,581 | 3416% |
| Workforce expenses | 2,439,443 | 2,382,890 | 2% | 12,700 | N/A |
| **Net Protocol Income** | **26,252,644** | **11,869,593** | 121% | 3,055,810 | 759% |
| Recurring income | 7,863,564 | 9,701,627 | -19% | 2,490,784 | 216% |
| **MKR Price** | **2,140** | **2,336** | -8% | 1,479 | 45% |

Lower month over month interest income driven by decreased demand for ETH-A (-18%) and WBTC (-11%) loans

Record liquidation income driven by significant downward volatility in ETH and WBTC

**NOTE - Oracle Gas Costs not included, estimated at $3.9M per quarter**
Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).



# EXHIBIT MAKERDAO INCOME

## February 2022 – March 2022

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/



# Overview of MakerDAO and DAI
March 2022

# Overview of Monthly Results
## March 2022

**Market share losses and depressed trading environment driving lower lending income**

| DAI M | Mar-2022 | Feb-2022 | MoM % | Mar-2021 | YoY % |
|---|---|---|---|---|---|
| Net interest income | **5.9** | **6.8** | **-13%** | 8.1 | **-27%** |
| Net trading income | - | 0.0 | **-100%** | 0.4 | **-100%** |
| Net liquidation income | 0.1 | 0.3 | **-74%** | 0.2 | **-65%** |
| **Protocol Revenue** | **6.0** | **7.1** | **-15%** | 8.7 | **-31%** |
| Workforce expenses | 3.2 | 2.0 | **57%** | - | |
| Oracle Gas Expense | 0.1 | 0.2 | **-45%** | - | |
| **Net Protocol Income** | **2.7** | **4.8** | **-44%** | 8.7 | **-69%** |
| Recurring income | 2.6 | 4.5 | **-42%** | 8.1 | **-68%** |
| **MKR Price (TWAP Average)** | **1,936** | **2,032** | **-5%** | 2,108 | **-8%** |
| *Return on Equity (6mo Roll Avg)* | *90%* | *87%* | **3%** | *481%* | **-391%** |



Note: ROE defined as 12x average past 6 months recurring net income over 6mo average surplus buffer and operating reserves. OGE = Oracle Gas Expense. Note: Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).

# EXHIBIT MAKERDAO INCOME

## April 2022 – May 2022

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/



# Monthly Financial Reporting
May 2022

# Overview of Monthly Results
## May 2022

**Continued pressure on overall collateral prices and lending demand**

| DAI M | May-2022 | Apr-2022 | MoM % | May-2021 | YoY % |
|---|---|---|---|---|---|
| Net interest income | **4.3** | **6.2** | **-31%** | 4.8 | **-10%** |
| Net trading income | - | 0.4 | **-100%** | 0.2 | **-100%** |
| Net liquidation income | 4.2 | 1.5 | **178%** | 1.6 | **159%** |
| **Protocol Revenue** | **8.6** | **8.2** | **5%** | 6.6 | **29%** |
| Workforce expenses | 3.1 | 2.3 | **34%** | 0.1 | |
| Oracle Gas Expense | 0.2 | 0.2 | **19%** | - | |
| **Net Protocol Income** | **5.1** | **5.6** | **-8%** | 6.6 | **-23%** |
| Recurring income | 1.0 | 3.8 | **-73%** | 4.8 | **-78%** |
| **MKR Price (TWAP Average)** | **1,359** | **1,920** | **-29%** | 2,327 | **-42%** |
| *Return on Equity (6mo Roll Avg)* | *71%* | *89%* | **-21%** | *457%* | **-85%** |



Note: ROE defined as 12x average past 6 months recurring net income over 6mo average surplus buffer and operating reserves. OGE = Oracle Gas Expense. Note: Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses).

# EXHIBIT MAKERDAO INCOME

# June 2022 – July 2022

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/



# **Monthly Financial Reporting**
July 2022

# Overview of Monthly Results
## July 2022

| Liquidation income bottoming out along with interest income | | | | | |
|---|---|---|---|---|---|
| **DAI M** | **Jul-2022** | **Jun-2022** | **MoM %** | **Jul-2021** | **YoY %** |
| Net interest income | **1.3** | **2.4** | **-46%** | 10.3 | **-87%** |
| Net trading income | **-** | **-** | | 0.2 | **-100%** |
| Net liquidation income | 2.5 | 7.1 | **-65%** | 2.3 | **10%** |
| **Protocol Revenue** | **3.8** | **9.5** | **-60%** | **12.7** | **-70%** |
| Workforce expenses | 3.1 | 2.6 | **23%** | 0.1 | |
| Oracle Gas Expense | 0.0 | 0.2 | **-82%** | - | |
| **Net Protocol Income** | **1.0** | **6.6** | **-85%** | **12.6** | **-92%** |
| *NPI ex chg. in M2M* | *0.6* | *6.8* | *-91%* | *12.6* | *-95%* |
| Recurring income | **-1.9** | **-0.3** | | 10.1 | **-118%** |
| *3mo Average rNPI %* | **-42%** | *26%* | **-68%** | | |
| **MKR Price (TWAP Average)** | **961** | **988** | **-3%** | **3,146** | **-69%** |
| *Return on Equity (6mo Roll Avg)* | *23%* | *46%* | **-49%** | *448%* | **-95%** |

Note: ROE defined as 12x average past 6 months recurring net income over 6mo average surplus buffer and operating reserves. OGE = Oracle Gas Expense. Note: Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses). Minor restatement on core unit expenses behind direct transactions and returns, Mark-to-market changes reflect value of ENS and stAAVE tokens in treasury only. All MKR in DSPP is considered unauthorized treasury stock val at 0.



# EXHIBIT MAKERDAO INCOME

## August 2022 – September 2022

[   ]   https://dune.com/SebVentures/maker---accounting_1

[ X ]   https://forum.makerdao.com/



# Monthly Financial Reporting
September 2022

# Overview of Monthly Results
## September 2022

**Liquidation income buoying revenue but market bringing down prices**

| DAI M | Sep-2022 | Aug-2022 | MoM % | Sep-2021 | YoY % |
|---|---|---|---|---|---|
| Net interest income | **1.2** | **1.5** | **-21%** | 8.3 | **-86%** |
| Net trading income | **-** | **-** | | 1.2 | **-100%** |
| Net liquidation income | 1.2 | 0.1 | | 1.1 | **13%** |
| **Protocol Revenue** | **2.4** | **1.6** | **51%** | 10.6 | **-77%** |
| Workforce expenses | 3.2 | 2.9 | **11%** | 0.7 | |
| Oracle Gas Expense | 0.0 | 0.0 | **-21%** | - | |
| **Net Protocol Income** | **-0.6** | **-1.4** | **-55%** | 9.9 | **-106%** |
| *NPI ex chg. in M2M* | *-0.8* | *-1.3* | *-39%* | *9.9* | *-108%* |
| Recurring income | **-2.0** | **-1.4** | **44%** | 7.6 | **-126%** |
| *3mo Average rNPI %* | *-136%* | *-84%* | **-53%** | | |
| **MKR Price (TWAP Average)** | **708** | **961** | **-26%** | 2,888 | **-75%** |
| *Return on Equity (6mo Roll Avg)* | *-1%* | *9%* | | *345%* | |

Note: ROE defined as 12x average past 6 months recurring net income over 6mo average surplus buffer and operating reserves. OGE = Oracle Gas Expense. Note: Trading contains non-liquidable vaults and the PSM. Recurring excludes trading and liquidation income (but keep workforce expenses). Minor restatement on core unit expenses behind direct transactions and returns, Mark-to-market changes reflect value of ENS and stAAVE tokens in treasury only. All MKR in DSPP is considered unauthorized treasury stock val at 0.



# EXHIBIT MAKERDAO INCOME

## October 2022

[ X ]   https://dune.com/SebVentures/maker---accounting_1

[   ]   https://forum.makerdao.com/

**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

| ≔ Table | oıl Detailed P&L | oıl Bar chart |

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                      @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|------------|
| 2022 | 10 | 2022-10 | 1 - PnL | | | | | | |
| 2022 | 10 | 2022-10 | 1.1 - Lending Revenues | 905468.6029622988 | | | | | |
| 2022 | 10 | 2022-10 | 1.2 - Liquidations Revenues | 3081.5093657744183 | | | | | |
| 2022 | 10 | 2022-10 | 1.3 - Trading Revenues | 0 | | | | | |
| 2022 | 10 | 2022-10 | 1.4 - Lending Expenses | -10.369678110019219 | | | | | |
| 2022 | 10 | 2022-10 | 1.5 - Liquidations Expenses | | | | | | |
| 2022 | 10 | 2022-10 | 1.6 - Workforce Expenses | -2734353.4445364783 | | | | -2734353.4445364783 | |
| 2022 | 10 | 2022-10 | 1.9 - Net Income | -1825813.7018865151 | 3081.5093657744183 | 0 | 905468.2332841888 | | -1825813.70188 |
| 2022 | 10 | 2022-10 | 2 - Assets | | | | | | |
| 2022 | 10 | 2022-10 | 2.1 - Crypto Loans | 1774172630.6399488 | | | | | |
| 2022 | 10 | 2022-10 | 2.2 - Trading Assets | 3992295737.3477464 | | | | | |
| 2022 | 10 | 2022-10 | 2.8 - Operating Reserves | 16134695.603682436 | | | | | |
| 2022 | 10 | 2022-10 | 2.9 - Total Assets | 5782603063.591379 | | | | | |
| 2022 | 10 | 2022-10 | 3 - Liabilities & Equity | | | | | | |

| 684 rows | Search... | « | ‹ | Page 2 | › | » |



# EXHIBIT MAKERDAO INCOME

## November 2022

[ X ]     https://dune.com/SebVentures/maker---accounting_1

[   ]     https://forum.makerdao.com/

**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6  ◀
```

⊞ Table     ₀₀⌈ Detailed P&L     ₀₀⌈ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 11 | 2022-11 | 1.9 - Net Income | -1199680.5249421988 | 161634.0094123946 | 13979.447500000002 | 1001519.8881954066 | | -1199680.52494 |
| 2022 | 11 | 2022-11 | 2 - Assets | | | | | | |
| 2022 | 11 | 2022-11 | 2.1 - Crypto Loans | 1808801114.9408932 | | | | | |
| 2022 | 11 | 2022-11 | 2.2 - Trading Assets | 3464248427.857813 | | | | | |
| 2022 | 11 | 2022-11 | 2.8 - Operating Reserves | 15469002.343240123 | | | | | |
| 2022 | 11 | 2022-11 | 2.9 - Total Assets | 5288518545.141946 | | | | | |
| 2022 | 11 | 2022-11 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 11 | 2022-11 | 3.1 - Liabilities (DAI) | 5197692938.570771 | | | | | |
| 2022 | 11 | 2022-11 | 3.7 - Equity (Surplus Buffer) | 75356604.22793508 | | | | | |
| 2022 | 11 | 2022-11 | 3.8 - Equity (Operating Reserves) | 15469002.343240123 | | | | | |
| 2022 | 11 | 2022-11 | 3.9 - Total Liabilities & Equity | 5288518545.141946 | | | | | |
| 2022 | 10 | 2022-10 | 1 - PnL | | | | | | |
| 2022 | 10 | 2022-10 | 1.1 - Lending Revenues | 905468.6029622988 | | | | | |
| 2022 | 10 | 2022-10 | 1.2 - Liquidations Revenues | 3081.5093657744183 | | | | | |

| 684 rows | Search... | « | ‹ | Page 2 | › | » |