# DAI OUTSTANDING

## June 2020

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☰ Table    ⊹⊹ Detailed P&L    ⊹⊹ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 6 | 2020-06 | 2.2 - Trading Assets | 1336782.738514187 | | | | | |
| 2020 | 6 | 2020-06 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 6 | 2020-06 | 2.9 - Total Assets | 127330715.57273547 | | | | | |
| 2020 | 6 | 2020-06 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 6 | 2020-06 | 3.1 - Liabilities (DAI) | 127131834.19404426 | | | | | |
| 2020 | 6 | 2020-06 | 3.7 - Equity (Surplus Buffer) | 198881.37869121684 | | | | | |
| 2020 | 6 | 2020-06 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 6 | 2020-06 | 3.9 - Total Liabilities & Equity | 127330715.57273547 | | | | | |
| 2020 | 5 | 2020-05 | 1 - PnL | | | | | | |
| 2020 | 5 | 2020-05 | 1.1 - Lending Revenues | 2833.6599298423002 | | | | | |
| 2020 | 5 | 2020-05 | 1.2 - Liquidations Revenues | 32573.1667800984 | | | | | |
| 2020 | 5 | 2020-05 | 1.3 - Trading Revenues | 1470.1706876519686 | | | | | |
| 2020 | 5 | 2020-05 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 5 | 2020-05 | 1.5 - Liquidations Expenses | | | | | | |

684 rows    Search...    « ‹ Page 23 › »

# DAI OUTSTANDING

## July 2020

https://dune.com/SebVentures/maker---accounting_1

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≡ Table    ᵒᵒ᠐ Detailed P&L    ᵒᵒ᠐ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 7 | 2020-07 | 1.3 - Trading Revenues | 92731.25472600467 | | | | | |
| 2020 | 7 | 2020-07 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 7 | 2020-07 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 7 | 2020-07 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 7 | 2020-07 | 1.9 - Net Income | 128884.85332571731 | 2163.765027922451 | 92731.25472600467 | 33989.833571790194 | | 128884.85332571731 |
| 2020 | 7 | 2020-07 | 2 - Assets | | | | | | |
| 2020 | 7 | 2020-07 | 2.1 - Crypto Loans | 312877449.5043182 | | | | | |
| 2020 | 7 | 2020-07 | 2.2 - Trading Assets | 50121888.975006446 | | | | | |
| 2020 | 7 | 2020-07 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 7 | 2020-07 | 2.9 - Total Assets | 362999338.47932464 | | | | | |
| 2020 | 7 | 2020-07 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 7 | 2020-07 | 3.1 - Liabilities (DAI) | 362671932.10309607 | | | | | |
| 2020 | 7 | 2020-07 | 3.7 - Equity (Surplus Buffer) | 327406.3762285588 | | | | | |
| 2020 | 7 | 2020-07 | 3.8 - Equity (Operating Reserves) | | | | | | |

684 rows    Search...    ≪  ‹  Page 22  ›  ≫

# DAI OUTSTANDING

## August 2020

https://dune.com/SebVentures/maker---accounting_1

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≔ Table    ₒₒ▯ Detailed P&L    ₒₒ▯ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                  @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 8 | 2020-08 | 1.3 - Trading Revenues | 12342.692786710044 | | | | | |
| 2020 | 8 | 2020-08 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 8 | 2020-08 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 8 | 2020-08 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 8 | 2020-08 | 1.9 - Net Income | 39698.02032454817 | 20103.942073385202 | 12342.692786710044 | 7251.385464452917 | | 39698.02032454817 |
| 2020 | 8 | 2020-08 | 2 - Assets | | | | | | |
| 2020 | 8 | 2020-08 | 2.1 - Crypto Loans | 431200182.11140126 | | | | | |
| 2020 | 8 | 2020-08 | 2.2 - Trading Assets | 11196474.488327365 | | | | | |
| 2020 | 8 | 2020-08 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 8 | 2020-08 | 2.9 - Total Assets | 442396656.59972864 | | | | | |
| 2020 | 8 | 2020-08 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 8 | 2020-08 | 3.1 - Liabilities (DAI) | 442029789.65481037 | | | | | |
| 2020 | 8 | 2020-08 | 3.7 - Equity (Surplus Buffer) | 366866.9449182809 | | | | | |
| 2020 | 8 | 2020-08 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 8 | 2020-08 | 3.9 - Total Liabilities & Equity | 442396656.59972864 | | | | | |

684 rows    Search...    ≪  <  Page 21  >  ≫

# DAI OUTSTANDING

## September 2020

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

```
11   union all
12   select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13   union all
14   select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15   union all
16   select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17   union all
```

| Table | Detailed P&L | Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                                          @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 9 | 2020-09 | 3.1 - Liabilities (DAI) | 892181047.2865137 | | | | | |
| 2020 | 9 | 2020-09 | 3.7 - Equity (Surplus Buffer) | 1329618.4335020043 | | | | | |
| 2020 | 9 | 2020-09 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 9 | 2020-09 | 3.9 - Total Liabilities & Equity | 893510665.7200165 | | | | | |
| 2020 | 8 | 2020-08 | 1 - PnL | | | | | | |
| 2020 | 8 | 2020-08 | 1.1 - Lending Revenues | 7251.385464452917 | | | | | |
| 2020 | 8 | 2020-08 | 1.2 - Liquidations Revenues | 20103.942073385202 | | | | | |
| 2020 | 8 | 2020-08 | 1.3 - Trading Revenues | 12342.692786710044 | | | | | |
| 2020 | 8 | 2020-08 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 8 | 2020-08 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 8 | 2020-08 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 8 | 2020-08 | 1.9 - Net Income | 39698.02032454817 | 20103.942073385202 | 12342.692786710044 | 7251.385464452917 | | 39698.02032454817 |
| 2020 | 8 | 2020-08 | 2 - Assets | | | | | | |
| 2020 | 8 | 2020-08 | 2.1 - Crypto Loans | 431200182.11140126 | | | | | |

| 684 rows | Search... | « | ‹ | Page 21 | › | » |

# DAI OUTSTANDING

October 2020

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

| ≡ Table | Detailed P&L | Bar chart |

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|-------------------|----------------|----------------|----------|------------|
| 2020 | 10 | 2020-10 | 1.9 - Net Income | 2463493.2072468526 | 17480.75857505959 | 1549706.5845393161 | 896305.8641324771 | | 2463493.2072468526 |
| 2020 | 10 | 2020-10 | 2 - Assets | | | | | | |
| 2020 | 10 | 2020-10 | 2.1 - Crypto Loans | 462549333.44804865 | | | | | |
| 2020 | 10 | 2020-10 | 2.2 - Trading Assets | 462251835.4031168 | | | | | |
| 2020 | 10 | 2020-10 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 10 | 2020-10 | 2.9 - Total Assets | 924801168.8511657 | | | | | |
| 2020 | 10 | 2020-10 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 10 | 2020-10 | 3.1 - Liabilities (DAI) | 922429482.7457831 | | | | | |
| 2020 | 10 | 2020-10 | 3.7 - Equity (Surplus Buffer) | 2371686.1053825477 | | | | | |
| 2020 | 10 | 2020-10 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 10 | 2020-10 | 3.9 - Total Liabilities & Equity | 924801168.8511657 | | | | | |
| 2020 | 9 | 2020-09 | 1 - PnL | | | | | | |
| 2020 | 9 | 2020-09 | 1.1 - Lending Revenues | 191367.34176896396 | | | | | |
| 2020 | 9 | 2020-09 | 1.2 - Liquidations Revenues | 174711.3787514239 | | | | | |

| 684 rows | Search... | « ‹ Page 20 › » |

# DAI OUTSTANDING

## November 2020

https://dune.com/SebVentures/maker---accounting_1

**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆



```
1   with items as (
2       select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3       union all
4       select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5       union all
6   
```

≡ Table      ₀₀₀ Detailed P&L      ₀₀₀ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                      @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|------------|
| 2020 | 11 | 2020-11 | 1.3 - Trading Revenues | 155/138.3348482756 | | | | | |
| 2020 | 11 | 2020-11 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 11 | 2020-11 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 11 | 2020-11 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 11 | 2020-11 | 1.9 - Net Income | 2742284.90431182 | 151056.59892878565 | 1557138.3348462756 | 1034089.9705367588 | | 2742284.90431182 |
| 2020 | 11 | 2020-11 | 2 - Assets | | | | | | |
| 2020 | 11 | 2020-11 | 2.1 - Crypto Loans | 568483143.7666392 | | | | | |
| 2020 | 11 | 2020-11 | 2.2 - Trading Assets | 475175762.28935456 | | | | | |
| 2020 | 11 | 2020-11 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 11 | 2020-11 | 2.9 - Total Assets | 1043658906.0559939 | | | | | |
| 2020 | 11 | 2020-11 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 11 | 2020-11 | 3.1 - Liabilities (DAI) | 1039656125.5339772 | | | | | |
| 2020 | 11 | 2020-11 | 3.7 - Equity (Surplus Buffer) | 4002780.5220167264 | | | | | |
| 2020 | 11 | 2020-11 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 11 | 2020-11 | 3.9 - Total Liabilities & Equity | 1043658906.0559939 | | | | | |

684 rows     Search...     «  <  Page 19  >  »

# DAI OUTSTANDING

## December 2020

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6
```

≣ Table    ₀₀ Detailed P&L    ₀₀ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                          @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2020 | 12 | 2020-12 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 12 | 2020-12 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 12 | 2020-12 | 1.6 - Workforce Expenses | 0 | | | | 0 | |
| 2020 | 12 | 2020-12 | 1.9 - Net Income | 2133106.7331771813 | 66858.297764796 | 716410.3772586245 | 1349838.0581537609 | | 2133106.7331771813 |
| 2020 | 12 | 2020-12 | 2 - Assets | | | | | | |
| 2020 | 12 | 2020-12 | 2.1 - Crypto Loans | 647863400.237261 | | | | | |
| 2020 | 12 | 2020-12 | 2.2 - Trading Assets | 521647121.49145675 | | | | | |
| 2020 | 12 | 2020-12 | 2.8 - Operating Reserves | | | | | | |
| 2020 | 12 | 2020-12 | 2.9 - Total Assets | 1169510521.728718 | | | | | |
| 2020 | 12 | 2020-12 | 3 - Liabilities & Equity | | | | | | |
| 2020 | 12 | 2020-12 | 3.1 - Liabilities (DAI) | 1165505365.2267504 | | | | | |
| 2020 | 12 | 2020-12 | 3.7 - Equity (Surplus Buffer) | 4005156.5019677347 | | | | | |
| 2020 | 12 | 2020-12 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2020 | 12 | 2020-12 | 3.9 - Total Liabilities & Equity | 1169510521.728718 | | | | | |

**684 rows**    Search...    ≪  <  Page 18  >  ≫

# DAI OUTSTANDING

January 2021

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ⊞ Table | Detailed P&L | Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

### Maker - Financials

@stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 1 | 2021-01 | 2.8 - Operating Reserves | | | | | | |
| 2021 | 1 | 2021-01 | 2.9 - Total Assets | 1639538474.17624 | | | | | |
| 2021 | 1 | 2021-01 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 1 | 2021-01 | 3.1 - Liabilities (DAI) | 1634099082.1440349 | | | | | |
| 2021 | 1 | 2021-01 | 3.7 - Equity (Surplus Buffer) | 5439392.032205055 | | | | | |
| 2021 | 1 | 2021-01 | 3.8 - Equity (Operating Reserves) | | | | | | |
| 2021 | 1 | 2021-01 | 3.9 - Total Liabilities & Equity | 1639538474.17624 | | | | | |
| 2020 | 12 | 2020-12 | 1 - PnL | | | | | | |
| 2020 | 12 | 2020-12 | 1.1 - Lending Revenues | 1349838.0581537609 | | | | | |
| 2020 | 12 | 2020-12 | 1.2 - Liquidations Revenues | 66858.297764796 | | | | | |
| 2020 | 12 | 2020-12 | 1.3 - Trading Revenues | 716410.3772586245 | | | | | |
| 2020 | 12 | 2020-12 | 1.4 - Lending Expenses | 0 | | | | | |
| 2020 | 12 | 2020-12 | 1.5 - Liquidations Expenses | | | | | | |
| 2020 | 12 | 2020-12 | 1.6 - Workforce Expenses | 0 | | | | 0 | |

| 684 rows | Search... | « ‹ Page 18 › » |

# DAI OUTSTANDING

February 2021

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☰ Table    📊 Detailed P&L    📊 Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|------------|
| 2021 | 2 | 2021-02 | 2 - Assets | | | | | | |
| 2021 | 2 | 2021-02 | 2.1 - Crypto Loans | 1686837990.0992844 | | | | | |
| 2021 | 2 | 2021-02 | 2.2 - Trading Assets | 658376571.2566636 | | | | | |
| 2021 | 2 | 2021-02 | 2.8 - Operating Reserves | 44133.25 | | | | | |
| 2021 | 2 | 2021-02 | 2.9 - Total Assets | 2345258694.6059484 | | | | | |
| 2021 | 2 | 2021-02 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 2 | 2021-02 | 3.1 - Liabilities (DAI) | 2334248046.8906045 | | | | | |
| 2021 | 2 | 2021-02 | 3.7 - Equity (Surplus Buffer) | 10966514.465343906 | | | | | |
| 2021 | 2 | 2021-02 | 3.8 - Equity (Operating Reserves) | 44133.25 | | | | | |
| 2021 | 2 | 2021-02 | 3.9 - Total Liabilities & Equity | 2345258694.6059484 | | | | | |
| 2021 | 1 | 2021-01 | 1 - PnL | | | | | | |
| 2021 | 1 | 2021-01 | 1.1 - Lending Revenues | 2503483.952380521 | | | | | |
| 2021 | 1 | 2021-01 | 1.2 - Liquidations Revenues | 516581.32828863105 | | | | | |
| 2021 | 1 | 2021-01 | 1.3 - Trading Revenues | 48444.8560265964 | | | | | |

684 rows    Search...    « ‹ Page 17 › »

# DAI OUTSTANDING

## March 2021

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ≡ Table | 📊 Detailed P&L | 📊 Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|-------------|
| 2021 | 3 | 2021-03 | 2 - Assets | | | | | | |
| 2021 | 3 | 2021-03 | 2.1 - Crypto Loans | 2010202864.8678708 | | | | | |
| 2021 | 3 | 2021-03 | 2.2 - Trading Assets | 980217473.7587996 | | | | | |
| 2021 | 3 | 2021-03 | 2.8 - Operating Reserves | 44133.25 | | | | | |
| 2021 | 3 | 2021-03 | 2.9 - Total Assets | 2990464471.87667 | | | | | |
| 2021 | 3 | 2021-03 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 3 | 2021-03 | 3.1 - Liabilities (DAI) | 2970724409.7272344 | | | | | |
| 2021 | 3 | 2021-03 | 3.7 - Equity (Surplus Buffer) | 19695928.899435665 | | | | | |
| 2021 | 3 | 2021-03 | 3.8 - Equity (Operating Reserves) | 44133.25 | | | | | |
| 2021 | 3 | 2021-03 | 3.9 - Total Liabilities & Equity | 2990464471.87667 | | | | | |
| 2021 | 2 | 2021-02 | 1 - PnL | | | | | | |
| 2021 | 2 | 2021-02 | 1.1 - Lending Revenues | 4813392.459434326 | | | | | |
| 2021 | 2 | 2021-02 | 1.2 - Liquidations Revenues | 1638982.9195700008 | | | | | |
| 2021 | 2 | 2021-02 | 1.3 - Trading Revenues | 197651.49228152595 | | | | | |

| 684 rows | Search... | « | ‹ | Page 16 | › | » |



# DAI OUTSTANDING

April 2021

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☰ Table    📊 Detailed P&L    📊 Bar chart

Last run 5 hours ago
Last run took 1 minute

**Maker - Financials**                                                                                                                @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 4 | 2021-04 | 1.1 - Lending Revenues | 10293565.06347928 | | | | | |
| 2021 | 4 | 2021-04 | 1.2 - Liquidations Revenues | 2263621.155929681 | | | | | |
| 2021 | 4 | 2021-04 | 1.3 - Trading Revenues | 159280.51387701405 | | | | | |
| 2021 | 4 | 2021-04 | 1.4 - Lending Expenses | -669.5870076124414 | | | | | |
| 2021 | 4 | 2021-04 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 4 | 2021-04 | 1.6 - Workforce Expenses | -144345 | | | | -144345 | |
| 2021 | 4 | 2021-04 | 1.9 - Net Income | 12571452.146278363 | 2263621.155929681 | 159280.51387701405 | 10292895.476471668 | | 12571452.146278363 |
| 2021 | 4 | 2021-04 | 2 - Assets | | | | | | |
| 2021 | 4 | 2021-04 | 2.1 - Crypto Loans | 2785569094.461008 | | | | | |
| 2021 | 4 | 2021-04 | 2.2 - Trading Assets | 1007712402.5696635 | | | | | |
| 2021 | 4 | 2021-04 | 2.8 - Operating Reserves | 1930288.25 | | | | | |
| 2021 | 4 | 2021-04 | 2.9 - Total Assets | 3795211785.2806716 | | | | | |
| 2021 | 4 | 2021-04 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 4 | 2021-04 | 3.1 - Liabilities (DAI) | 3764615954.1519847 | | | | | |

# DAI OUTSTANDING

## May 2021

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

▤ Table    ㎗ Detailed P&L    ㎗ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

### Maker - Financials    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 5 | 2021-05 | 2 - Assets | | | | | | |
| 2021 | 5 | 2021-05 | 2.1 - Crypto Loans | 2360647917.9412293 | | | | | |
| 2021 | 5 | 2021-05 | 2.2 - Trading Assets | 2180397049.509491 | | | | | |
| 2021 | 5 | 2021-05 | 2.8 - Operating Reserves | 3006647.88 | | | | | |
| 2021 | 5 | 2021-05 | 2.9 - Total Assets | 4544051615.330721 | | | | | |
| 2021 | 5 | 2021-05 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 5 | 2021-05 | 3.1 - Liabilities (DAI) | 4502428716.309926 | | | | | |
| 2021 | 5 | 2021-05 | 3.7 - Equity (Surplus Buffer) | 38616251.14079474 | | | | | |
| 2021 | 5 | 2021-05 | 3.8 - Equity (Operating Reserves) | 3006647.88 | | | | | |
| 2021 | 5 | 2021-05 | 3.9 - Total Liabilities & Equity | 4544051615.330721 | | | | | |
| 2021 | 4 | 2021-04 | 1 - PnL | | | | | | |
| 2021 | 4 | 2021-04 | 1.1 - Lending Revenues | 10293565.06347928 | | | | | |
| 2021 | 4 | 2021-04 | 1.2 - Liquidations Revenues | 2263621.155929681 | | | | | |
| 2021 | 4 | 2021-04 | 1.3 - Trading Revenues | 159280.51387781405 | | | | | |

684 rows    Search...    « ‹ Page 15 › »

# DAI OUTSTANDING

## June 2021

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ≔ Table | 📊 Detailed P&L | 📊 Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                          @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 6 | 2021-06 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 6 | 2021-06 | 1.6 - Workforce Expenses | -689823.238 | | | | -689823.238 | |
| 2021 | 6 | 2021-06 | 1.9 - Net Income | 9943443.71428199 | 1088089.2252704334 | 1247351.1152945838 | 8297906.611716973 | | 9943443.71428199 |
| 2021 | 6 | 2021-06 | 2 - Assets | | | | | | |
| 2021 | 6 | 2021-06 | 2.1 - Crypto Loans | 1943517597.8037312 | | | | | |
| 2021 | 6 | 2021-06 | 2.2 - Trading Assets | 3330973474.7955413 | | | | | |
| 2021 | 6 | 2021-06 | 2.8 - Operating Reserves | 3859951.642 | | | | | |
| 2021 | 6 | 2021-06 | 2.9 - Total Assets | 5278351024.241271 | | | | | |
| 2021 | 6 | 2021-06 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 6 | 2021-06 | 3.1 - Liabilities (DAI) | 5227277381.320226 | | | | | |
| 2021 | 6 | 2021-06 | 3.7 - Equity (Surplus Buffer) | 47213691.27904478 | | | | | |
| 2021 | 6 | 2021-06 | 3.8 - Equity (Operating Reserves) | 3859951.642 | | | | | |
| 2021 | 6 | 2021-06 | 3.9 - Total Liabilities & Equity | 5278351024.241271 | | | | | |
| 2021 | 5 | 2021-05 | 1 - PnL | | | | | | |

| 684 rows | Search... | « ‹ Page 14 › » |



# DAI OUTSTANDING

## July 2021

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

:= Table  |  Detailed P&L  |  Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                 @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 7 | 2021-07 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 7 | 2021-07 | 1.6 - Workforce Expenses | -1123436.66275 | | | | -1123436.66275 | |
| 2021 | 7 | 2021-07 | 1.9 - Net Income | 3645171.1716020377 | 55631.56996538449 | 274136.92610973463 | 4438839.338276919 | | 3645171.1716020377 |
| 2021 | 7 | 2021-07 | 2 - Assets | | | | | | |
| 2021 | 7 | 2021-07 | 2.1 - Crypto Loans | 1983687474.0289655 | | | | | |
| 2021 | 7 | 2021-07 | 2.2 - Trading Assets | 3526325671.512659 | | | | | |
| 2021 | 7 | 2021-07 | 2.8 - Operating Reserves | 5247017.97925 | | | | | |
| 2021 | 7 | 2021-07 | 2.9 - Total Assets | 5515260163.520874 | | | | | |
| 2021 | 7 | 2021-07 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 7 | 2021-07 | 3.1 - Liabilities (DAI) | 5460578762.441635 | | | | | |
| 2021 | 7 | 2021-07 | 3.7 - Equity (Surplus Buffer) | 49434383.09998926 | | | | | |
| 2021 | 7 | 2021-07 | 3.8 - Equity (Operating Reserves) | 5247017.97925 | | | | | |
| 2021 | 7 | 2021-07 | 3.9 - Total Liabilities & Equity | 5515260163.520874 | | | | | |
| 2021 | 6 | 2021-06 | 1 - PnL | | | | | | |

684 rows   Search...   «  <  Page 13  >  »



# DAI OUTSTANDING

## August 2021

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ≡ Table | ⊪ Detailed P&L | ⊪ Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 8 | 2021-08 | 2.9 - Total Assets | 6015782887.928143 | | | | | |
| 2021 | 8 | 2021-08 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 8 | 2021-08 | 3.1 - Liabilities (DAI) | 5958876813.31637 | | | | | |
| 2021 | 8 | 2021-08 | 3.7 - Equity (Surplus Buffer) | 50272448.67402281 | | | | | |
| 2021 | 8 | 2021-08 | 3.8 - Equity (Operating Reserves) | 6633625.9377500005 | | | | | |
| 2021 | 8 | 2021-08 | 3.9 - Total Liabilities & Equity | 6015782887.928143 | | | | | |
| 2021 | 7 | 2021-07 | 1 - PnL | | | | | | |
| 2021 | 7 | 2021-07 | 1.1 - Lending Revenues | 4439376.786268947 | | | | | |
| 2021 | 7 | 2021-07 | 1.2 - Liquidations Revenues | 55631.56996538449 | | | | | |
| 2021 | 7 | 2021-07 | 1.3 - Trading Revenues | 274136.92610973463 | | | | | |
| 2021 | 7 | 2021-07 | 1.4 - Lending Expenses | -537.4479920276237 | | | | | |
| 2021 | 7 | 2021-07 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 7 | 2021-07 | 1.6 - Workforce Expenses | -1123436.66275 | | | | -1123436.66275 | |
| 2021 | 7 | 2021-07 | 1.9 - Net Income | 3645171.1716020377 | 55631.56996538449 | 274136.92610973463 | 4438839.338276919 | | 3645171.1716020377 |

| 684 rows | Search... | « | ‹ | Page 13 | › | » |

# DAI OUTSTANDING

September 2021

https://dune.com/SebVentures/maker---accounting_1



```
11   union all
12   select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13   union all
14   select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15   union all
16   select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17   union all
```

≡ Table    ᴥ Detailed P&L    ᴥ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                                    @stratfi



| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 9 | 2021-09 | 2 - Assets | | | | | | |
| 2021 | 9 | 2021-09 | 2.1 - Crypto Loans | 2575169803.844618 | | | | | |
| 2021 | 9 | 2021-09 | 2.2 - Trading Assets | 3731735476.0218377 | | | | | |
| 2021 | 9 | 2021-09 | 2.8 - Operating Reserves | 8475107.361369835 | | | | | |
| 2021 | 9 | 2021-09 | 2.9 - Total Assets | 6315380386.427826 | | | | | |
| 2021 | 9 | 2021-09 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 9 | 2021-09 | 3.1 - Liabilities (DAI) | 6251612575.6107855 | | | | | |
| 2021 | 9 | 2021-09 | 3.7 - Equity (Surplus Buffer) | 55292703.45567016 | | | | | |
| 2021 | 9 | 2021-09 | 3.8 - Equity (Operating Reserves) | 8475107.361369835 | | | | | |
| 2021 | 9 | 2021-09 | 3.9 - Total Liabilities & Equity | 6315380386.427826 | | | | | |
| 2021 | 8 | 2021-08 | 1 - PnL | | | | | | |
| 2021 | 8 | 2021-08 | 1.1 - Lending Revenues | 3383435.3932048484 | | | | | |
| 2021 | 8 | 2021-08 | 1.2 - Liquidations Revenues | 190229.03422775143 | | | | | |
| 2021 | 8 | 2021-08 | 1.3 - Trading Revenues | 261428.96214483888 | | | | | |

**684 rows**   Search...   « ‹ Page 12 › »

# DAI OUTSTANDING

October 2021

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

≡ Table    ₀ₒₗ Detailed P&L    ₀ₒₗ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @strath

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 10 | 2021-10 | 2.1 - Crypto Loans | 4572681832.889714 | | | | | |
| 2021 | 10 | 2021-10 | 2.2 - Trading Assets | 3345325469.5416217 | | | | | |
| 2021 | 10 | 2021-10 | 2.8 - Operating Reserves | 9843017.836650105 | | | | | |
| 2021 | 10 | 2021-10 | 2.9 - Total Assets | 7927850320.267986 | | | | | |
| 2021 | 10 | 2021-10 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 10 | 2021-10 | 3.1 - Liabilities (DAI) | 7860640127.670207 | | | | | |
| 2021 | 10 | 2021-10 | 3.7 - Equity (Surplus Buffer) | 57367174.76112924 | | | | | |
| 2021 | 10 | 2021-10 | 3.8 - Equity (Operating Reserves) | 9843017.836650105 | | | | | |
| 2021 | 10 | 2021-10 | 3.9 - Total Liabilities & Equity | 7927850320.267986 | | | | | |
| 2021 | 9 | 2021-09 | 1 - PnL | | | | | | |
| 2021 | 9 | 2021-09 | 1.1 - Lending Revenues | 3922727.7037956612 | | | | | |
| 2021 | 9 | 2021-09 | 1.2 - Liquidations Revenues | 3520470.2415969856 | | | | | |
| 2021 | 9 | 2021-09 | 1.3 - Trading Revenues | 425096.9278595232 | | | | | |
| 2021 | 9 | 2021-09 | 1.4 - Lending Expenses | -789.5252942449425 | | | | | |

684 rows    Search...    «  ‹  Page 11  ›  »

# DAI OUTSTANDING

## November 2021

https://dune.com/SebVentures/maker---accounting_1



```
 11    union all
 12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
 13    union all
 14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
 15    union all
 16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
 17    union all
```

| ☰ Table | �𝗂𝗅 Detailed P&L | ⣿ Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                  ● @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 11 | 2021-11 | 1.2 - Liquidations Revenues | 282792.6287618987 | | | | | |
| 2021 | 11 | 2021-11 | 1.3 - Trading Revenues | 229736.22429654168 | | | | | |
| 2021 | 11 | 2021-11 | 1.4 - Lending Expenses | -560.9720275094046 | | | | | |
| 2021 | 11 | 2021-11 | 1.5 - Liquidations Expenses | | | | | | |
| 2021 | 11 | 2021-11 | 1.6 - Workforce Expenses | -2262020.8378705643 | | | | -2262020.8378705643 | |
| 2021 | 11 | 2021-11 | 1.9 - Net Income | 8344589.210180682 | 282792.6287618987 | 229736.22429654168 | 10094081.194992807 | | 8344589.210180682 |
| 2021 | 11 | 2021-11 | 2 - Assets | | | | | | |
| 2021 | 11 | 2021-11 | 2.1 - Crypto Loans | 5695342080.595277 | | | | | |
| 2021 | 11 | 2021-11 | 2.2 - Trading Assets | 3277361168.293933 | | | | | |
| 2021 | 11 | 2021-11 | 2.8 - Operating Reserves | 10450322.298489416 | | | | | |
| 2021 | 11 | 2021-11 | 2.9 - Total Assets | 8983093339.476788 | | | | | |
| 2021 | 11 | 2021-11 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 11 | 2021-11 | 3.1 - Liabilities (DAI) | 8913074867.333061 | | | | | |
| 2021 | 11 | 2021-11 | 3.7 - Equity (Surplus Buffer) | 59568149.84523735 | | | | | |

| 684 rows | Search... | « | ‹ | Page 10 | › | » |



# DAI OUTSTANDING

## December 2021

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ⬛ Table | 📊 Detailed P&L | 📊 Bar chart |

Last run 5 hours ago
Last run took 1 minute

**Maker - Financials**                                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2021 | 12 | 2021-12 | 2.1 - Crypto Loans | 5183642208.404996 | | | | | |
| 2021 | 12 | 2021-12 | 2.2 - Trading Assets | 3994397577.262875 | | | | | |
| 2021 | 12 | 2021-12 | 2.8 - Operating Reserves | 9444422.116714474 | | | | | |
| 2021 | 12 | 2021-12 | 2.9 - Total Assets | 9187446667.579584 | | | | | |
| 2021 | 12 | 2021-12 | 3 - Liabilities & Equity | | | | | | |
| 2021 | 12 | 2021-12 | 3.1 - Liabilities (DAI) | 9033539059.518158 | | | | | |
| 2021 | 12 | 2021-12 | 3.7 - Equity (Surplus Buffer) | 64463185.94471244 | | | | | |
| 2021 | 12 | 2021-12 | 3.8 - Equity (Operating Reserves) | 9444422.116714474 | | | | | |
| 2021 | 12 | 2021-12 | 3.9 - Total Liabilities & Equity | 9187446667.579584 | | | | | |
| 2021 | 11 | 2021-11 | 1 - PnL | | | | | | |
| 2021 | 11 | 2021-11 | 1.1 - Lending Revenues | 10034410.456108747 | | | | | |
| 2021 | 11 | 2021-11 | 1.2 - Liquidations Revenues | 282792.6287618987 | | | | | |
| 2021 | 11 | 2021-11 | 1.3 - Trading Revenues | 229736.22429654168 | | | | | |
| 2021 | 11 | 2021-11 | 1.4 - Lending Expenses | -560.9728275894046 | | | | | |

684 rows | Search... | « ‹ Page 10 › »



# DAI OUTSTANDING

January 2022

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

≣ Table | 📊 Detailed P&L | 📊 Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|-------------|
| 2022 | 1 | 2022-01 | 2.2 - Trading Assets | 5464247289.385628 | | | | | |
| 2022 | 1 | 2022-01 | 2.8 - Operating Reserves | 20629519.3801816 | | | | | |
| 2022 | 1 | 2022-01 | 2.9 - Total Assets | 9356886526.45682 | | | | | |
| 2022 | 1 | 2022-01 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 1 | 2022-01 | 3.1 - Liabilities (DAI) | 9277053328.01697 | | | | | |
| 2022 | 1 | 2022-01 | 3.7 - Equity (Surplus Buffer) | 59203679.0596676 | | | | | |
| 2022 | 1 | 2022-01 | 3.8 - Equity (Operating Reserves) | 20629519.3801816 | | | | | |
| 2022 | 1 | 2022-01 | 3.9 - Total Liabilities & Equity | 9356886526.45682 | | | | | |
| 2021 | 12 | 2021-12 | 1 - PnL | | | | | | |
| 2021 | 12 | 2021-12 | 1.1 - Lending Revenues | 12085079.313598936 | | | | | |
| 2021 | 12 | 2021-12 | 1.2 - Liquidations Revenues | 1875094.13071898 | | | | | |
| 2021 | 12 | 2021-12 | 1.3 - Trading Revenues | 292871.8740507934 | | | | | |
| 2021 | 12 | 2021-12 | 1.4 - Lending Expenses | -562.0554813061582 | | | | | |
| 2021 | 12 | 2021-12 | 1.5 - Liquidations Expenses | | | | | | |

**684 rows** | Search... | « ‹ Page 9 › » |

# DAI OUTSTANDING

February 2022

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ☰ Table | 📊 Detailed P&L | 📊 Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

### Maker - Financials
@stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|------------|
| 2022 | 2 | 2022-02 | 1.6 - Workforce Expenses | -6338692.480738302 | | | | -6338692.480738302 | |
| 2022 | 2 | 2022-02 | 1.9 - Net Income | 872744.9715820296 | 282703.27096199314 | 9218.956918362368 | 6919515.224439976 | | 872744.9715820296 |
| 2022 | 2 | 2022-02 | 2 - Assets | | | | | | |
| 2022 | 2 | 2022-02 | 2.1 - Crypto Loans | 3464648073.425903 | | | | | |
| 2022 | 2 | 2022-02 | 2.2 - Trading Assets | 5964858900.251022 | | | | | |
| 2022 | 2 | 2022-02 | 2.8 - Operating Reserves | 15796655.495585464 | | | | | |
| 2022 | 2 | 2022-02 | 2.9 - Total Assets | 9445152277.162378 | | | | | |
| 2022 | 2 | 2022-02 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 2 | 2022-02 | 3.1 - Liabilities (DAI) | 9364611730.536154 | | | | | |
| 2022 | 2 | 2022-02 | 3.7 - Equity (Surplus Buffer) | 64743991.13063794 | | | | | |
| 2022 | 2 | 2022-02 | 3.8 - Equity (Operating Reserves) | 15796655.495585464 | | | | | |
| 2022 | 2 | 2022-02 | 3.9 - Total Liabilities & Equity | 9445152277.162378 | | | | | |
| 2022 | 1 | 2022-01 | 1 - PnL | | | | | | |
| 2022 | 1 | 2022-01 | 1.1 - Lending Revenues | 10303936.112054272 | | | | | |

**684 rows**   Search...   «  ‹  Page 8  ›  »

# DAI OUTSTANDING

## March 2022

https://dune.com/SebVentures/maker---accounting_1




```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| ☰ Table | 📊 Detailed P&L | 📊 Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 3 | 2022-03 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 3 | 2022-03 | 3.1 - Liabilities (DAI) | 9313829198.620094 | | | | | |
| 2022 | 3 | 2022-03 | 3.7 - Equity (Surplus Buffer) | 67813828.84816705 | | | | | |
| 2022 | 3 | 2022-03 | 3.8 - Equity (Operating Reserves) | 15237857.734401392 | | | | | |
| 2022 | 3 | 2022-03 | 3.9 - Total Liabilities & Equity | 9396880885.202663 | | | | | |
| 2022 | 2 | 2022-02 | 1 - PnL | | | | | | |
| 2022 | 2 | 2022-02 | 1.1 - Lending Revenues | 6769117.297970807 | | | | | |
| 2022 | 2 | 2022-02 | 1.2 - Liquidations Revenues | 282703.27096199314 | | | | | |
| 2022 | 2 | 2022-02 | 1.3 - Trading Revenues | 9218.956918362368 | | | | | |
| 2022 | 2 | 2022-02 | 1.4 - Lending Expenses | -854.0836616563716 | | | | | |
| 2022 | 2 | 2022-02 | 1.5 - Liquidations Expenses | | | | | | |
| 2022 | 2 | 2022-02 | 1.6 - Workforce Expenses | -6338692.480738302 | | | | -6338692.480738302 | |
| 2022 | 2 | 2022-02 | 1.9 - Net Income | 872744.9715820296 | 282703.27096199314 | 9218.956918362368 | 6919515.224439976 | | 872744.9715820296 |
| 2022 | 2 | 2022-02 | 2 - Assets | | | | | | |

| 684 rows | Search... | « | ‹ | Page 8 | › | » |

# DAI OUTSTANDING

## April 2022

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

⚙

≡ Table    📊 Detailed P&L    📊 Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                              @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 4 | 2022-04 | 1.6 - Workforce Expenses | -2070421.710928983 | | | | -2070421.710928983 | |
| 2022 | 4 | 2022-04 | 1.9 - Net Income | 6100769.155819084 | 1497139.7338030338 | 427239.5439999631 | 6246811.58894507 | | 6100769.155819084 |
| 2022 | 4 | 2022-04 | 2 - Assets | | | | | | |
| 2022 | 4 | 2022-04 | 2.1 - Crypto Loans | 3693879570.207614 | | | | | |
| 2022 | 4 | 2022-04 | 2.2 - Trading Assets | 4837766974.4304695 | | | | | |
| 2022 | 4 | 2022-04 | 2.8 - Operating Reserves | 18079340.906739537 | | | | | |
| 2022 | 4 | 2022-04 | 2.9 - Total Assets | 8549258527.471922 | | | | | |
| 2022 | 4 | 2022-04 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 4 | 2022-04 | 3.1 - Liabilities (DAI) | 8460850652.207492 | | | | | |
| 2022 | 4 | 2022-04 | 3.7 - Equity (Surplus Buffer) | 70320534.35769048 | | | | | |
| 2022 | 4 | 2022-04 | 3.8 - Equity (Operating Reserves) | 18079340.906739537 | | | | | |
| 2022 | 4 | 2022-04 | 3.9 - Total Liabilities & Equity | 8549258527.471922 | | | | | |
| 2022 | 3 | 2022-03 | 1 - PnL | | | | | | |
| 2022 | 3 | 2022-03 | 1.1 - Lending Revenues | 5915992.373815931 | | | | | |

684 rows   Search...   « ‹ Page 7 › »

✓

# DAI OUTSTANDING

## May 2022

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

| Table | | Detailed P&L | | Bar chart |

Last run **5 hours ago**
Last run took **1 minute**

### Maker - Financials

@stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|-------------------|----------------|----------------|----------|------------|
| 2022 | 5 | 2022-05 | 1.9 - Net Income | 5463492.178788717 | 4203569.272023123 | 0 | 4323273.456410219 | | 5463492.178788717 |
| 2022 | 5 | 2022-05 | 2 - Assets | | | | | | |
| 2022 | 5 | 2022-05 | 2.1 - Crypto Loans | 2738127413.9415736 | | | | | |
| 2022 | 5 | 2022-05 | 2.2 - Trading Assets | 3709417507.490974 | | | | | |
| 2022 | 5 | 2022-05 | 2.8 - Operating Reserves | 17503673.19972221 | | | | | |
| 2022 | 5 | 2022-05 | 2.9 - Total Assets | 6464856592.795987 | | | | | |
| 2022 | 5 | 2022-05 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 5 | 2022-05 | 3.1 - Liabilities (DAI) | 6371833125.897777 | | | | | |
| 2022 | 5 | 2022-05 | 3.7 - Equity (Surplus Buffer) | 75519793.69848824 | | | | | |
| 2022 | 5 | 2022-05 | 3.8 - Equity (Operating Reserves) | 17503673.19972221 | | | | | |
| 2022 | 5 | 2022-05 | 3.9 - Total Liabilities & Equity | 6464856592.795987 | | | | | |
| 2022 | 4 | 2022-04 | 1 - PnL | | | | | | |
| 2022 | 4 | 2022-04 | 1.1 - Lending Revenues | 5771797.308024917 | | | | | |
| 2022 | 4 | 2022-04 | 1.2 - Liquidations Revenues | 1497139.7338038338 | | | | | |

684 rows   Search...   «   ‹   Page 6   ›   »

# DAI OUTSTANDING

## June 2022

https://dune.com/SebVentures/maker---accounting_1



**@stratfi / Maker - Financials**
forked from @SebVentures/Maker - Liquidation PnL

21 ☆

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☷ Table    ⊪ Detailed P&L    ⊪ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**                                                                                        @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 6 | 2022-06 | 1.3 - Trading Revenues | 0 | | | | | |
| 2022 | 6 | 2022-06 | 1.4 - Lending Expenses | -10.937438813784526 | | | | | |
| 2022 | 6 | 2022-06 | 1.5 - Liquidations Expenses | | | | | | |
| 2022 | 6 | 2022-06 | 1.6 - Workforce Expenses | -2393217.45538924 | | | | -2393217.45538924 | |
| 2022 | 6 | 2022-06 | 1.9 - Net Income | 6899548.884275229 | 6870366.073964909 | 0 | 2422400.265699559 | | 6899548.884275229 |
| 2022 | 6 | 2022-06 | 2 - Assets | | | | | | |
| 2022 | 6 | 2022-06 | 2.1 - Crypto Loans | 2405157298.0152917 | | | | | |
| 2022 | 6 | 2022-06 | 2.2 - Trading Assets | 4005522453.176757 | | | | | |
| 2022 | 6 | 2022-06 | 2.8 - Operating Reserves | 16933835.254094604 | | | | | |
| 2022 | 6 | 2022-06 | 2.9 - Total Assets | 6427599243.047164 | | | | | |
| 2022 | 6 | 2022-06 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 6 | 2022-06 | 3.1 - Liabilities (DAI) | 6327848065.378581 | | | | | |
| 2022 | 6 | 2022-06 | 3.7 - Equity (Surplus Buffer) | 82818142.41448744 | | | | | |
| 2022 | 6 | 2022-06 | 3.8 - Equity (Operating Reserves) | 16933835.254094604 | | | | | |

**684 rows**    Search...    « ‹ Page 5 › »

# DAI OUTSTANDING

## July 2022

https://dune.com/SebVentures/maker---accounting_1



```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☰ Table    📊 Detailed P&L    📊 Bar chart

Last run 5 hours ago
Last run took 1 minute

**Maker - Financials**                                                                                    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|-----------------|----------|------------|
| 2022 | 7 | 2022-07 | 2.2 - Trading Assets | 4173957811.7730746 | | | | | |
| 2022 | 7 | 2022-07 | 2.8 - Operating Reserves | 18308854.113865677 | | | | | |
| 2022 | 7 | 2022-07 | 2.9 - Total Assets | 7075870772.32147 | | | | | |
| 2022 | 7 | 2022-07 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 7 | 2022-07 | 3.1 - Liabilities (DAI) | 6977792395.148794 | | | | | |
| 2022 | 7 | 2022-07 | 3.7 - Equity (Surplus Buffer) | 79769523.05881068 | | | | | |
| 2022 | 7 | 2022-07 | 3.8 - Equity (Operating Reserves) | 18308854.113865677 | | | | | |
| 2022 | 7 | 2022-07 | 3.9 - Total Liabilities & Equity | 7075870772.32147 | | | | | |
| 2022 | 6 | 2022-06 | 1 - PnL | | | | | | |
| 2022 | 6 | 2022-06 | 1.1 - Lending Revenues | 2408867.8041572454 | | | | | |
| 2022 | 6 | 2022-06 | 1.2 - Liquidations Revenues | 6870366.073964989 | | | | | |
| 2022 | 6 | 2022-06 | 1.3 - Trading Revenues | 0 | | | | | |
| 2022 | 6 | 2022-06 | 1.4 - Lending Expenses | -10.937438813784526 | | | | | |
| 2022 | 6 | 2022-06 | 1.5 - Liquidations Expenses | | | | | | |

684 rows   Search...   «   ‹   Page 5   ›   »

# DAI OUTSTANDING

August 2022

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

≡ Table    ıl Detailed P&L    ıl Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**    @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|-----------------|-----------------|----------|-------------|
| 2022 | 8 | 2022-08 | 1.9 - Net Income | -1414601.8207739862 | 90916.9626586152 | 0 | 1486420.9379780232 | | -1414601.8207739862 |
| 2022 | 8 | 2022-08 | 2 - Assets | | | | | | |
| 2022 | 8 | 2022-08 | 2.1 - Crypto Loans | 2549893834.9123955 | | | | | |
| 2022 | 8 | 2022-08 | 2.2 - Trading Assets | 4048327666.7582283 | | | | | |
| 2022 | 8 | 2022-08 | 2.8 - Operating Reserves | 17477023.34890546 | | | | | |
| 2022 | 8 | 2022-08 | 2.9 - Total Assets | 6615698525.019528 | | | | | |
| 2022 | 8 | 2022-08 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 8 | 2022-08 | 3.1 - Liabilities (DAI) | 6519555574.655316 | | | | | |
| 2022 | 8 | 2022-08 | 3.7 - Equity (Surplus Buffer) | 78665927.01530679 | | | | | |
| 2022 | 8 | 2022-08 | 3.8 - Equity (Operating Reserves) | 17477023.34890546 | | | | | |
| 2022 | 8 | 2022-08 | 3.9 - Total Liabilities & Equity | 6615698525.019528 | | | | | |
| 2022 | 7 | 2022-07 | 1 - PnL | | | | | | |
| 2022 | 7 | 2022-07 | 1.1 - Lending Revenues | 1300033.6004945345 | | | | | |
| 2022 | 7 | 2022-07 | 1.2 - Liquidations Revenues | | | | | | |

684 rows   Search...   « ‹ Page 4 › »

# DAI OUTSTANDING

## September 2022

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

**☰ Table**   **▥ Detailed P&L**   **▥ Bar chart**

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**   🔴 @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 9 | 2022-09 | 1.9 - Net Income | -1566409.282472496 | 94918.41849547008 | 0 | 1175166.248741876 | | -1566409.282472496 |
| 2022 | 9 | 2022-09 | 2 - Assets | | | | | | |
| 2022 | 9 | 2022-09 | 2.1 - Crypto Loans | 2332299169.3500314 | | | | | |
| 2022 | 9 | 2022-09 | 2.2 - Trading Assets | 4161840983.1981506 | | | | | |
| 2022 | 9 | 2022-09 | 2.8 - Operating Reserves | 17269451.33852817 | | | | | |
| 2022 | 9 | 2022-09 | 2.9 - Total Assets | 6511399603.886711 | | | | | |
| 2022 | 9 | 2022-09 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 9 | 2022-09 | 3.1 - Liabilities (DAI) | 6417090460.829405 | | | | | |
| 2022 | 9 | 2022-09 | 3.7 - Equity (Surplus Buffer) | 77049691.71877785 | | | | | |
| 2022 | 9 | 2022-09 | 3.8 - Equity (Operating Reserves) | 17269451.33852817 | | | | | |
| 2022 | 9 | 2022-09 | 3.9 - Total Liabilities & Equity | 6511399603.886711 | | | | | |
| 2022 | 8 | 2022-08 | 1 - PnL | | | | | | |
| 2022 | 8 | 2022-08 | 1.1 - Lending Revenues | 1486430.3526099678 | | | | | |
| 2022 | 8 | 2022-08 | 1.2 - Liquidations Revenues | 90916.9626586152 | | | | | |

684 rows   Search...   « ‹ Page 3 › »



# DAI OUTSTANDING

October 2022

https://dune.com/SebVentures/maker---accounting_1

```
11    union all
12    select 'Liquidations Expenses' as item, 5 as item_rank, '1.5 - Liquidations Expenses' as label
13    union all
14    select 'Workforce Expenses' as item, 6 as item_rank, '1.6 - Workforce Expenses' as label
15    union all
16    select 'Net Income' as item, 6 as item_rank, '1.9 - Net Income' as label
17    union all
```

☰ Table    ᵳᵤ Detailed P&L    ᵳᵤ Bar chart

Last run **5 hours ago**
Last run took **1 minute**

**Maker - Financials**

@stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 10 | 2022-10 | 3.1 - Liabilities (DAI) | 5698335728.128641 | | | | | |
| 2022 | 10 | 2022-10 | 3.7 - Equity (Surplus Buffer) | 76132639.85905588 | | | | | |
| 2022 | 10 | 2022-10 | 3.8 - Equity (Operating Reserves) | 16134695.603682436 | | | | | |
| 2022 | 10 | 2022-10 | 3.9 - Total Liabilities & Equity | 5782603063.591379 | | | | | |
| 2022 | 9 | 2022-09 | 1 - PnL | | | | | | |
| 2022 | 9 | 2022-09 | 1.1 - Lending Revenues | 1175176.735212804 | | | | | |
| 2022 | 9 | 2022-09 | 1.2 - Liquidations Revenues | 94910.41849547008 | | | | | |
| 2022 | 9 | 2022-09 | 1.3 - Trading Revenues | 0 | | | | | |
| 2022 | 9 | 2022-09 | 1.4 - Lending Expenses | -10.486470927891274 | | | | | |
| 2022 | 9 | 2022-09 | 1.5 - Liquidations Expenses | | | | | | |
| 2022 | 9 | 2022-09 | 1.6 - Workforce Expenses | -2836485.949709842 | | | | -2836485.949709842 | |
| 2022 | 9 | 2022-09 | 1.9 - Net Income | -1566409.282472496 | 94910.41849547008 | 0 | 1175166.248741876 | | -1566409.282472496 |
| 2022 | 9 | 2022-09 | 2 - Assets | | | | | | |
| 2022 | 9 | 2022-09 | 2.1 - Crypto Loans | 2332299169.3500314 | | | | | |

684 rows    Search...    « ‹ Page 3 › »

# DAI OUTSTANDING

## November 2022

https://dune.com/SebVentures/maker---accounting_1

```
1  with items as (
2      select 'PnL' as item, 0 as item_rank, '1 - PnL' as label
3      union all
4      select 'Lending Revenues' as item, 1 as item_rank, '1.1 - Lending Revenues' as label
5      union all
6  
```

≔ Table      ₒₗₗ Detailed P&L      ₒₗₗ Bar chart

Last run **2 hours ago**
Last run took **1 minute**

### Maker - Financials                                                                 @stratfi

| year | month | period | item | value | liquidation_income | trading_income | lending_income | expenses | net_income |
|------|-------|--------|------|-------|--------------------|----------------|----------------|----------|------------|
| 2022 | 11 | 2022-11 | 1.9 - Net Income | -1199680.5249421988 | 161634.0094123946 | 13979.447500000002 | 1001519.8881954066 | | -1199680.52494 |
| 2022 | 11 | 2022-11 | 2 - Assets | | | | | | |
| 2022 | 11 | 2022-11 | 2.1 - Crypto Loans | 1808801114.9408932 | | | | | |
| 2022 | 11 | 2022-11 | 2.2 - Trading Assets | 3464248427.857813 | | | | | |
| 2022 | 11 | 2022-11 | 2.8 - Operating Reserves | 15469002.343240123 | | | | | |
| 2022 | 11 | 2022-11 | 2.9 - Total Assets | 5288518545.141946 | | | | | |
| 2022 | 11 | 2022-11 | 3 - Liabilities & Equity | | | | | | |
| 2022 | 11 | 2022-11 | 3.1 - Liabilities (DAI) | 5197692938.570771 | | | | | |
| 2022 | 11 | 2022-11 | 3.7 - Equity (Surplus Buffer) | 75356604.22793508 | | | | | |
| 2022 | 11 | 2022-11 | 3.8 - Equity (Operating Reserves) | 15469002.343240123 | | | | | |
| 2022 | 11 | 2022-11 | 3.9 - Total Liabilities & Equity | 5288518545.141946 | | | | | |
| 2022 | 10 | 2022-10 | 1 - PnL | | | | | | |
| 2022 | 10 | 2022-10 | 1.1 - Lending Revenues | 905468.6029622988 | | | | | |
| 2022 | 10 | 2022-10 | 1.2 - Liquidations Revenues | 3081.5093657744183 | | | | | |

| 684 rows | Search... | « | ‹ | Page 2 | › | » |