# THE DAI FOUNDATION

| | |
|---|---|
| CVR number | 40645799 |
| Start date | 21/06 - 2019 |
| Address | c/o Samar Law Advokatanpartsselskab<br>Ryesgade 74<br>2100 Copenhagen Ø |
| commune | Copenhagen |

| | |
|---|---|
| September 2022 | 2 employees |
| June 2022 | 2 employees |
| March 2022 | 2 employees |
| December 2021 | 2 employees |
| September 2021 | 1 employee |

Do you want to cooperate with the DAI FONDEN? Buy a credit report so you can be confident in your decision.

[Buy credit report]

Get notified when DAI FONDEN submits accounts, moves or closes.

[Enter your email] [Register]

| | |
|---|---|
| Status | Active |
| Business | 620900  Other IT services |
| Company form | 90 Foundations and other independent institutions (FON) |
| E-mail | payam@samarlaw.dk |

| Real owners | Hans Henrik Hoffmeyer<br>Poppel Alle 28<br>3500 Værløse, Hareskov<br>Start: 21.06.2019<br><br>Søren Peter Nielsen<br>Blankavej 19, 3. th.<br>2500 Valby<br>Start: 21.06.2019<br><br>Payam Samarghandi<br>Ceresvej 8, 1<br>1863 Frederiksberg C<br>Start: 21.06.2019<br><br>Jacek Aleksander Czarnecki<br>Start: 08.06.2022<br><br>Wouter Kampmann<br>Start: 21.06.2019<br><br>Paul Imseih Salem<br>Start: 23.01.2023 |
|---|---|

## Tax payments

The company's tax payment falls under Section 1.1.1 of the Norwegian Funds Taxation Act. Total contribution is **DKK 0.**

**All figures are in DKK.**

| Tax year | Taxable income | Corporation tax paid | Loss deducted |
|---|---|---|---|
| 2020 | 0 | 0 | 0 |
| 2019 | 0 | 0 | 0 |

**This company is protected by advertising.**
You cannot therefore contact this company for advertising purposes. Please pass this information on to your own users.

By using the CVR API, you accept the terms for the use of the service - Read more about the use of data on our help page

**From:** Payam Samarghandi <payam@samarlaw.dk>
**Date:** Thursday, December 15, 2022 at 3:51 AM
**To:** David Boag <dab@boagip.com>
**Subject:** True Return Systems, LLC v. MakerDAO

Dear David A. Boag

I am referring to the case No. 22-cv-8478 (S.D.N.Y filed Oct 5, 2022), True Return Systems, LLC v. MakerDAO.

I relation to the case, I have been contacted by a group of individuals, who has an interest in the case, and who is considering to file an amicus brief.

Given the complexity of the case and in order to ensure sufficient of time to prepare the amicus brief, I kindly ask you to approve a 60 days extension of the deadline. I kindly also ask you to disclose the e-mail to the court prior to the expiration of the deadline.

Venlig hilsen/Kind regards

**Payam Samarghandi**
Advokat / Attorney
Direct: +45 6079 3777
Read profile here

www.samarlaw.dk

**David Boag** <dab@boagip.com>  Tue, Dec 20, 2022 at 8:12 AM
To: Payam Samarghandi <payam@samarlaw.dk>

Payam,

Thank you for your email. I was out for a few days.

The Federal Rules of Civil Procedure and the Local Rules are silent on the filing of amicus briefs in district court and we are not aware of any mechanism by which we could grant such an extension, even if we were inclined to do so. We recommend that you contact the Court directly or enlist local counsel.

Regards,
David



David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
+1.212.203.6651
dab@boagip.com

[Quoted text hidden]