# Infringement of TRS's U.S. Patent No. 10,025,797 by MakerDao

**summary** , **patent**

---

**davidaboag** #1   July 13, 2022, 10:13pm

Dear MKR Owners and MakerDAO Governance:

Please see the letter and draft complaint for patent infringement at **www.truereturnsystems.com/m-docs**.

Regards,
David

**[image]**
David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
+1.212.203.6651
**[email protected]**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUE RETURN SYSTEMS LLC,

    Plaintiff,

vs.                                                           Case No. [xxx-cv-xxxxx-ABC]

MAKERDAO,                                          **COMPLAINT FOR PATENT INFRINGEMENT**

    Defendant.

Plaintiff True Return Systems LLC ("True Return"), by and through its undersigned counsel, brings this Complaint for patent infringement against Defendant MakerDAO ("MakerDAO"), and in support thereof alleges as follows, upon personal knowledge as to itself and upon information and belief as to all others:

**NATURE OF THE ACTION**

1. This action seeks legal and equitable relief against MakerDAO's unlawful infringement of True Returns' United States Patent No. 10,025,797, generally relating to technology for improving computerized ledgers, including distributed computerized ledgers such as blockchains.

**PARTIES**

2. True Return is limited liability company organized and existing under the laws of the state of Connecticut with its principal place of business located at 253 Turtle Back Road, New Canaan, CT 06840.

3. Upon information and belief, MakerDAO is a decentralized autonomous organization controlled and operating at the Ethereum blockchain contract address

-1-

## [The Real Legal Risks](#)

**[CodeKnight](#)** #2  July 13, 2022, 10:52pm

Your patent is incredibly vague, broad and incomplete. It loosely describes smart contracts and oracles in general.

Feels a lot like a patent troll.

4 Likes

**Doo_StableLab** #3  July 13, 2022, 10:59pm

They just try and hope we don't remember **RE: MakerDAO's Use of U.S. Patent No. 10,025,797: Method and System for Separating Storage and Process of a Computerized Ledger for Improved Function**

1 Like

**monet-supply** #4  July 13, 2022, 11:07pm

Clearly a patent troll. But, I think we should respond seriously (and forcefully). If they get a default judgement against Maker that could be very troublesome.

In general I think we'll want to defend ourselves to the greatest extent possible, and at the same time pursue any opportunities to countersue (regardless of costs or expected recovery) to ward off future frivolous lawsuits. If we pay these people even a single cent, there will be dozens of other trolls knocking on our door within months.

15 Likes

**monet-supply** #5  July 13, 2022, 11:29pm

I'd further caution  @davidaboag   @TRS  and any others involved in this action to preserve all communications or other records related to the patent in question or current legal action, as it may constitute evidence of bad faith. Failing to preserve evidence that claimant knew or should have known the patent in question was obviously invalid would be highly inappropriate and possibly illegal.

6 Likes

**NikKunkel** #6  July 14, 2022, 10:05am

> **RE: MakerDAO's Use of U.S. Patent No. 10,025,797: Method and System for Separating Storage and Process of a Computerized Ledger for Improved Function**
>
> lmfao. Go heckle some other sucker.

3 Likes

**juan** #7  July 14, 2022, 12:32pm

@ACREinvest time to shine! 🌞

1 Like

**Eumenes** #8  July 14, 2022, 2:45pm

Maker needs a serious legal review of this matter and also a broader strategy going forwards on such situations.

The Patent Trolls will keep coming as they see $$$ and a potential weak victim.

2 Likes

**smartcontracts** #9  July 14, 2022, 4:04pm

This post is probably best deleted and forgotten.

Patents are meatspace court nonsense, and any response or acknowledgement may provide undeserved legitimacy. We are code doing what code does, and as such, patents cannot apply in a fully decentralized setting. Is this like basketball where the last team member to touch the code is somehow liable? Ridiculous.

Btw, I focus on IP challenges for a major NFT platform and was previously affiliated with CL and IC3

**Daimon-Law** #10  July 15, 2022, 10:44am

My suggestion to the @moderators is to lock this thread and stop discussing the matter in public. The only appropriate response now is to get organised **offline** and privately decide how best to respond.

There'll be more of these types of things over time so it might be a good idea to get organised.

3 Likes

**MFeinberg** #11  July 15, 2022, 11:13am

Yup. These things have come before and indeed will continue. I agree that much of the substantive discussion should probably occur somewhere else.

But I will say, for the people that think us lawyers are not needed, think again.

1 Like

**sorenpeter** #12  August 9, 2022, 8:08am

We have in the Dai Foundation reviewed and discussed this thread, hereunder the letter that forms the basis of this thread. We have also discussed, if this particular case specifically and expected future similar cases to this calls for action from the Dai Foundation. You can read our position here

> **Dai Foundation position on Patent infringement complaints against MakerDAO**
>
> Dai Foundation position on Patent infringement complaints against MakerDAO The **Dai Foundation mandate** is limited and specific, stating the foundation is to safeguard MakerDAO's intangible assets. We can therefore only act on complaints brought forward against MakerDAO in situations where the ownership and control of MakerDAO intangible assets is put at risk, or where there is infringement of intangible assets that Dai Foundation holds. It is unfortunately very easy - and common - to have a law…

3 Likes

**system** Closed #13  November 8, 2022, 2:08pm

This topic was automatically closed 91 days after the last reply. New replies are no longer allowed.