

- Home
- Explore
- Notifications
- Messages
- Bookmarks
- Twitter Blue
- Profile
- More

Tweet

← Tweet



**BOAG (IP) LAW, PLLC**
@BOAGIP

@MakerDAO please see the letter and draft Complaint for Patent Infringement at truereturnsystems.com/m-docs.

Regards,

David A. Boag
BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
+1.212.203.6651
dab@boagip.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRUE RETURN SYSTEMS LLC,

    Plaintiff,

vs.

MAKERDAO,

    Defendant.

Case No. [xxx-cv-xxxxx-ABC]

COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff True Return Systems LLC ("True Return"), by and through its undersigned counsel, brings this Complaint for patent infringement against Defendant MakerDAO



True Return Syste...
@InventFi