2/4/23, 10:20 AM  Dai Foundation position on Patent infringement complaints against MakerDAO - Core Units - The Maker Forum

Case 1:22-cv-08478-VSB   Document 30-20   Filed 02/14/23   Page 1 of 2

Welcome to the MakerDAO Forum! The following points will allow you to better understand governance and the forum.

Respectful and good-faith **discussion** should be the cornerstone of any decision-making process. In trying to enact change, please keep this principle in mind.

MakerDAO's **governance** has on-chain (**Voter Portal**) and off-chain (**Forum**) components. Community-driven discussions, well-reasoned arguments, and voting in this forum all have the ability to influence the Maker Protocol without the need for tokens. Here are some tips on navigating the forum:



# 🔒 Dai Foundation position on Patent infringement complaints against MakerDAO

daif-001    intangible-asset    patent

**sorenpeter**  Dai Foundation Core Unit                                   Aug '22

## Dai Foundation position on Patent infringement complaints against MakerDAO

The **Dai Foundation mandate** is limited and specific, stating the foundation is to safeguard MakerDAO's intangible assets. We can therefore only act on complaints brought forward against MakerDAO in situations where the ownership and control of MakerDAO intangible assets is put at risk, or where there is infringement of intangible assets that Dai Foundation holds.

It is unfortunately very easy - and common - to have a lawyer produce a legal complaint without merit that is made in the hope of making a profit. From time to time, such claims appear on the MakerDAO Forum from actors often characterized as "patent trolls."

The Dai Foundation will review complaints that it discovers or is made aware of, and engage if there is a clear risk of losing control/ownership of MakerDAO intangible assets.

However, in order to use our funds with prudence, we will NOT spend resources on countering claims that only contain vague or very broad statements without substance.

That said, if a MakerDAO actor faces a legal threat related to alleged inappropriate use of someone else's intellectual property (IP), the Dai Foundation is ready to help by clarifying the scope of MakerDAO IP that it holds. For example, the affected Maker party may be able to prove that the IP it used (e.g. copyright or trademark) preceded the patent application. Anyone who finds themselves in this situation, or has any doubt whether this is relevant, feel free to reach out.

**Skip to main content**

2/4/23, 10:20 AM    Dai Foundation position on Patent infringement complaints against MakerDAO - Space Units - The Maker Forum

Case 1:22-cv-08478-VSB   Document 30-20   Filed 02/14/23   Page 2 of 2

The list of IP assets owned by the Dai Foundation is public and available **here** .

---

🔗 **Infringement of TRS's U.S. Patent No. 10,025,797 by MakerDao**

🔗 **Un Vistazo al Foro | 04 - 10 de Agosto del 2022**

🔗 **DAIF CU Update - Q3 2022**

🔗 **Weekly Forum Recap**

---

Closed on Nov 7, '22

This topic was automatically closed after 90 days. New replies are no longer allowed.