Case 1:22-cv-08478-VSB Document 30-22 Filed 02/14/23 Page 1 of 7

# RE: MakerDAO's Use of U.S. Patent No. 10,025,797: Method and System for Separating Storage and Process of a Computerized Ledger for Improved Function

governance

TRS #1 March 10, 2022, 5:29pm

2/5/23, 6:59 AM   RE: MakerDAO's Use of U.S. Patent No. 10,025,797: Method and System for Separating, Storage and Process of a Computerized Ledger for Impr…

Case 1:22-cv-08478-VSB Document 30-22 Filed 02/14/23 Page 2 of 7



David A. Boag

BOAG | LAW, PLLC
447 Broadway, Ste. 2-270
New York, NY 10013
212.203.6651
dab@boagip.com

March 10, 2022

MakerDAO
MKR Owners and MakerDAO Governance

via forum post to forum.makerdao.com
via Twitter to twitter.com/MakerDAO

    RE:  MakerDAO Use of U.S. Patent No. 10,025,797: Method and System for Separating Storage and Process of a Computerized Ledger for Improved Function

Dear MKR Owners and MakerDAO Governance:

    Our firm represents True Return Systems, LLC ("TRS"). This letter summarizes TRS's position concerning the use of its patented technology without a license.

    Through counsel, TRS has made several attempts to reach the founders and managers of the MakerDAO Foundation. As a result of the MakerDAO Foundation's decision to decline communication and engagement, we are notifying MakerDAO and holders of the MKR token directly of this matter.

    U.S. Patent No. 10,025,797 is generally directed to systems and methods that improve distributed ledger technology by addressing computational, time, storage, and security constraints inherent to distributed ledgers such as blockchains. The general approach of the '797 Patent is to separate certain processing and storage functions from a base distributed computerized ledger while linking the separated processing and storage to a base distributed computerized ledger. The technology described in the '797 Patent was developed exclusively by TRS.

    TRS and its predecessor organizations are inventor-led and have been inventing solutions relating to ledger systems, integrated data sourcing, and linked storage arrangements for more than a decade. We are confident in the novelty and enforceability of the '797 Patent, which was duly issued by the USPTO and thus entitled to a statutory presumption of validity under 35 U.S.C. § 282. The '797 Patent was granted under the USPTO's Track One or "prioritized examination" which exists so that patents covering cutting-edge, economically significant subject matter can take priority.

www.boagip.com

2/5/23, 6:59 AM  RE: MakerDAO's use of U.S. Patent No. 10,025,797 - Method and System for Separating, Storage, and Process of a Computerized Ledger for Impr…

Case 1:22-cv-08478-VSB Document 30-22 Filed 02/14/23 Page 3 of 7

Based on publicly-available information, we believe that MakerDAO is using the technology claimed in at least Claims 1 and 7 of the '797 Patent. The '797 Patent and claims charts showing the correspondence between the MakerDAO systems and Claims 1 and 7 of the '797 Patent are attached as a link under "preliminary exhibits" and are accessible at https://www.truereturnsystems.com/m-docs.

DAOs and Membership Liability

Morrison Cohen LLP recently authored an article directed at the partnership liability for a DAO entitled "Opinion – How to Do Business as a DAO." In the article counsel argues:

> There is a risk the DAO could be considered a general partnership or unincorporated association. This might expose its members to personal liability for any of the DAO's actions and obligations, and discourage businesses, institutional investors, or other vulnerable or regulated entities from participating in DAOs.[1]

Skadden Arps, Slate, Meagher & Flom LLP recently authored "The Distributed Ledger: Blockchain, Digital Assets and Smart Contracts," in which they write:

> In the absence of legal entity status and direction from courts or legislators, concern has surfaced among users that DAOs are general partnerships, and therefore each of a DAO's members would be personally liable for the actions (including fraud or material misrepresentations) of the partnership and of the other general partners.[2]

Crypto counsel for Andresseen Horowitz's a16 co-authored a whitepaper in which he similarly noted risks to DAOs include:

> Significant legal precedent exists for U.S. courts utilizing a functional approach to determining whether a partnership was formed irrespective of disclaimers and specific intent to not form a partnership.
>
> In a practical sense, the operational structure of a DAO provides certain advantages against liability as the smart contracts prevent much of the legal risk of a typical organization by providing an unambiguous and efficient method for transactions to be processed…However, if a judgement were to be entered, accessing DAO resources would require a vote of the widely dispersed and pseudonymous

---

[1] See "Opinion – How to Do Business as a DAO", Oct. 20, 2021, https://www.coindesk.com/policy/2021/10/20/how-to-do-business-as-a-dao/
[2] See Skadden, Arps, Slate, Meagher & Flom LLP, "The Distributed Ledger: Blockchain, Digital Assets and Smart Contracts", August 2021, last accessed February 2022, https://www.skadden.com/insights/publications/2021/08/the-distributed-ledger

-2-

members, who could be unwilling to utilize treasury assets to satisfy any judgement, increasing the risk that such liability falls on individual DAO members.[3]

To paraphrase, if it looks like a general partnership and acts as a general partnership, courts are likely to treat it as a general partnership.

The author of a 2018 law review article was even more forthright, predicting that courts will ultimately put form over substance and recognize DAOs as general partnerships:

> Because decentralized organizations do not have a recognized legal status, the limited liability protection afforded to many other organizations is not available—leaving individuals subject to personal liability because of their investments.[4]

While the writings of private practice attorneys and internet commentators do not make law, it appears that the majority of papers and articles are similarly aligned on matters of potential DAO liability.[5] General partnerships have no corporate form and do not provide partners with the liability limitations contained in other common entity structures.

The MakerDAO, MKR token, and the MakerDAO Foundation

MakerDAO and its MKR owners have an unconventional legal form and ownership identity including the use of pseudo-anonymous handles. We do not expect unconventional names or pseudo-anonymous handles to materially impact any legal proceedings or outcomes.

We have taken the precaution of attaching an unfiled complaint for the purpose of identifying the parties to this correspondence. Possibly unintended confusion may arise because of the overlap of names among founding entities, governance foundations, software providers, website address locations, trademark filers, and the DAO itself. The use of anonymous and pseudo-

---

[3] *See* D. Kerr et al., A Legal Framework for Decentralized Autonomous Organizations, pp. 12-13, a16z.com/wp-content/uploads/2021/10/DAO-LegalFramework-Jennings-Kerr10.19.21-Final.pdf, last accessed Dec. 6, 2021.
[4] *See* L. Metjahic, Deconstructing the DAO: The Need For Legal Recognition and the Application of Securities Laws to Decentralized Organizations, Cardozo Law Review, v. 39, pp. 1547-48 available at cardozolawreview.com/wp-content/uploads/2018/07/METJAHIC.39.4.pdf, last accessed Dec. 6, 2021
[5] *See* Skadden, Arps, Slate, Meagher & Flom LLP, "The Distributed Ledger: Blockchain, Digital Assets and Smart Contracts", August 2021 (In the absence of legal entity status and direction from courts or legislators, concern has surfaced among users that DAOs are general partnerships, and therefore each of a DAO's members would be personally liable for the actions (including fraud or material misrepresentations) of the partnership and of the other general partners."); Orrick Herrington & Sutcliffe LLP, "Get to Know This Acronym for a Crypto Regulatory Alternative: DAOs", Sept. 24, 2021 (describing a Wyoming bill as "designed with several benefits in mind, including protecting DAO participants from theories of liability based on general partnerships and giving a corporate form for recently passed legislation that allows DAOs to register as LLCs; Gibson Dunn & Crutcher LLP, Financier Worldwide, "Legal implications of expanded use of blockchain technology", Judith Alison Lee, Jeff Steiner and Dustin McKenzie, November 2016 ("Decentralised organisations raise liability issues as ultimate responsibility may be difficult to define. Because the organisation's 'management' is conducted automatically, legal systems would have to decide who is responsible if laws are broken. Similarly, the legal status of such organisations will be in question.").

-3-

2/5/23, 6:59 AM  RE: MakerDao's Use of U.S. Patent No. 10,025,797 - Method and System for Separating, Storage, and Process of a Computerized Ledger for Impr…

Case 1:22-cv-08478-VSB Document 30-22 Filed 02/14/23 Page 5 of 7

anonymous identities by the DAO and entities related to the DAO may also lead to possibly unintentional confusion.

TRS remains open to an amicable resolution of this matter. Parties interested in acquiring a license to TRS's technology should contact us immediately while preferred terms remain available for early adopters. Should TRS need to formally enforce its rights, the terms will change to reflect the additional expense.

Very truly yours,

David A. Boag

-4-

[Infringement of TRS's U.S. Patent No. 10,025,797 by MakerDao](#)

**NikKunkel** #2  March 10, 2022, 9:00pm

lmfao. Go heckle some other sucker.

18 Likes

[Infringement of TRS's U.S. Patent No. 10,025,797 by MakerDao](#)

**Alefcripto** #3  March 11, 2022, 12:48pm

Brother, if you're kidding, you really did a great job on that paper, it looks very real. 

1 Like

---

**edludlam** #4  March 11, 2022, 2:52pm

Imagine thinking this is intelligent. As if posting a letter on an internet forum constitutes service.

4 Likes

---

**Tosh9.0** #5  March 11, 2022, 4:36pm

Did you also post the draft complaint? Seems like it didn't attach…

EDIT: pretty telling that they haven't posted their (sham) complaint.

1 Like

---

**DAOvolution** #6  March 12, 2022, 6:57pm

TROLL. The more interesting thing is understanding (and learning to preempt) how U.S. plaintiff's attorneys view the universe when it comes to trying to attack a DAO or pierce the veil. Less relevant for Maker, but for entities looking to make use of the new DAO law in Wyoming (or others that will follow), it could be a different story. Either way I wish these trolls would pack their bags and move to Mars with Bezos.

2 Likes

---

**ChrisB** #7  March 12, 2022, 7:22pm

Lol, seems they are also trying to sell the patent on opensea (**https://opensea.io/assets/0x495f947276749ce646f68ac8c248420045cb7b5e/28225982364144408751260915955 84331138498451383211285983393927360393754 6010625**) and are yet to receive an offer so trying different tactics…

2/5/23, 6:59 AM   RE: MakerDAO's Use of U.S. Patent No. 10,025,797 Method and System for Separating, Storage and Process of a Computerized Ledger for Impr…

Case 1:22-cv-08478-VSB   Document 30-22   Filed 02/14/23   Page 7 of 7

3 Likes

**Alefcripto** #8  March 13, 2022, 2:35pm

Wao seeks money from anywhere 👀

1 Like

**system** Closed #9  June 12, 2022, 8:36pm

This topic was automatically closed 91 days after the last reply. New replies are no longer allowed.