Welcome to the MakerDAO Forum! The following points will allow you to better understand governance and the forum.



Respectful and good-faith **discussion** should be the cornerstone of any decision-making process. In trying to enact change, please keep this principle in mind.

MakerDAO's **governance** has on-chain (**Voter Portal**) and off-chain (**Forum**) components. Community-driven discussions, well-reasoned arguments, and voting in this forum all have the ability to influence the Maker Protocol without the need for tokens. Here are some tips on navigating the forum:

# DAIF CU Update - Q4 2022

**cu-update**   **daif-001**

**sorenpeter**   Dai Foundation Core Unit                                                  12d

A Happy New Year to the MakerDAO Community!

Here is the update from Dai Foundation Core Unit for Q4 2022.

While I normally try to keep a similar structure and flow for the quarterly update, there are two topics that I want to highlight and thus address in the beginning of this update.

**Legal Complaint against MakerDAO**

A legal complaint against MakerDAO has been brought forward to a US court. The lawyer of the plaintiff has attempted to serve the court order in the same way CFTC went about **in its complaint against Ooki DAO** posting the complaint on discussion forums etc.
Dai Foundation is not party to this complaint, and will not join as such given the strict legal mandate of Dai Foundation which limits our scope to safeguarding MakerDAO intangible assets. Our current view that we find this complaint baseless, but if unopposed, it can set a precedent where plaintiffs can be emboldened to raise complaints against DAOs for infringing very vague and broad software patents.
Therefore, we follow the case closely, discuss it with legal experts & industry partners, and offer support to DeFi industry organizations that are ready to engage. We expect this to be developing over the coming period and be part of our role to monitor.

**Return of Budget Funds**

On December 28, 2022 DAIF CU **returned 85,000 DAI** to DssBlow. This is in accordance with **the requirement in MIP40** that states "*Every three months starting September 30th, 2022 Core Units will be required to return all funds in excess of three months of budget*."

**Skip to main content**

There are several reasons for this surplus - just three months after DAIF CU had a new budget approved. They include:

- An ongoing infringement case/coexistence negotiation is drawing out. Legal expenses budgeted for 2022 have not been used (but are rather expected in 2023)
- The appointment of an extra board member Maker Governance happened later than budgeted
- We have worked with service providers to reduce expenses all across the board
- The yearly physical board meeting was planned to happen in Q4 2022, but it has been pushed to 2023. The travel expenses budgeted for this have thus not been used yet.

In the remainder of this post will now revert to the same structure and flow as out former quarterly updates.:

**Handover of new assets to Dai Foundation for safeguarding**

In Q4, Core Units handed over the following assets to Dai Foundation for safeguarding:

- From GovComms CU: the domain makerdao.world
- From DUX CU: the **Twitter account @MakerDUX**
- From Growth CU: the **MakerDAO Lens account**

Content Management access has been grandfathered to GovComms (until offboarded) and DUX.

As for the MakerDAO Lens account there is no application that currently enables delegating Content Management to another Externally Owned Accounts (EOA), but it is possible with the Lens Protocol. It is thus possible to request to manage the MakerDAO Lens account, but it will currently require development of software to enable the delegation of the content management access.

**Status and Reporting of Scamming sites**

Unfortunately, there still are scammers out there trying to infringe on the Maker and Dai trademarks, so we still need to dedicate resources to fight these scammers.

To see which scamming sites we are aware of, please check

**Abuse-reports.makerdao.com**

This page is managed by Techops. The newest reports are shown first, but you can also sort the list according to the status of the scamming site or any of the other columns.

If you have come across a scammer that is not in the list you can report it by

- Reporting it in the MakerDAO Discord
- In the **techops-public** channel or
- In the **dai-foundation-public** channel
- Sending an email to **abuse@makerdao.com**

**Skip to main content**

The trademark infringement case that we have reported about most of 2022 is still ongoing. There has however not been any major developments since our last update. Most importantly for the Dai Foundation is, that we do not degrade our ability to protect the strong DAI, MAKER, and MAKERDAO trademarks moving forward, and we thank the entire community for your support in pursuing this.

**Ensuring DAO access to assets funded by the DAO**

Our questions to Core Units whether assets produced with MakerDAO funding will become public goods have put the spotlight on an area that does not always get sufficient attention in busy day to day operations.

You can find all Public Goods Questions main documents and check the answers given (if any so far) using this link:

**https://forum.makerdao.com/tag/public-good-questions**

In Q4 I was in dialogue with several core units that promised to commit resources in Q4 to ensure proper open source licensing, copyright assignments etc. In Q1 we will follow up with these Core Units to hear about their results.

**Adding MakerDAO appointed board member**

We had **two great candidates** for the one board member position to be appointed by Maker Governance.

The winner of **the election poll** was Paul Imseih aka **@Daimon-Law** .

The board is now working to add Paul Imseih to the board per January 2023 and look forward to his contribution and insights…

**Conference participation**

I went to Devcon in Bogota, but broke my knee cap on the first day which meant I couldn't be at the conference nor meet the stakeholders. This was unfortunate as I think it is important to meet in person from time to time, but you can always reach me and the board virtually via our Discord channel and the Forum if you have any questions or ideas. I also want to extend a huge thank you to the Maker community at Devcon that helped me find proper treatment, and help in so many other ways. **Thanks Maker Family!**

**Budget and Expense reporting**

You can follow our reporting of the DAIF Core Unit expenses in **the MakerDAO Expenses Dashboard from SES** - Check it out.

**Makerdao Github Cleanup**

The **Makerdao Github classification and cleanup** is done for the majority of repositories.

**Skip to main content** mentation initiatives that unfortunately haven't had the resources to stay up to date. For several of these it wasn't possible to find somebody that would step up as content

managers, so they had to be discontinued.

Further, it has been found that the following frontends also are orphaned and have to be discontinued unless somebody before the end of Q1 2023 are ready to step forward and take responsibility for their maintenance:

chief.makerdao.com

redeem.makerdao.com

(FYI ^  @prose11   @Patrick_J  )

We will now continue our work on agreeing with an external actor to take over the management of the MakerDAO github to reduce bureaucracy. Dai Foundation will maintain the ability to switch management providers for the github project if needed.

**Dai Foundation Grants**

The Dai Foundation board awarded a grant to write a white paper in 2022, and a white paper discussing FINDING DAO IN ORGANISATION THEORY was written.

We are now in dialogue with the authors about ways to present and elaborate on the content in the white paper.

**Endgame alignment**

Endgame or no Endgame the Dai Foundation mandate remains clear. However the Dai Foundation board is very much aware that the Dai Foundation also has to find its place in the Endgame universe in how it interprets its mandate and from a practical point of view.

How the SubDAOs can and will manage their intangible assets is still an open question for which the answer has to wait on further elaboration of what degrees of freedom Maker Governance will give the SubDAOs .

As MakerDAO evolves with SubDAOs Dai Foundation will need to evolve our understanding of which layers there are in the Maker Protocol including what is the Core and how to relate to the others layers. This is a dependency on more details being fleshed out for the Endgame implementation, and we will follow and interpret that work closely.

This was the high level update for the past quarter. As always feel free to reach out with questions here or one to one, we are here to serve the community in the capacity laid and in line with the DAI Foundation Purpose.

All the best

Your DAIF CU Facilitator

smartcontracts                                                                                      11d

Skip to main content

Great update. On the Legal Complaint item, someone should be making the case to the courts or the judge that Maker is probably the systemically important financial institution (SIFI) for the U.S. defi ecosystem including Gemini, Coinbase, Paxos, HVB, Blackrock, Tesla, and lots more. Maker is critical to the sustainability of U.S. defi.