# Federal Reserve Statistical Release

## Large Commercial Banks

Skip to Content

Release dates

Current release   Other formats: ASCII | PDF (133 KB)

INSURED U.S.-CHARTERED COMMERCIAL BANKS THAT HAVE CONSOLIDATED ASSETS
of $300 MILLION or MORE, RANKED by CONSOLIDATED ASSETS
As of December 31, 2021

| Bank Name / Holding Co Name | Nat'l Rank | Bank ID | Bank Location | Charter | Consol Assets (Mil $) | Domestic Assets (Mil $) | Pct Domestic Assets | Pct Cumulative Assets | Domestic Branches | Foreign Branches | IBF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JPMORGAN CHASE BK NA/JPMORGAN CHASE & CO | 1 | 852218 | COLUMBUS, OH | NAT | 3,306,982 | 2,615,272 | 79 | 15 | 4,794 | 34 | Y |
| BANK OF AMER NA/BANK OF AMER CORP | 2 | 480228 | CHARLOTTE, NC | NAT | 2,519,525 | 2,389,484 | 95 | 27 | 4,083 | 24 | Y |
| WELLS FARGO BK NA/WELLS FARGO & CO | 3 | 451965 | SIOUX FALLS, SD | NAT | 1,779,504 | 1,756,403 | 99 | 35 | 4,859 | 11 | Y |
| CITIBANK NA/CITIGROUP | 4 | 476810 | SIOUX FALLS, SD | NAT | 1,669,227 | 1,010,539 | 61 | 43 | 668 | 148 | Y |
| U S BK NA/U S BC | 5 | 504713 | CINCINNATI, OH | NAT | 564,155 | 551,740 | 98 | 46 | 2,271 | 1 | N |
| PNC BK NA/PNC FNCL SVC GROUP | 6 | 817824 | WILMINGTON, DE | NAT | 551,903 | 546,861 | 99 | 48 | 2,741 | 1 | N |
| TRUIST BK/TRUIST FC | 7 | 852320 | CHARLOTTE, NC | SNM | 528,514 | 528,448 | 100 | 51 | 2,518 | 0 | N |
| GOLDMAN SACHS BK USA/GOLDMAN SACHS GROUP THE | 8 | 2182786 | NEW YORK, NY | SMB | 434,075 | 394,486 | 91 | 53 | 2 | 2 | N |
| T D BK NA/TD GRP US HOLDS LLC | 9 | 497404 | WILMINGTON, DE | NAT | 423,649 | 423,649 | 100 | 55 | 1,153 | 0 | N |
| CAPITAL ONE NA/CAPITAL ONE FC | 10 | 112837 | MC LEAN, VA | NAT | 381,300 | 381,295 | 100 | 56 | 322 | 0 | N |
| BANK OF NY MELLON/BANK OF NY MELLON CORP | 11 | 541101 | NEW YORK, NY | SMB | 356,225 | 243,678 | 68 | 58 | 2 | 14 | Y |
| STATE STREET B&TC/STATE STREET CORP | 12 | 35301 | BOSTON, MA | SMB | 311,063 | 209,384 | 67 | 59 | 2 | 10 | N |
| FIFTH THIRD BK NA/FIFTH THIRD BC | 13 | 723112 | CINCINNATI, OH | NAT | 209,697 | 209,572 | 100 | 60 | 1,134 | 1 | N |
| SILICON VALLEY BK/SVB FNCL GRP | 14 | 802866 | SANTA CLARA, CA | SMB | 208,581 | 197,585 | 95 | 61 | 20 | 1 | N |
| MORGAN STANLEY BK NA/MORGAN STANLEY | 15 | 1456501 | SALT LAKE CITY, UT | NAT | 191,917 | 191,917 | 100 | 62 | 0 | 0 | N |
| CITIZENS BK NA/CITIZENS FNCL GRP | 16 | 3303298 | PROVIDENCE, RI | NAT | 188,070 | 188,070 | 100 | 63 | 944 | 1 | N |
| HSBC BK USA NA/HSBC N AMER HOLDS | 17 | 413208 | TYSONS, VA | NAT | 187,957 | 187,956 | 100 | 64 | 132 | 3 | Y |
| KEYBANK NA/KEYCORP | 18 | 280110 | CLEVELAND, OH | NAT | 183,978 | 183,977 | 100 | 65 | 1,019 | 0 | N |
| NORTHERN TC/NORTHERN TR CORP | 19 | 210434 | CHICAGO, IL | SMB | 183,743 | 134,571 | 73 | 66 | 54 | 5 | Y |
| FIRST REPUBLIC BK/ | 20 | 4114567 | SAN FRANCISCO, CA | SNM | 181,087 | 181,087 | 100 | 67 | 72 | 0 | N |
| HUNTINGTON NB/HUNTINGTON BSHRS | 21 | 12311 | COLUMBUS, OH | NAT | 173,414 | 173,414 | 100 | 67 | 1,162 | 0 | N |
| ALLY BK/ALLY FNCL | 22 | 3284070 | SANDY, UT | SMB | 172,820 | 172,820 | 100 | 68 | 0 | 0 | N |
| BMO HARRIS BK NA/BMO FNCL CORP | 23 | 75633 | CHICAGO, IL | NAT | 166,653 | 166,653 | 100 | 69 | 512 | 0 | N |
| REGIONS BK/REGIONS FC | 24 | 233031 | BIRMINGHAM, AL | SMB | 162,193 | 162,193 | 100 | 70 | 1,301 | 0 | N |
| MORGAN STANLEY PRIV BK NA/MORGAN STANLEY | 25 | 2489805 | PURCHASE, NY | NAT | 154,830 | 154,830 | 100 | 70 | 0 | 0 | N |
| MANUFACTURERS & TRADERS TC/M&T BK CORP | 26 | 501105 | BUFFALO, NY | SMB | 154,653 | 154,653 | 100 | 71 | 723 | 1 | Y |
| MUFG UNION BK NA/MUFG AMERS HOLDS CORP | 27 | 212465 | SAN FRANCISCO, CA | NAT | 127,859 | 127,859 | 100 | 72 | 295 | 0 | Y |

| Bank | # | ID | Location | Charter | Col1 | Col2 | % | Rank | Foreign | Col3 | IBF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| AMERICAN EXPRESS NB/AMERICAN EXPRESS CO | 28 | 1394676 | SANDY, UT | NAT | 126,330 | 126,330 | 100 | 72 | 0 | 0 | N |
| CAPITAL ONE BK USA NA/CAPITAL ONE FC | 29 | 2253891 | GLEN ALLEN, VA | NAT | 120,283 | 119,336 | 99 | 73 | 0 | 1 | N |
| SIGNATURE BK/ | 30 | 2942690 | NEW YORK, NY | SNM | 118,445 | 118,445 | 100 | 73 | 7 | 0 | N |
| DISCOVER BK/DISCOVER FS | 31 | 30810 | GREENWOOD, DE | SNM | 108,343 | 108,343 | 100 | 74 | 0 | 0 | N |
| BANK OF THE WEST/BNP PARIBAS USA | 32 | 804963 | SAN FRANCISCO, CA | SNM | 104,791 | 104,791 | 100 | 74 | 519 | 0 | N |
| SANTANDER BK NA/SANTANDER HOLDS USA | 33 | 722777 | WILMINGTON, DE | NAT | 101,845 | 101,843 | 100 | 75 | 482 | 0 | N |
| COMERICA BK/COMERICA | 34 | 60143 | DALLAS, TX | SMB | 94,798 | 94,163 | 99 | 75 | 432 | 1 | N |
| CITY NB/RBC US GRP HOLDS LLC | 35 | 63069 | LOS ANGELES, CA | NAT | 93,227 | 93,227 | 100 | 76 | 74 | 0 | N |
| ZIONS BC NA/ | 36 | 276579 | SALT LAKE CITY, UT | NAT | 93,200 | 93,200 | 100 | 76 | 426 | 0 | N |
| FIRST HORIZON BK/FIRST HORIZON CORP | 37 | 485559 | MEMPHIS, TN | SMB | 88,759 | 88,759 | 100 | 77 | 430 | 0 | Y |
| PEOPLES UNITED BK NA/PEOPLES UNITED FNCL INC | 38 | 613307 | BRIDGEPORT, CT | NAT | 64,464 | 64,464 | 100 | 77 | 388 | 0 | N |
| EAST WEST BK/EAST WEST BC | 39 | 197478 | PASADENA, CA | SMB | 60,850 | 57,993 | 95 | 77 | 105 | 1 | N |
| FIRST-CITIZENS B&TC/FIRST CITIZENS BSHRS | 40 | 491224 | RALEIGH, NC | SNM | 58,216 | 58,216 | 100 | 77 | 528 | 0 | N |
| SYNOVUS BK/SYNOVUS FC | 41 | 395238 | COLUMBUS, GA | SMB | 57,224 | 57,224 | 100 | 78 | 281 | 0 | N |
| WESTERN ALLI BK/WESTERN ALLI BC | 42 | 3138146 | PHOENIX, AZ | SMB | 55,997 | 55,997 | 100 | 78 | 36 | 0 | N |
| FROST BK/CULLEN/FROST BKR | 43 | 682563 | SAN ANTONIO, TX | SMB | 50,954 | 50,954 | 100 | 78 | 169 | 0 | N |
| BOKF NA/BOK FC | 44 | 339858 | TULSA, OK | NAT | 50,093 | 50,093 | 100 | 78 | 122 | 0 | N |
| DEUTSCHE BK TC AMERICAS/DB USA CORP | 45 | 214807 | NEW YORK, NY | SMB | 48,756 | 48,756 | 100 | 79 | 0 | 0 | N |
| CIBC BK USA/CIBC BC USA | 46 | 1842065 | CHICAGO, IL | SNM | 48,488 | 48,488 | 100 | 79 | 23 | 0 | N |
| CADENCE BK/ | 47 | 606046 | TUPELO, MS | SNM | 47,666 | 47,666 | 100 | 79 | 418 | 0 | N |
| CIT BK NA/CIT GROUP | 48 | 3918898 | PASADENA, CA | NAT | 47,563 | 47,563 | 100 | 79 | 79 | 0 | N |
| VALLEY NB/VALLEY NAT BC | 49 | 229801 | PASSAIC, NJ | NAT | 43,425 | 43,425 | 100 | 80 | 232 | 0 | N |
| UMB BK NA/UMB FC | 50 | 936855 | KANSAS CITY, MO | NAT | 42,392 | 42,392 | 100 | 80 | 93 | 0 | N |
| SOUTHSTATE BK NA/SOUTHSTATE CORP | 51 | 1929247 | WINTER HAVEN, FL | NAT | 41,944 | 41,944 | 100 | 80 | 281 | 0 | N |
| PACIFIC WESTERN BK/PACWEST BC | 52 | 494261 | BEVERLY HILLS, CA | SNM | 40,359 | 40,359 | 100 | 80 | 70 | 0 | N |
| FIRST NB OF PA/FNB CORP | 53 | 379920 | GREENVILLE, PA | NAT | 39,468 | 39,468 | 100 | 80 | 333 | 0 | N |
| PINNACLE BK/PINNACLE FNCL PTNR | 54 | 2925666 | NASHVILLE, TN | SNM | 38,275 | 38,275 | 100 | 80 | 118 | 0 | N |
| RAYMOND JAMES BK/RAYMOND JAMES FNCL | 55 | 2193616 | SAINT PETERSBURG, FL | SMB | 38,107 | 37,864 | 99 | 81 | 0 | 0 | N |
| PROSPERITY BK/PROSPERITY BSHRS | 56 | 664756 | EL CAMPO, TX | SNM | 37,834 | 37,834 | 100 | 81 | 292 | 0 | N |
| HANCOCK WHITNEY BK/HANCOCK WHITNEY CORP | 57 | 463735 | GULFPORT, MS | SNM | 36,520 | 36,520 | 100 | 81 | 178 | 0 | N |
| COMMERCE BK/COMMERCE BSHRS | 58 | 601050 | KANSAS CITY, MO | SMB | 36,516 | 36,516 | 100 | 81 | 151 | 0 | N |
| BANKUNITED NA/BANKUNITED | 59 | 3938186 | MIAMI LAKES, FL | NAT | 35,686 | 35,686 | 100 | 81 | 67 | 0 | N |
| ASSOCIATED BK NA/ASSOCIATED BANC-CORP | 60 | 917742 | GREEN BAY, WI | NAT | 35,058 | 35,058 | 100 | 81 | 219 | 0 | N |
| WEBSTER BK NA/WEBSTER FNCL CORP | 61 | 761806 | WATERBURY, CT | NAT | 34,893 | 34,893 | 100 | 82 | 129 | 0 | N |
| TEXAS CAP BK NA/TEXAS CAP BSHRS | 62 | 2618780 | DALLAS, TX | SNM | 34,726 | 34,726 | 100 | 82 | 10 | 0 | N |
| BNY MELLON NA/BANK OF NY | 63 | 934329 | PITTSBURGH, PA | NAT | 33,980 | 33,980 | 100 | 82 | 1 | 0 | N |

| Bank/Holding Company | Rank | ID | Location | Charter | Consolidated Assets | Domestic Assets | Pct Dom Assets | Cum Pct | Dom Branches | For Branches | IBF |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MELLON CORP | | | | | | | | | | | |
| UMPQUA BK/UMPQUA HC | 64 | 143662 | ROSEBURG, OR | SNM | 30,642 | 30,642 | 100 | 82 | 204 | 0 | N |
| T D BK USA NA/TD GRP US HOLDS LLC | 65 | 2121196 | WILMINGTON, DE | NAT | 29,741 | 29,741 | 100 | 82 | 1 | 0 | N |
| STERLING NB/STERLING BC | 66 | 125471 | PEARL RIVER, NY | NAT | 29,559 | 29,559 | 100 | 82 | 73 | 0 | N |
| BARCLAYS BK DE/BARCLAYS US LLC | 67 | 2980209 | WILMINGTON, DE | SNM | 29,416 | 29,416 | 100 | 82 | 0 | 0 | N |
| UNITED BK/UNITED BSHRS | 68 | 365325 | FAIRFAX, VA | SMB | 29,290 | 29,290 | 100 | 83 | 222 | 0 | N |
| BANK OF AMER CA NA/BANK OF AMER CORP | 69 | 1443266 | SAN FRANCISCO, CA | NAT | 28,952 | 28,952 | 100 | 83 | 0 | 0 | N |
| FIRSTBANK/FIRSTBANK HC | 70 | 288853 | LAKEWOOD, CO | SMB | 28,789 | 28,789 | 100 | 83 | 107 | 0 | N |
| INVESTORS BK/INVESTORS BC | 71 | 35570 | SHORT HILLS, NJ | SNM | 27,782 | 27,782 | 100 | 83 | 153 | 0 | N |
| FIRST NB OF OMAHA/LAURITZEN CORP | 72 | 527954 | OMAHA, NE | NAT | 26,813 | 26,813 | 100 | 83 | 118 | 0 | N |
| ARVEST BK/ARVEST BK GRP | 73 | 311845 | FAYETTEVILLE, AR | SMB | 26,765 | 26,765 | 100 | 83 | 275 | 0 | N |
| BANK OZK/ | 74 | 107244 | LITTLE ROCK, AR | SNM | 26,530 | 26,530 | 100 | 83 | 231 | 0 | N |
| GLACIER BK/GLACIER BC | 75 | 2634191 | KALISPELL, MT | SNM | 25,920 | 25,920 | 100 | 84 | 203 | 0 | N |
| FULTON BK NA/FULTON FNCL CORP | 76 | 474919 | LANCASTER, PA | NAT | 25,648 | 25,648 | 100 | 84 | 202 | 0 | N |
| FIRST HAWAIIAN BK/FIRST HAWAIIAN | 77 | 980661 | HONOLULU, HI | SNM | 24,992 | 24,397 | 98 | 84 | 53 | 0 | Y |
| SIMMONS BK/SIMMONS FIRST NAT CORP | 78 | 663245 | PINE BLUFF, AR | SMB | 24,686 | 24,686 | 100 | 84 | 200 | 0 | N |
| OLD NB/OLD NAT BC | 79 | 208244 | EVANSVILLE, IN | NAT | 24,354 | 24,354 | 100 | 84 | 162 | 0 | N |
| AMERIS BK/AMERIS BC | 80 | 764030 | ATLANTA, GA | SNM | 23,755 | 23,755 | 100 | 84 | 165 | 0 | N |
| EASTERN BK/EASTERN BSHRS | 81 | 128904 | BOSTON, MA | SNM | 23,490 | 23,490 | 100 | 84 | 101 | 0 | N |
| BANK OF HAWAII/BANK OF HI CORP | 82 | 795968 | HONOLULU, HI | SMB | 22,755 | 22,107 | 97 | 84 | 53 | 1 | Y |
| CITY NB OF FL/BCI FNCL GRP | 83 | 814430 | MIAMI, FL | NAT | 21,891 | 21,891 | 100 | 84 | 32 | 0 | N |
| FIRST MW BK/FIRST MW BC | 84 | 1007846 | CHICAGO, IL | SMB | 21,629 | 21,629 | 100 | 85 | 107 | 0 | N |
| PACIFIC PREMIER BK/PACIFIC PREMIER BC | 85 | 431172 | IRVINE, CA | SMB | 21,089 | 21,089 | 100 | 85 | 60 | 0 | N |
| COLUMBIA ST BK/COLUMBIA BKG SYS | 86 | 2078290 | TACOMA, WA | SNM | 20,935 | 20,935 | 100 | 85 | 153 | 0 | N |
| UNITED CMNTY BK/UNITED CMNTY BK | 87 | 1017939 | GREENVILLE, SC | SNM | 20,898 | 20,898 | 100 | 85 | 161 | 0 | N |
| CATHAY BK/CATHAY GEN BC | 88 | 595869 | LOS ANGELES, CA | SNM | 20,873 | 20,474 | 98 | 85 | 59 | 1 | N |
| ROCKLAND TC/INDEPENDENT BC | 89 | 613008 | ROCKLAND, MA | SNM | 20,421 | 20,421 | 100 | 85 | 122 | 0 | N |
| CENTRAL TR BK/CENTRAL BANCOMPANY INC | 90 | 853952 | JEFFERSON CITY, MO | SMB | 20,248 | 20,248 | 100 | 85 | 155 | 0 | N |
| ATLANTIC UNION BK/ATLANTIC UNION BSHRS CORP | 91 | 693224 | RICHMOND, VA | SMB | 20,000 | 20,000 | 100 | 85 | 129 | 0 | N |
| WASHINGTON FED BK NA/WASHINGTON FED INC | 92 | 656377 | SEATTLE, WA | NAT | 19,973 | 19,973 | 100 | 85 | 219 | 0 | N |
| FIRST INTRST BK/FIRST INTRST BANCSYSTEM | 93 | 659855 | BILLINGS, MT | SMB | 19,608 | 19,608 | 100 | 85 | 146 | 0 | N |
| CUSTOMERS BK/CUSTOMERS BC | 94 | 2354985 | PHOENIXVILLE, PA | SMB | 19,556 | 19,556 | 100 | 85 | 14 | 0 | N |
| MECHANICS BK/2011 TCRT | 95 | 936462 | WALNUT CREEK, CA | SNM | 19,423 | 19,423 | 100 | 86 | 144 | 0 | N |
| STIFEL B&T/STIFEL FNCL CORP | 96 | 3076248 | SAINT LOUIS, MO | SMB | 18,959 | 18,959 | 100 | 86 | 1 | 0 | N |
| WELLS FARGO NB WEST/WELLS FARGO & CO | 97 | 1225761 | LAS VEGAS, NV | NAT | 18,864 | 18,864 | 100 | 86 | 0 | 0 | N |
| DBA INDEPENDENT FINANCIAL/INDEPENDENT BK GRP | 98 | 122854 | MCKINNEY, TX | SNM | 18,729 | 18,729 | 100 | 86 | 93 | 0 | N |
| CENTENNIAL BK/HOME BSHRS | 99 | 456045 | CONWAY, AR | SMB | 18,018 | 18,018 | 100 | 86 | 166 | 0 | N |

| Bank | Rank | ID | Location | Charter | Consol Assets | Domestic Assets | Pct Dom Assets | Cum Pct | Dom Branches | For Branches | FHC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| BANK OF HOPE/HOPE BC | 100 | 671464 | LOS ANGELES, CA | SNM | 17,884 | 17,884 | 100 | 86 | 54 | 0 | N |
| TRUSTMARK NB/TRUSTMARK CORP | 101 | 342634 | JACKSON, MS | NAT | 17,593 | 17,593 | 100 | 86 | 183 | 0 | N |
| WESBANCO BK/WESBANCO | 102 | 645625 | WHEELING, WV | SNM | 16,879 | 16,879 | 100 | 86 | 205 | 0 | N |
| BANNER BK/BANNER CORP | 103 | 352772 | WALLA WALLA, WA | SNM | 16,799 | 16,799 | 100 | 86 | 150 | 0 | N |
| RENASANT BK/RENASANT CORP | 104 | 749242 | TUPELO, MS | SNM | 16,793 | 16,793 | 100 | 86 | 161 | 0 | N |
| BREMER BK NA/OTTO BREMER TR | 105 | 800657 | SAINT PAUL, MN | NAT | 16,499 | 16,499 | 100 | 86 | 77 | 0 | N |
| TOWNEBANK/ | 106 | 2797724 | PORTSMOUTH, VA | SNM | 16,361 | 16,361 | 100 | 86 | 44 | 0 | N |
| FIRST FNCL BK/FIRST FNCL BC | 107 | 165628 | CINCINNATI, OH | SMB | 16,244 | 16,244 | 100 | 87 | 142 | 0 | N |
| SILVERGATE BK/SILVERGATE CAP CORP | 108 | 1216826 | LA JOLLA, CA | SMB | 16,005 | 16,005 | 100 | 87 | 1 | 0 | N |
| CITIZENS BUS BK/CVB FC | 109 | 933966 | ONTARIO, CA | SNM | 15,883 | 15,883 | 100 | 87 | 57 | 0 | N |
| SERVISFIRST BK/SERVISFIRST BSHRS | 110 | 3348888 | HOMEWOOD, AL | SNM | 15,448 | 15,448 | 100 | 87 | 22 | 0 | N |
| FIRST MRCHS BK/FIRST MRCHS CORP | 111 | 17147 | MUNCIE, IN | SNM | 15,432 | 15,432 | 100 | 87 | 109 | 0 | N |
| COMMUNITY BK NA/COMMUNITY BK SYS | 112 | 202907 | CANTON, NY | NAT | 15,324 | 15,324 | 100 | 87 | 218 | 0 | N |
| PLAINSCAPITAL BK/DIAMOND HTH STOCK CO GP LLC | 113 | 637451 | UNIVERSITY PARK, TX | SMB | 15,020 | 15,020 | 100 | 87 | 59 | 0 | N |
| ENTERPRISE B&TC/ENTERPRISE FS CORP | 114 | 1190476 | CLAYTON, MO | SNM | 13,499 | 13,499 | 100 | 87 | 47 | 0 | N |
| GREAT WESTERN BK/GREAT WESTERN BC | 115 | 131650 | SIOUX FALLS, SD | SNM | 13,339 | 13,339 | 100 | 87 | 173 | 0 | N |
| FIRST FNCL BK NA/FIRST FNCL BSHRS | 116 | 470050 | ABILENE, TX | NAT | 13,062 | 13,062 | 100 | 87 | 79 | 0 | N |
| ISRAEL DISCOUNT BK OF NY/DISCOUNT BC | 117 | 320119 | NEW YORK, NY | SNM | 12,952 | 12,952 | 100 | 87 | 6 | 0 | Y |
| TRISTATE CAP BK/TRISTATE CAP HLD INC | 118 | 3475083 | PITTSBURGH, PA | SNM | 12,926 | 12,926 | 100 | 87 | 0 | 0 | N |
| BUSEY BK/FIRST BUSEY CORP | 119 | 416245 | CHAMPAIGN, IL | SNM | 12,828 | 12,828 | 100 | 87 | 62 | 0 | N |
| SANDY SPRING BK/SANDY SPRING BC | 120 | 506922 | OLNEY, MD | SMB | 12,587 | 12,587 | 100 | 87 | 54 | 0 | N |
| FIRSTBANK/FB FC | 121 | 436159 | NASHVILLE, TN | SNM | 12,582 | 12,582 | 100 | 87 | 90 | 0 | N |
| FIRST UNITED B&TC/SPEND LIFE WISELY CO | 122 | 509950 | DURANT, OK | SNM | 12,464 | 12,464 | 100 | 87 | 72 | 0 | N |
| DIME CMNTY BK/DIME CMNTY BSHRS | 123 | 23504 | BRIDGEHAMPTON, NY | SMB | 12,057 | 12,057 | 100 | 88 | 60 | 0 | N |
| WILMINGTON TR NA/M&T BK CORP | 124 | 2265456 | WILMINGTON, DE | NAT | 11,991 | 11,991 | 100 | 88 | 1 | 0 | N |
| NBT BK NA/NBT BC | 125 | 702117 | NORWICH, NY | NAT | 11,920 | 11,920 | 100 | 88 | 140 | 0 | N |
| EAGLEBANK/EAGLE BC | 126 | 2652092 | BETHESDA, MD | SMB | 11,799 | 11,799 | 100 | 88 | 17 | 0 | N |
| OCEANFIRST BK NA/OCEANFIRST FNCL CORP | 127 | 85472 | TOMS RIVER, NJ | NAT | 11,648 | 11,648 | 100 | 88 | 49 | 0 | N |
| BERKSHIRE BK/BERKSHIRE HILLS BC | 128 | 473501 | PITTSFIELD, MA | SNM | 11,549 | 11,549 | 100 | 88 | 107 | 0 | N |
| FARMERS & MRCH BK/PALOMAR ENT LLC | 129 | 871769 | LONG BEACH, CA | SMB | 11,438 | 11,438 | 100 | 88 | 24 | 0 | N |
| WASHINGTON TR BK/WTB FC | 130 | 58971 | SPOKANE, WA | SNM | 11,079 | 11,079 | 100 | 88 | 42 | 0 | N |
| MERCHANTS BK OF IN/MERCHANTS BC | 131 | 963945 | CARMEL, IN | SNM | 10,994 | 10,994 | 100 | 88 | 5 | 0 | N |
| NEXBANK/MARK & PAMELA OKADA FAM TR | 132 | 652874 | DALLAS, TX | SNM | 10,822 | 10,822 | 100 | 88 | 2 | 0 | N |
| NEXBANK/SLHC TR | 132 | 652874 | DALLAS, TX | SNM | . | . | . | . | . | . | . |
| FIRST BK/FIRST BC | 133 | 216922 | SOUTHERN PINES, NC | SMB | 10,517 | 10,517 | 100 | 88 | 119 | 0 | N |

| Bank | # | ID | Location | Type | Col6 | Col7 | Col8 | Col9 | Col10 | Col11 | Col12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| POPULAR BK/POPULAR | 134 | 2736291 | NEW YORK, NY | SMB | 10,390 | 10,390 | 100 | 88 | 40 | 0 | N |
| FIRST FOUND BK/FIRST FOUND | 135 | 3637685 | IRVINE, CA | SNM | 10,172 | 10,172 | 100 | 88 | 28 | 0 | N |
| COMENITY BK/ | 136 | 1391778 | WILMINGTON, DE | SNM | 9,793 | 9,793 | 100 | 88 | 0 | 0 | N |
| VERITEX CMNTY BK/VERITEX HOLD | 137 | 3221468 | DALLAS, TX | SMB | 9,754 | 9,754 | 100 | 88 | 31 | 0 | N |
| BELL BK/STATE BSHRS | 138 | 929352 | FARGO, ND | SNM | 9,730 | 9,730 | 100 | 88 | 27 | 0 | N |
| SEACOAST NB/SEACOAST BKG CORP OF FL | 139 | 34537 | STUART, FL | NAT | 9,682 | 9,682 | 100 | 88 | 55 | 0 | N |
| WINTRUST BK NA/WINTRUST FC | 140 | 2239288 | CHICAGO, IL | NAT | 9,586 | 9,586 | 100 | 88 | 35 | 0 | N |
| PARK NB/PARK NAT CORP | 141 | 489623 | NEWARK, OH | NAT | 9,535 | 9,535 | 100 | 88 | 92 | 0 | N |
| FIRST COMMONWEALTH BK/FIRST COMMONWEALTH FNCL CORP | 142 | 42420 | INDIANA, PA | SNM | 9,522 | 9,522 | 100 | 88 | 118 | 0 | N |
| S&T BK/S&T BC | 143 | 936426 | INDIANA, PA | SNM | 9,478 | 9,478 | 100 | 89 | 72 | 0 | N |
| SAFRA NB OF NY/SNBNY HOLD | 144 | 918918 | NEW YORK, NY | NAT | 9,419 | 9,167 | 97 | 89 | 1 | 0 | Y |
| BANC OF CA NA/BANC OF CA | 145 | 200378 | SANTA ANA, CA | NAT | 9,387 | 9,387 | 100 | 89 | 32 | 0 | N |
| INTERNATIONAL BK OF CMRC/INTERNATIONAL BSHRS CORP | 146 | 1001152 | LAREDO, TX | SNM | 9,292 | 9,292 | 100 | 89 | 107 | 0 | N |
| CROSS RIVER BK/CRB GRP | 147 | 3783313 | FORT LEE, NJ | SNM | 9,130 | 9,130 | 100 | 89 | 1 | 0 | N |
| WOODFOREST NB/WOODFOREST FNCL GRP ESOP W 401 | 148 | 412751 | THE WOODLANDS, TX | NAT | 8,635 | 8,635 | 100 | 89 | 767 | 0 | N |
| TRI CTY BK/TRICO BSHRS | 149 | 100562 | CHICO, CA | SNM | 8,609 | 8,609 | 100 | 89 | 73 | 0 | N |
| BANK LEUMI USA/BANK LEUMI LE-ISRAEL CORP | 150 | 101019 | NEW YORK, NY | SNM | 8,308 | 8,308 | 100 | 89 | 4 | 0 | Y |
| BANCFIRST/BANCFIRST CORP | 151 | 1386251 | OKLAHOMA CITY, OK | SNM | 8,266 | 8,266 | 100 | 89 | 112 | 0 | N |
| FIRST SECURITY BK/FIRST SECURITY BANCORP | 152 | 673440 | SEARCY, AR | SNM | 8,217 | 8,217 | 100 | 89 | 75 | 0 | N |
| LAKELAND BK/LAKELAND BC | 153 | 687009 | NEWFOUNDLAND, NJ | SNM | 8,195 | 8,195 | 100 | 89 | 47 | 0 | N |
| LIVE OAK BKG CO/LIVE OAK BSHRS | 154 | 3650808 | WILMINGTON, NC | SNM | 8,135 | 8,135 | 100 | 89 | 0 | 0 | N |
| CONNECTONE BK/CONNECTONE BC | 155 | 3317932 | ENGLEWOOD CLIFFS, NJ | SNM | 8,129 | 8,129 | 100 | 89 | 25 | 0 | N |
| 1ST SOURCE BK/1ST SOURCE CORP | 156 | 991340 | SOUTH BEND, IN | SMB | 8,096 | 8,096 | 100 | 89 | 79 | 0 | N |
| FLUSHING BK/FLUSHING FC | 157 | 959304 | UNIONDALE, NY | SNM | 8,047 | 8,047 | 100 | 89 | 24 | 0 | N |
| INTRUST BK NA/INTRUST FC | 158 | 557858 | WICHITA, KS | NAT | 8,013 | 8,013 | 100 | 89 | 39 | 0 | N |
| AMARILLO NB/AMARILLO NAT BC | 159 | 353555 | AMARILLO, TX | NAT | 7,873 | 7,873 | 100 | 89 | 32 | 0 | N |
| PINNACLE BK/PINNACLE BC | 160 | 913856 | LINCOLN, NE | SNM | 7,852 | 7,852 | 100 | 89 | 74 | 0 | N |
| ORIGIN BK/ORIGIN BC | 161 | 667757 | CHOUDRANT, LA | SMB | 7,799 | 7,799 | 100 | 89 | 45 | 0 | N |
| NICOLET NB/NICOLET BSHRS | 162 | 2941068 | GREEN BAY, WI | NAT | 7,686 | 7,686 | 100 | 89 | 51 | 0 | N |
| AMERANT BK NA/AMERANT BC | 163 | 83638 | CORAL GABLES, FL | NAT | 7,622 | 7,622 | 100 | 89 | 23 | 0 | N |
| METABANK NA/META FNCL GRP | 164 | 435077 | SIOUX FALLS, SD | NAT | 7,616 | 7,616 | 100 | 89 | 0 | 0 | N |
| LAKE FOREST B&TC NA/WINTRUST FC | 165 | 1917301 | LAKE FOREST, IL | NAT | 7,596 | 7,141 | 94 | 89 | 7 | 0 | N |
| MIDLAND ST BK/MIDLAND STATES BANCORP | 166 | 773247 | EFFINGHAM, IL | SMB | 7,434 | 7,434 | 100 | 89 | 55 | 0 | N |
| HERITAGE BK/HERITAGE FC | 167 | 881478 | OLYMPIA, WA | SNM | 7,430 | 7,430 | 100 | 89 | 50 | 0 | N |
| PREMIER BK/PREMIER FNCL CORP | 168 | 981275 | YOUNGSTOWN, OH | SNM | 7,424 | 7,424 | 100 | 89 | 74 | 0 | N |
| WESTAMERICA BK/WESTAMERICA BC | 169 | 697763 | SAN RAFAEL, CA | SMB | 7,421 | 7,421 | 100 | 90 | 77 | 0 | N |
| CENTRAL PACIFIC BK/CENTRAL PACIFIC FC | 170 | 701062 | HONOLULU, HI | SNM | 7,407 | 7,407 | 100 | 90 | 31 | 0 | N |

| Name | # | ID | Location | Type | Col1 | Col2 | Col3 | Col4 | Col5 | Col6 | Col7 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| HORIZON BK/HORIZON BC | 171 | 130541 | MICHIGAN CITY, IN | SNM | 7,338 | 7,338 | 100 | 90 | 80 | 0 | N |
| SOUTHSIDE BK/SOUTHSIDE BSHRS | 172 | 361167 | TYLER, TX | SNM | 7,255 | 7,255 | 100 | 90 | 59 | 0 | N |
| NBH BK/NATIONAL BK HOLDS CORP | 173 | 4210227 | GREENWOOD VILLAGE, CO | SMB | 7,188 | 7,188 | 100 | 90 | 80 | 0 | N |
| LUTHER BURBANK SVG/LUTHER BURBANK CORP | 174 | 497570 | SANTA ROSA, CA | SNM | 7,177 | 7,177 | 100 | 90 | 10 | 0 | N |
| HOMESTREET BK/HOMESTREET | 175 | 258771 | SEATTLE, WA | SNM | 7,159 | 7,159 | 100 | 90 | 59 | 0 | N |
| METROPOLITAN CMRL BK/METROPOLITAN BK HOLD CORP | 176 | 2705895 | NEW YORK, NY | SMB | 7,115 | 7,115 | 100 | 90 | 6 | 0 | N |
| UNIVEST B&TC/UNIVEST FC | 177 | 354310 | SOUDERTON, PA | SMB | 7,101 | 7,101 | 100 | 90 | 52 | 0 | N |
| ALLEGIANCE BK/ALLEGIANCE BSHRS | 178 | 3579589 | HOUSTON, TX | SNM | 7,096 | 7,096 | 100 | 90 | 26 | 0 | N |
| PEOPLES BK/PEOPLES BC | 179 | 577128 | MARIETTA, OH | SMB | 7,057 | 7,057 | 100 | 90 | 123 | 0 | N |
| AMALGAMATED BK/WORKERS UNITED | 180 | 661308 | NEW YORK, NY | SNM | 7,040 | 7,040 | 100 | 90 | 6 | 0 | N |
| FIRST BK/FB CORP | 181 | 169653 | CREVE COEUR, MO | SMB | 6,920 | 6,920 | 100 | 90 | 78 | 0 | N |
| HANMI BK/HANMI FC | 182 | 657365 | LOS ANGELES, CA | SNM | 6,856 | 6,856 | 100 | 90 | 35 | 0 | N |
| BANCORP BK/BANCORP | 183 | 2858960 | WILMINGTON, DE | SNM | 6,848 | 6,848 | 100 | 90 | 0 | 0 | N |
| HAPPY ST BK/HAPPY BSHRS | 184 | 466857 | HAPPY, TX | SNM | 6,804 | 6,804 | 100 | 90 | 61 | 0 | N |
| MIZUHO BK USA/MIZUHO AMERS LLC | 185 | 229913 | NEW YORK, NY | SMB | 6,734 | 6,715 | 100 | 90 | 1 | 0 | Y |
| BYLINE BK/BYLINE BC | 186 | 129732 | CHICAGO, IL | SNM | 6,685 | 6,685 | 100 | 90 | 47 | 0 | N |
| STOCK YARDS B&TC/STOCK YARDS BC | 187 | 317342 | LOUISVILLE, KY | SNM | 6,639 | 6,639 | 100 | 90 | 62 | 0 | N |
| UNION B&TC/FARMERS & MRCH INV | 188 | 450856 | LINCOLN, NE | SNM | 6,587 | 6,587 | 100 | 90 | 35 | 0 | N |
| BANK OF COLORADO/PINNACLE BC | 189 | 255659 | FORT COLLINS, CO | SNM | 6,574 | 6,574 | 100 | 90 | 49 | 0 | N |
| LAKE CITY BK/LAKELAND FC | 190 | 874845 | WARSAW, IN | SMB | 6,542 | 6,542 | 100 | 90 | 52 | 0 | N |
| OLD SECOND NB/OLD SECOND BC | 191 | 936136 | AURORA, IL | NAT | 6,214 | 6,214 | 100 | 90 | 62 | 0 | N |
| ALPINE BK/ALPINE BK OF CO | 192 | 260055 | GLENWOOD SPRINGS, CO | SNM | 6,214 | 6,214 | 100 | 90 | 42 | 0 | N |
| CENTIER BK/FIRST BSHRS | 193 | 783648 | MERRILLVILLE, IN | SNM | 6,194 | 6,194 | 100 | 90 | 58 | 0 | N |
| FIRST AMER BK/FIRST AMER BK CORP | 194 | 850036 | ELK GROVE VILLAGE, IL | SNM | 6,112 | 6,112 | 100 | 90 | 57 | 0 | N |
| REPUBLIC B&TC/REPUBLIC BANCORP | 195 | 316840 | LOUISVILLE, KY | SNM | 6,088 | 6,088 | 100 | 90 | 41 | 0 | N |
| PEAPACK GLADSTONE BK/PEAPACK-GLADSTONE FC | 196 | 236706 | BEDMINSTER, NJ | SMB | 6,077 | 6,077 | 100 | 90 | 19 | 0 | N |
| FIRST NAT BKG ASSN/FIRST BSHRS | 197 | 2385514 | HATTIESBURG, MS | NAT | 6,067 | 6,067 | 100 | 90 | 87 | 0 | N |
| JOHNSON BK/JOHNSON FNCL GRP | 198 | 58243 | RACINE, WI | SMB | 6,050 | 6,050 | 100 | 90 | 29 | 0 | N |
| PREFERRED BK/ | 199 | 1918344 | LOS ANGELES, CA | SNM | 6,046 | 6,046 | 100 | 90 | 12 | 0 | N |
| MIDWESTONE BK/MIDWESTONE FNCL GRP | 200 | 836843 | IOWA CITY, IA | SNM | 6,023 | 6,023 | 100 | 90 | 56 | 0 | N |
| RBC BK GA NA/RBC US GRP HOLDS LLC | 201 | 3783948 | ATLANTA, GA | NAT | 6,018 | 6,018 | 100 | 90 | 0 | 0 | N |
| BANKERS TC/BTC FC | 202 | 811046 | DES MOINES, IA | SNM | 6,002 | 6,002 | 100 | 91 | 24 | 0 | N |
| CITY NB OF WV/CITY HC | 203 | 1011526 | CHARLESTON, WV | NAT | 5,956 | 5,956 | 100 | 91 | 95 | 0 | N |
| FIRST MID B&TC NA/FIRST MID BSHRS | 204 | 762447 | MATTOON, IL | NAT | 5,951 | 5,951 | 100 | 91 | 65 | 0 | N |
| WASHINGTON TC OF WESTERLY/WASHINGTON TR BC | 205 | 816603 | WESTERLY, RI | SNM | 5,850 | 5,850 | 100 | 91 | 23 | 0 | N |
| STOCKMAN BK OF MT/STOCKMAN FC | 206 | 651859 | MILES CITY, MT | SNM | 5,816 | 5,816 | 100 | 91 | 38 | 0 | N |