AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| True Return Systems LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 22-cv-08478-VSB |
| MakerDAO | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRYPTO COUNCIL FOR INNOVATION.

Date: 02/15/2023

/s/ Dustin F. Guzior
*Attorney's signature*

Dustin F. Guzior (NY Reg. No. 4902714)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
*Address*

guziord@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*