AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| True Return Systems LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 22-cv-08478-VSB |
| MakerDAO | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRYPTO COUNCIL FOR INNOVATION.

Date: 02/15/2023

/s/ Stephen J. Elliott
*Attorney's signature*

Stephen J. Elliott (NY Reg. No. 2768158)
*Printed name and bar number*

Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
*Address*

elliotts@sullcrom.com
*E-mail address*

(212) 558-4000
*Telephone number*

(212) 558-3588
*FAX number*