# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

February 15, 2023

Via ECF

The Honorable Vernon S. Broderick
 Thurgood Marshall
  United States Courthouse
   40 Foley Square
    New York, NY 10007.

Re: <u>True Return Systems LLC v. MakerDAO, No. 22-cv-8478 (VSB)</u>

Dear Judge Broderick:

I respectfully write on behalf of our client the Crypto Council for Innovation ("CCI") regarding Plaintiff's Motion for Default Judgment, ECF No. 26.

CCI respectfully submits that the Court should not enter default judgment. Thus, as noted in my December 22, 2022 letter, ECF No. 18, CCI will seek leave to submit briefing as *amicus curiae*. With the Court's permission, CCI would address (i) lack of liability and, (ii) if it becomes necessary later, Plaintiff's remedy requests. CCI will submit its *amicus curiae* motion by February 23, 2023, and in that motion, CCI will propose a due date for its substantive brief. Of course, if the Court prefers different deadlines, CCI will comply with them.

We respectfully request that the Court postpone consideration of Plaintiff's Motion for Default Judgment on the merits at least until CCI's motion for leave to participate as *amicus curiae* has been decided.[*]

---

[*] Procedurally, we note that Plaintiff's Motion for Default Judgment appears to violate Your Honor's Individual Rules & Practices in Civil Cases in several material respects. *See* Judge Broderick's Civil Rules & Practices, Attachment A.

Hon. Vernon S. Broderick                                                                                          -2-

                                                Respectfully Submitted,

                                                /s/ *James M. McDonald*
                                                James M. McDonald
                                                Jacob M. Croke
                                                Dustin F. Guzior
                                                Stephen J. Elliott
                                                **SULLIVAN & CROMWELL LLP**
                                                125 Broad Street
                                                New York, New York 10004
                                                Tel.: (212) 558-4000
                                                Fax: (212) 558-3588
                                                mcdonaldj@sullcrom.com
                                                crokej@sullcrom.com
                                                guziord@sullcrom.com
                                                elliotts@sullcrom.com

                                                *Counsel for Crypto Council for Innovation*

cc:      All Counsel of Record (via ECF)