## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| True Return Systems LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-08478-VSB |
| MakerDao, | : |
| Defendant. | : |

### CRYPTO COUNCIL FOR INNOVATION'S NOTICE OF MOTION
### FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE*

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, dated February 20, 2023, the Declaration of Dustin F. Guzior, and accompanying documents filed therewith, the undersigned counsel for Crypto Council for Innovation ("CCI") move this Court for an Order granting leave for CCI to participate as an *amicus curiae* with respect to Plaintiff's Motion for Default Judgement, ECF No. 26.

The accompanying Memorandum of Law also provides the information that the Court ordered CCI to disclose on February 15, 2023, ECF No. 36.

Dated: February 20, 2023

Respectfully submitted,

/s/ *Dustin F. Guzior*

James M. McDonald
Jacob M. Croke
Dustin F. Guzior
Stephen J. Elliott
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
mcdonaldj@sullcrom.com
crokej@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

-2-

*Counsel for Crypto Council for Innovation*