# Exhibit B

# HISTORICAL PRICE FOR 1 WETH



1250 WETH on June 18, 2022:  1250 x $996.49 = $1,245,612.50

1250 WETH on February 20, 2023:  1250 x $1,707.51 = $2,134,387.50

*WETH to USD Chart*, COINGECKO, https://www.coingecko.com/en/coins/weth/usd (last visited February 20, 2023).