# Exhibit E

Press Releases · Advertise · Contact us

BTC: $22,873.59   ETH: $1,582.2   DOGE: $0.09   XRP: $0.39
CRO: $0.08





BITCOIN ALTCOINS TECH INDUSTRY PRICE HOW TO EVENTS **PLAY GAMES**

**PLAY CASINO GAMES**　　　　　　　　**WIN 1 BTC**



This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy Center or Cookie Policy.

I Agree

# Let The Bidding Begin: The First NFT Patent?

 by **Taylor Scott** in **Altcoins**, **Blockchain** · 2 years ago

Powered by  crypto.com



    

We've seen a wide variety of NFT releases this year. From trading cards, to immersive 3D graphic designs. From realistic still images, to real-life engagement opportunities with star meet & greets. One thing we seemingly haven't seen yet, until now, is patents. However, aptly noted today **on Twitter** by sports, entertainment, and IP lawyer and University of Florida professor Darren Heitner, is what seems to be the very first patent auctioned off as an NFT.

## What It Is, And What It Means

**Don't wait! Jump on this Crypto Deal and get a 150% Welcome Bonus plus 100 Free Spins on your deposit today!**



The auction was originally listed in recent weeks by True Return Systems LLC and D. Tiller Law PLLC. The patent (**US Patent #10,025,797**) is centered around providing an "elegant solution for maintaining blockchain's foundational benefits while expanding

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our **Privacy Center** or **Cookie Policy**.

the patent cites potential application across a variety of industries, including health care, financial services, data sciences, and more.

The patent is currently listed for 2,250 ETH (approx $9M USD at time of writing) on OpenSea, with no bidders at the time of writing.

*Related Reading | NFTs In A Nutshell: A Weekly Review*

**BitStarz Player Lands $2,459,124 Record Win! Could you be next big winner?**



**570% up to 12 BTC + 300 Free Spins for new players & 1 BTC in bonuses every day, only at Wild.io. Play Now!**

# Join The Club

The road doesn't seem to stop here, either. It was around the same time that reports were released that IBM would be working with IP specialists IPwe to represent patents as NFTs as well. As the report notes, "IBM's blockchain group already works with corporate clients on tech efforts like tracking food supply chains using the blockchain". Additionally, IBM said in a joint statement that the tokenization of IP "will help position patents to be more easily sold, traded, commercialized or otherwise monetized". IPwe founder Erich Spangenberg cited that only a small percentage of the patent market is valued. IPwe has been working on a 'Global Patent Marketplace' powered by blockchain technology. The team with IBM Services has broadly described this as the "digitization of everything".



This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy Center or Cookie Policy.



ETH has been a strong performer, helped in part by the emergence of NFTs. | Source: ETH-USD on TradingView.com

## The Patent's Producers & Rights

This NFT is especially unique for a couple different reasons. Firstly, it's seemingly the first publicly-available patent utilizing blockchain technology, and for a patent within blockchain technology rights as well. Additionally, the NFT has transferrable rights rarely seen at a comparable level. The NFT purchaser receives an executed agreement, and carries the right to sue for infringement should it occur. As the discussion around the most valuable use cases for NFTs continue to evolve, patents could find their way towards the top of the list.

True Return Systems, who have hosted the NFT, is a Connecticut-based financial technology consulting company. Their partner on the project, D. Tiller Law, is a legal firm focused on IP and technology.

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy Center or Cookie Policy.

be shared with rights-holders and inventors, we could see many more patent NFTs to come.

Art and creative engagement, meet utility and innovation.

*Related Reading | [Dvision Network To Launch Limited Edition NFT Characters At OpenSea Auction](#)*

```
Featured image from Pixabay, Charts from TradingView.com
```

# Sign Up for Our Newsletter!

For updates and exclusive offers enter your email.

[Email address...]    **Sign Up**

☐ I consent to my submitted data being collected and stored.



## Taylor Scott

Taylor specializes in crypto activity across sports and entertainment. With nearly a decade of engagement with cryptocurrency, Taylor has spent several years working in

This website uses cookies. By continuing to use this website you are giving consent to cookies being used. Visit our Privacy Center or Cookie Policy.