# Exhibit F





| Event | Price | From | To | Date |
|---|---|---|---|---|
| Cancel | 1,100,000 USDC | TrueReturnSystems | | 11mo ago |
| List | 1,100,000 USDC | TrueReturnSystems | | 1y ago |
| List | 350 ETH | TrueReturnSystems | | 1y ago |
| List | 1,100,000 USDC | TrueReturnSystems | | 1y ago |
| List | 600 WETH | TrueReturnSystems | | 2y ago |