**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| True Return Systems LLC, | : |
| Plaintiff, | : |
| v. | : Case No. 1:22-cv-08478-VSB |
| MakerDao, | : |
| Defendant. | : |

**[PROPOSED] ORDER GRANTING CRYPTO COUNCIL FOR INNOVATION'S MOTION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE***

Having considered all materials and arguments submitted in support of Crypto Council for Innovation's ("CCI") Motion for Leave to Participate as *Amicus Curiae* (the "Motion"), including the Memorandum of Law in Support of the Motion, and the Declaration of Dustin F. Guzior and accompanying documents filed therewith,

NOW, THEREFORE, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Court grants CCI leave to participate in these default proceedings as an *amicus curiae*.

3. CCI shall file its brief regarding patent invalidity within 30 days from the entry of this Order.

4. If there are proceedings regarding the requested remedies, the Court will set the due date for CCI's brief regarding remedies in a separate order.

IT IS SO ORDERED.

Dated: _____, 2023

_____
THE HONORABLE VERNON S. BRODERICK
UNITED STATES DISTRICT JUDGE