# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

March 9, 2023

<u>Via ECF</u>

The Honorable Vernon S. Broderick
  Thurgood Marshall
    United States Courthouse
      40 Foley Square
        New York, NY 10007.

     Re: <u>True Return Systems LLC</u> v. <u>MakerDAO</u>, No. 22-cv-8478 (VSB)

Dear Judge Broderick:

  I respectfully write on behalf of our client the Crypto Council for Innovation ("CCI") regarding another letter submitted to the Court yesterday under the signature @MakerDAOdai. This is the fourth letter submitted under that signature: (i) the first was purportedly filed by True Return Systems LLC, *i.e.*, the plaintiff, on December 9, 2022 (ECF No. 15), (ii) the second was purportedly filed by MakerDAO on December 16, 2022 (ECF No. 20), (iii) the third was purportedly filed by CCI on February 16, 2023 (ECF No. 37), and (iv) the fourth was purportedly filed by MakerDAO yesterday (ECF No. 42).

  Our client would like to clarify that neither CCI nor its counsel made any of these filings. We understand that the Court's *pro se* office received these filings by e-mail and entered them on the docket, although the *pro se* office could not disclose the e-mail address of the submitting entity or individual, nor any other information regarding the submissions. We are troubled that the submitting party appears to have represented that it made the February 16, 2023 letter submission on behalf of CCI. It did not.

  Similarly, proposed *amicus curiae* CCI reiterates that it has not coordinated or communicated with the individual or entity who created and submitted these letters. The letters provide no information about who or what submitted them under the name @MakerDAOdai—nor their intentions or affiliations—and CCI respectfully submits that the letters should be disregarded unless the submitting party appears before the Court to reveal their identity and affiliations, and to explain what interest they have in the case. Many of the statements made in the letters are inaccurate: For example, CCI and its counsel do not represent MakerDAO in these proceedings and have never represented that they do, contrary to statements in yesterday's letter.

Hon. Vernon S. Broderick -2-

      As explained in CCI's pending motion (ECF No. 38), CCI has requested leave to participate as *amicus curiae* to address matters of general interest, *e.g.*, promotion of innovation in blockchain technology and crypto-assets generally. In that vein, CCI respectfully notes that the plaintiff did not object to CCI's *amicus* motion by the deadline, *see* Local Civ. R. 6.1(b), and the motion is unopposed.

      We would be happy to provide any other information the Court might find helpful.

Respectfully Submitted,

/s/ *Dustin F. Guzior*
James M. McDonald
Jacob M. Croke
Dustin F. Guzior
Stephen J. Elliott
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
mcdonaldj@sullcrom.com
crokej@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Crypto Council for Innovation*

cc: All Counsel of Record (via ECF)