## MakerDAO - (SDNY 2022) - Case Id: 1:22-cv-08479

Re: Data Query In Response to Judge's 15/02/22 Order & Plaintiff's Letter 44

Sir or Madam:

MakerDAO governance asks the Court if it may submit CCI member's holdings data in response to Judge's Order and Plaintiff's Letter 44, on behalf of the proposed amicus curiae, without deeming to make an appearance, and without an obligation to corroborate the data?

Since counsel continues to fight disclosure, and MakerDAO has elected not to appear, we are hesitant to freely contribute CCI member risk positions, but possible non-admittance of counsel is certainly less preferred. While we fully support counsel's fight for crypto anonymity(1), one-time position disclosure is a small concession to undermine Plaintiff's Letter 44.

Detailed CCI member positions already shared, but not yet presented to the Court, may satisfy the 15/02/22 request and invalidate Plaintiff's Letter 44.

MakerDAO governance has long recognized that CCI's membership owns the majority of blockchain related patents and applications (Block >200, Coinbase >70, Gemini >30), and as stated in counsel's motions, it is in the general interest of the industry to consolidate intellectual property with selected industry champions and control IP claims. MakerDAO governance supports CCI member's IP.

We will standby for the earlier of clarification from the Court, admittance of counsel, or disclosure of our data by counsel.


Kind Regards,
@makerDAOdai


(1) MakerDAO's How to Become an Anon, https://forum.makerdao.com/t/how-to-become-an-anon/19551