

BOAG LAW, PLLC
447 Broadway, Suite 2-270
New York, NY 10013
Phone: +1.212.203.6651
Email: dab@boagip.com

June 15, 2023

*via ECF*
The Honorable Vernon S. Broderick
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

RE: *True Return Systems LLC v. MakerDAO*, No. 22-cv-8478 (VSB)
Our File: TRUE.220216.MAK

Dear Judge Broderick:

Attached please find a letter that we received via anonymous email concerning the present action, which purports to be from "@Team Maker."

The letter alleges that the "makerDAOdai email and drive suite account used for communication with the court has been disabled or compromised possibly by a party in the case" and requests that the Court be alerted.

Neither Plaintiff nor anyone affiliated with Plaintiff has any knowledge of the relevance of the "makerDAOdai email and drive suite account" to this case or of any tampering with the same, if indeed any tampering actually occurred. The letter appears to be part of a continued effort to influence this action by proxy, either by parties associated with Defendant or parties somehow motivated to act on behalf of Defendant and to avoid an appearance in this action.

The Court will recall that this is not the first time that a pseudo-anonymous communication has been submitted.[1]

We respectfully request that the Court disregard this latest communication.

---

[1] The public docket in this matter now counts five pseudo-anonymous filings, at least one of which required a disavowal from counsel for proposed amicus CCI. (*See* Dkt. Nos. 15, 20, 37, 42, and 46). The back-channel efforts to influence this action have also continued outside the court docket. In March 2023, the principal of Plaintiff was contacted by an attorney purporting to be acting as an "intermediary" on behalf of the general counsel of a member of CCI with an interest in this action. The stated purpose of the outreach was to discuss the @makerDAOdai submissions to the Court. Plaintiff's efforts to make direct contact were unsuccessful.

Respectfully submitted,

BOAG LAW, PLLC

By: /s/ David A. Boag

David A. Boag (DB9899)
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems LLC*

Encl.

cc: All Counsel of Record (via ECF)

-2-