| | |
|---|---|
| **Subject:** | True Return Systems, LLC v. MakerDAO (1:22-cv-08478) |
| **Date:** | Monday, June 12, 2023 at 11:21:21 AM Eastern Daylight Time |
| **From:** | makerdao420 |
| **To:** | guziord@sullcrom.com, David Boag |
| **CC:** | compliance@sullcrom.com, David Boag |
| **Attachments:** | True Return Systems LLC v. MakerDAO (122-cv-08478).pdf |

Sent with [Proton Mail](#) secure email.

True Return Systems, LLC *v.* MakerDAO (1:22-cv-08478)
District Court, SDNY

Counsels:

The makerDAOdai email and drive suite account used for communication with the court has been disabled or compromised possibly by a party in the case. We expect that someone can alert the court. Any use of the account before control is restored is from unknown actors.

makerDAOdai court submissions were intended to gently delay the court's progress while we were dismantling vulnerable contractor and delegate connections and arrangements, and much of this is largely completed.

The makerDAOdai court submissions were also directed to bait plaintiff's counsel into debates and defence, causing him/them to compromise and disclose their "strategies" in hastily filed letter responses. Unfortunately, plaintiff's counsel didn't engage, and despite our best efforts back channelling with key personnel, our amicus curiae did repeatedly engage. Presumably @sullcrom was not communicating with council and counsel.

Several of us have taken a personal interest in the case, because of our own businesses and because patent experts have confirmed that the timing of the patent and its granting timeline are peculiar.

In conclusion, the makerDAOdai suite does have data and content which could be material to maker in this case, so any assistance in a swift and careful return of credentials, contact, access is appreciated

Best,
@TeamMaker