# SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, New York 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.
BRUSSELS • FRANKFURT • LONDON • PARIS
BEIJING • HONG KONG • TOKYO
MELBOURNE • SYDNEY

June 20, 2023

Via ECF

The Honorable Vernon S. Broderick
  Thurgood Marshall
    United States Courthouse
      40 Foley Square
        New York, NY 10007.

        Re:    *True Return Systems LLC* v. *MakerDAO*, No. 22-cv-8478 (VSB)

Dear Judge Broderick:

    I respectfully write on behalf of our client the Crypto Council for Innovation ("CCI") regarding the June 15 letter submitted by plaintiff's counsel (ECF No. 48), which attached an e-mail and letter from an unknown individual or entity calling itself @TeamMaker (ECF No. 48-1).[1] CCI does not know who sent those communications—or what their intention was in sending them—and CCI respectfully submits that the anonymous communications should be disregarded. Plaintiff appears to agree. (ECF No. 48 at 1 ("We respectfully request that the Court disregard this latest communication.").)

    We would be happy to provide any further information that the Court might find helpful as it evaluates CCI's motion.

---

[1] The Court previously received several letters from an unknown individual or entity calling itself @MakerDAOdai (*see, e.g.*, ECF No. 46). We do not know if there is any significance to the different names.

Hon. Vernon S. Broderick -2-

Respectfully Submitted,

/s/ *Dustin F. Guzior*
James M. McDonald
Jacob M. Croke
Dustin F. Guzior
Stephen J. Elliott
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Tel.: (212) 558-4000
Fax: (212) 558-3588
mcdonaldj@sullcrom.com
crokej@sullcrom.com
guziord@sullcrom.com
elliotts@sullcrom.com

*Counsel for Crypto Council for Innovation*

cc: All Counsel of Record (via ECF)