UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                               :

TRUE RETURN SYSTEMS LLC,            :

                                       Plaintiff,    :

                                                      :           22-CV-8478 (VSB)

                    -against-                :

                                                        :                  **ORDER**

MAKERDAO,                                      :

                                                        :

                                   Defendant.  :
                                                        :
-------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

       I am in receipt of a letter filed by non-party Compound Labs, Inc. that seeks to "advise the Court of the status of a related case commenced by the same plaintiff and involving the same U.S. patent, which case is pending before Judge Jessica G.L. Clarke, *True Return Systems LLC v. Compound Protocol*, No. 1:22-cv-08483." (Doc. 51.) Accordingly, it is hereby

       ORDERED that on or before July 28, 2023, the parties file a joint letter with their respective views on whether *True Return Systems LLC v. Compound Protocol*, No. 1:22-cv-08483 is related to the present action.

SO ORDERED.

Dated: July 6, 2023
       New York, New York

                                                         Vernon S. Broderick
                                                         United States District Judge