UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| True Return Systems LLC,<br><br>            Plaintiff,<br><br>    v.<br><br>MakerDAO,<br><br>            Defendant. | Case No.: 1:22-cv-08478-VSB<br><br>**NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant MakerDAO.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated:  July 14, 2023
New York, New York

                              Respectfully submitted,

                              PERKINS COIE LLP

                              */s/ Gene W. Lee*
                              Gene W. Lee
                              PERKINS COIE LLP
                              1155 Avenue of the Americas, 22nd Floor
                              New York, NY 10036
                              Tel.  212.261.6825
                              Fax. 212.977.1638
                              GLee@perkinscoie.com

                              *Attorneys for Defendant MakerDAO*