UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| True Return Systems LLC,<br><br>    Plaintiff,<br><br> v.<br><br>MakerDAO,<br><br>    Defendant. | Case No.: 1:22-cv-08478-VSB<br><br>**NOTICE OF APPEARANCE** |

To: The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant MakerDAO.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated: July 14, 2023
New York, New York

         Respectfully submitted,

         PERKINS COIE LLP

         */s/ James Q. Walker*
         James Q. Walker
         PERKINS COIE LLP
         1155 Avenue of the Americas, 22nd Floor
         New York, New York 10036
         (212) 261-6864
         JamesWalker@perkinscoie.com

         *Attorneys for Defendant MakerDAO*