UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| True Return Systems LLC,<br><br>              Plaintiff,<br><br>   v.<br><br>MakerDAO,<br><br>              Defendant. | Case No.: 1:22-cv-08478-VSB<br><br>**NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant MakerDAO.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that he is a member in good standing of the bar of this Court.

Dated:  July 14, 2023
New York, New York

                                                Respectfully submitted,

                                                PERKINS COIE LLP

                                                */s/ Jacob Taber*
                                                Jacob Taber
                                                PERKINS COIE LLP
                                                1155 Avenue of the Americas, 22nd Floor
                                                New York, NY 10036
                                                Tel.  212.261.6907
                                                Fax. 212.399.8085
                                                JTaber@perkinscoie.com

                                                *Attorneys for Defendant MakerDAO*