UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| True Return Systems LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>MakerDAO,<br><br>        Defendant. | Case No.: 1:22-cv-08478-VSB<br><br>**NOTICE OF APPEARANCE** |

To:  The Clerk of the Court and All Counsel of Record:

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel of record for Defendant MakerDAO.

**PLEASE TAKE FURTHER NOTICE** that the undersigned certifies that she is a member in good standing of the bar of this Court.

Dated:  July 14, 2023
New York, New York

                                                  Respectfully submitted,

                                                  PERKINS COIE LLP

                                                  */s/ Emily B. Cooper*               
                                                  Emily B. Cooper
                                                  1155 Avenue of the Americas. 22nd Floor
                                                  New York, NY. 10036
                                                  Telephone: (212) 261-6816
                                                  ECooper@perkinscoie.com

                                                  *Attorneys for Defendant MakerDAO*