UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TRUE RETURN SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAKERDAO,<br><br>Defendant. | Case No. 1:22-cv-08478-VSB<br><br>**VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. RULE 41(a)(l)(A)(i)** |

## VOLUNTARY DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff True Return Systems, LLC ("Plaintiff"), by and through its undersigned counsel, hereby voluntarily dismisses this action with prejudice as to Defendant MakerDAO.

David A. Boag
**BOAG LAW, PLLC**
447 Broadway, Suite 2-270
New York, NY 10013
(212) 203-6651
dab@boagip.com

*Attorneys for Plaintiff True Return Systems, LLC*