UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

TRUE RETURN SYSTEMS LLC,

        Plaintiff,

-v-                                        No. 22-CV-8478-LTS

MAKERDAO,

        Defendant.

-------------------------------------------------------x

ORDER

        On August 9, 2024, Plaintiff filed a Notice of Voluntary Dismissal "dismiss[ing] this action with prejudice as to Defendant MakerDAO." (Docket entry no. 89.) Accordingly, the Clerk of the Court is respectfully directed to close this action and terminate all open motions. (E.g., docket entry nos. 71, 75.) The Clerk of the Court is also respectfully directed to correct the docket to reflect that the only parties to the action are the entities listed in the caption of this Order.

SO ORDERED.
Dated: New York, New York
        August 13, 2024

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge